KYLE VIRGIEN (SBN 278747)
*kvirgien@aclu.org*
**AMERICAN CIVIL LIBERTIES UNION FOUNDATION**
39 Drumm Street
San Francisco, CA 94111
Tel.: (202) 393-4930

MARISOL DOMINGUEZ-RUIZ (SBN 345416) (*application for admission forthcoming*)
*mdominguez-ruiz@aclu.org*
**AMERICAN CIVIL LIBERTIES UNION FOUNDATION**
39 Drumm Street
San Francisco, CA 94111
Tel.: (202) 548-6616

EUNICE CHO (*pro hac vice application forthcoming*)
*echo@aclu.org*
**AMERICAN CIVIL LIBERTIES UNION FOUNDATION**
915 Fifteenth Street NW, 7th Floor
Washington, DC 20005
Tel.: (202) 548-6616

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO-OAKLAND DIVISION

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT; UNITED STATES DEPARTMENT OF HOMELAND SECURITY,<br><br>Defendants. | Case No. 3:23-cv-3450<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

1

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

**CERTIFIFICATION OF INTERESTED ENTITIES OR PERSONS**

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff American Civil Liberties Union ("ACLU"), through its counsel, hereby states that the ACLU is not a publicly held corporation, does not have parent corporation, and does not have 10% or more of its stock owned by a public held corporation.

Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including, but not limited to, parent corporations), or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

American Civil Liberties Union Foundation.

Dated: July 11, 2023

By: */s/ Kyle Virgien*
AMERICAN CIVIL LIBERTIES UNION FOUNDATION

Eunice Cho
echo@aclu.org
Kyle Virgien
kvirgien@aclu.org
Marisol Dominguez-Ruiz**
mdominguez-ruiz@aclu.org

*Attorneys for Plaintiff*

AMERICAN CIVIL LIBERTIES UNION

*application *pro hac vice* forthcoming
**application for admission to the District Court for the N.D. Cal. forthcoming

3

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS