| | |
|---|---|
| EUNICE CHO (*pro hac vice application forthcoming*)<br>echo@aclu.org<br>**AMERICAN CIVIL LIBERTIES UNION FOUNDATION**<br>915 Fifteenth Street NW, 7th Floor<br>Washington, DC 20005<br>Tel.: (202) 548-6616 | KYLE VIRGIEN (SBN 278747)<br>kvirgien@aclu.org<br>**AMERICAN CIVIL LIBERTIES UNION FOUNDATION**<br>39 Drumm Street<br>San Francisco, CA 94111<br>Tel.: (202) 393-4930<br><br>MARISOL DOMINGUEZ-RUIZ (SBN 345416) (*application for admission forthcoming*)<br>mdominguez-ruiz@aclu.org<br>**AMERICAN CIVIL LIBERTIES UNION FOUNDATION**<br>39 Drumm Street<br>San Francisco, CA 94111<br>Tel.: (202) 548-6616<br><br>Attorneys for Plaintiff |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO-OAKLAND DIVISION

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT; UNITED STATES DEPARTMENT OF HOMELAND SECURITY,<br><br>Defendants. | Case No. 3:23-cv-3450<br><br>**NOTICE OF APPEARANCE OF KYLE VIRGIEN AS COUNSEL FOR PLAINTIFF** |

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Kyle Virgien of the American Civil Liberties Union Foundation hereby enters his appearance as counsel of record on behalf of Plaintiff American Civil Liberties Union in the above-captioned matter and respectfully requests that all pleadings, orders, motions, notices, and other papers in connection with this action henceforth be served on him:

KYLE VIRGIEN (SBN 278747)
kvirgien@aclu.org
**AMERICAN CIVIL LIBERTIES UNION FOUNDATION**
39 Drumm Street
San Francisco, CA 94111
Tel.: (202) 393-4930

Dated: July 11, 2023

AMERICAN CIVIL LIBERTIES UNION FOUNDATION

By: */s/ Kyle Virgien*
Kyle Virgien
kvirgien@aclu.org

*Attorney for Plaintiff*

AMERICAN CIVIL LIBERTIES UNION

NOTICE OF APPEARANCE OF KYLE VIRGIEN AS COUNSEL FOR PLAINTIFF