

On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

# *Eunice Hyunhye Cho*

was duly qualified and admitted on March 28, 2022 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an Active member in good standing of this Bar.

*In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on June 21, 2023.*

*JULIO A. CASTILLO*
*Clerk of the Court*

*Issued By:*

*David Chu - Director, Membership*
*District of Columbia Bar Membership*

*For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.*

# CERTIFICATION OF STATUS HISTORY

June 22, 2023

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the Washington State Bar Association, **Ms. Eunice Hyunhye Cho**, license no. **53711** was licensed or admitted to the practice of law as a lawyer in this state by the Washington Supreme Court on **June 14, 2018.**
There have been no changes to Ms. Eunice Hyunhye Chos' status since admission.
As of the date of this certificate, Ms. Eunice Hyunhye Cho is and has been in good standing as a(n) **Active lawyer** of the Washington State Bar Association, who is **Eligible** to practice law in this state as a lawyer.

This certificate reflects only public information that affected the license status. A summary of confidential grievances and public discipline imposed is available, if authorized by the licensed legal professional, through a Discipline History Certificate.

Terra Nevitt
Executive Director

Washington State Bar Association
1325 Fourth Ave, Suite 600
Seattle, WA 98101-2539
206-443-WSBA

# THE STATE BAR OF CALIFORNIA
## CERTIFICATE OF STANDING

June 22, 2023

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, EUNICE HYUNHYE CHO, #266417 was admitted to the practice of law in this state by the Supreme Court of California on December 3, 2009; that from the date of admission to February 1, 2018, they were an ACTIVE licensee of the State Bar of California; that on February 1, 2018, they transferred at their request to the INACTIVE status; that they have been since that date, and are at date hereof, an INACTIVE licensee of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA



Vicky Avila
Custodian of Records

NOTE: *Only ACTIVE licensees of the State Bar of California are entitled to practice law in California. (See Sections 6006 and 6125, et seq., Business and Professions Code.)*



Lawyers Serving the Public and the Justice System

Ms. Eunice Hyunhye Cho
**American Civil Liberties Union**
**915 15th Street NW**
**Washington, DC  20005**
**UNITED STATES**

| | |
|---|---|
| **CURRENT STATUS:** | Inactive Member-Good Standing |
| **DATE OF ADMISSION:** | 06/08/2015 |
| **BAR NUMBER:** | 632669 |
| **TODAY'S DATE:** | 06/22/2023 |

The prerequisites for practicing law in the State of Georgia are as follows:

- **Certified by the Office of Bar Admissions, either by Exam, or on Motion (Reciprocity).**
- **Sworn in to the Superior Court in Georgia, highest court required to practice law in Georgia.**
- **Enrolled with the State Bar of Georgia, arm of the Supreme Court of Georgia.**

This member is currently in **"good standing"** as termed and defined by **State Bar Rule 1-204**. The member is current in license fees and is not suspended or disbarred as of the date of this letter.

### STATE BAR OF GEORGIA

*Brinda Lovvorn*

**Official Representative of the State Bar of Georgia**

**HEADQUARTERS**
104 Marietta St. NW, Suite 100
Atlanta, GA 30303-2743
404-527-8700 · 800-334-6865
Fax 404-527-8717
www.gabar.org

**COASTAL GEORGIA OFFICE**
18 E. Bay St.
Savannah, GA 31401-9910
912-239-9910 · 877-239-9910
Fax 912-239-9970

**SOUTH GEORGIA OFFICE**
244 E. 2nd St. (31794)
P.O. Box 1390
Tifton, GA 31793-1390
229-387-0446 · 800-330-0446
Fax 229-382-7435