| | |
|---|---|
| EUNICE CHO<br>echo@aclu.org<br>**AMERICAN CIVIL LIBERTIES UNION FOUNDATION**<br>915 Fifteenth Street NW, 7th Floor<br>Washington, DC 20005<br>Tel.: (202) 548-6616 | KYLE VIRGIEN (SBN 278747)<br>kvirgien@aclu.org<br>**AMERICAN CIVIL LIBERTIES UNION FOUNDATION**<br>39 Drumm Street<br>San Francisco, CA 94111<br>Tel.: (202) 393-4930<br><br>MARISOL DOMINGUEZ-RUIZ (SBN 345416)<br>mdominguez-ruiz@aclu.org<br>**AMERICAN CIVIL LIBERTIES UNION FOUNDATION**<br>39 Drumm Street<br>San Francisco, CA 94111<br>Tel.: (202) 548-6616<br><br>Attorneys for Plaintiff |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO-OAKLAND DIVISION

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT; UNITED STATES DEPARTMENT OF HOMELAND SECURITY,<br><br>Defendants. | Case No. 23-cv-03450-DMR<br><br>**NOTICE OF APPEARANCE OF MARISOL DOMINGUEZ-RUIZ AS COUNSEL FOR PLAINTIFF** |

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Marisol Dominguez-Ruiz of the American Civil Liberties Union Foundation hereby enters her appearance as counsel of record on behalf of Plaintiff American Civil Liberties Union in the above-captioned matter and respectfully requests that all pleadings, orders, motions, notices, and other papers in connection with this action henceforth be served on her:

MARISOL DOMINGUEZ-RUIZ (SBN 345416)
mdominguez-ruiz@aclu.org
**AMERICAN CIVIL LIBERTIES UNION FOUNDATION**
39 Drumm Street
San Francisco, CA 94111
Tel.: (202) 393-4930

Dated: July 18, 2023

AMERICAN CIVIL LIBERTIES UNION FOUNDATION

By: */s/ Marisol Dominguez-Ruiz*
Marisol Dominguez-Ruiz
Mdominguez-ruiz@aclu.org

*Attorney for Plaintiff*

AMERICAN CIVIL LIBERTIES UNION

NOTICE OF APPEARANCE OF MARISOL DOMINGUEZ-RUIZ AS COUNSEL FOR PLAINTIFF