1  ISMAIL J. RAMSEY (CABN 189820)
   United States Attorney
2
3  MICHELLE LO (NYRN 4325163)
   Chief, Civil Division
4
   DAVID M. DEVITO (CABN 243695)
   Assistant United States Attorney
5  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
6  Telephone: (415) 436-7332
   Facsimile: (415) 436-6748
7  david.devito@usdoj.gov

8  Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| AMERICAN CIVIL LIBERTIES UNION, | Case No. 4:23-cv-03450-DMR |
|---|---|
| Plaintiff, | **STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT** |
| v. | |
| UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT, et al., | |
| Defendants. | |

Pursuant to Civil Local Rule 6-1(a), the parties hereby stipulate that Defendants' time to answer or otherwise respond to the Complaint is extended to September 13, 2023.

IT IS SO STIPULATED.

| | | |
|---|---|---|
| 1 | DATED:  August 25, 2023 | Respectfully submitted, |
| 2 | | ISMAIL J. RAMSEY<br>United States Attorney |
| 4 | | /s/ David M. DeVito*<br>DAVID M. DEVITO<br>Assistant United States Attorney |
| 6 | | *Attorneys for Defendants* |
| 7 | DATED:  August 25, 2023 | AMERICAN CIVIL LIBERTIES UNION FOUNDATION |
| 8 | | /s/ Marisol Dominguez-Ruiz<br>Eunice Cho<br>echo@aclu.org<br>Kyle Virgien<br>kvirgien@aclu.org<br>Marisol Dominguez-Ruiz<br>mdominguez-ruiz@aclu.org |
| 12 | | *Attorneys for Plaintiff* |
| 13 | | AMERICAN CIVIL LIBERTIES UNION |

---

* In compliance with Civil Local Rule 5-1(h)(3), the filer of this document attests under penalty of perjury that concurrence in the filing of this document has been obtained from the other Signatory.

STIPULATION TO EXTEND TIME
CASE NO. 4:23-CV-03450-DMR                2