UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION <br><br> Plaintiff(s) <br> v. <br><br> U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, ET AL <br><br> Defendant(s) | CASE No C 4:23-cv-03450-DMR <br><br> ADR CERTIFICATION BY PARTIES AND COUNSEL |

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

1) Read the handbook entitled "Alternative Dispute Resolution Procedures Handbook" (available at cand.uscourts.gov/adr).
2) Discussed with each other the available dispute resolution options provided by the Court and private entities; and
3) Considered whether this case might benefit from any of the available dispute resolution options.

Date: 9/19/2023         **/s/ Terence Dougherty
                                              Party

Date: 9/19/2023         /s/ Marisol Dominguez-Ruiz
                                              Attorney

Counsel further certifies that he or she has discussed the selection of an ADR process with counsel for the other parties to the case. Based on that discussion, the parties:

☐ intend to stipulate to an ADR process

☒ prefer to discuss ADR selection with the Assigned Judge at the case management conference

Date:  9/19/2023         /s/ Marisol Dominguez-Ruiz
                                              Attorney
                         ** Pursuant to Civ. L.R. 5-1(h)(3), the filer of this document has obtained approval from this signatory.

*Important!* E-file this form in ECF using event name: "ADR Certification (ADR LR 3-5 b) of Discussion of ADR Options."

*Form ADR-Cert rev. 1-15-2019*



American LegalNet, Inc.
www.FormsWorkFlow.com