UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CIVIL CONFERENCE MINUTE ORDER

| **Date:** 10/18/2023 | **Time:** 1:56-2:12 | **Judge:** DONNA M. RYU |
|---|---|---|
| **Case No.:** 4:23-cv-03450-DMR | **Case Name:** American Civil Liberties Union v. United States Immigration and Customs Enforcement, et al ||

**For Plaintiff:**
Marisol Dominguez-Ruiz
Kyle Virgien
Eunice Cho

**For Defendant:**
David Devito

**Deputy Clerk:** Ivy Lerma Garcia        **Recorded in Zoom:** 1:56-2:12

PROCEEDINGS HELD BY ZOOM VIDEOCONFERENCE

Initial Case Management Conference held.

**REFERRALS:**

[X]   This case is referred to a randomly-assigned Magistrate Judge to conduct a Settlement Conference which shall be completed **within 120 days**, or as soon thereafter as is convenient to the assigned Magistrate Judge's calendar.

Parties shall continue to attempt to resolve this matter directly but may need the assistance of a Magistrate Judge.

**COURT SET THE FOLLOWING DATES:**

Further Case Management Conference:  **12/20/2023** at 1:30 p.m. by Zoom Videoconference
Updated Joint Case Management Conference Statement due by:  **12/13/2023**

**ORDER TO BE PREPARED BY:**
   [ ] **Plaintiff**     [ ] **Defendant**     [ ] **Court**

cc:    Chambers; CAND MagRef/CAND/09/USCOURTS