ISMAIL J. RAMSEY (CABN 189820)
United States Attorney
MICHELLE LO (NYRN 4325163)
Chief, Civil Division
DAVID M. DEVITO (CABN 243695)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7332
    FAX: (415) 436-6748
    david.devito@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION,<br><br>    Plaintiff,<br><br>  v.<br><br>UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT, et al.,<br><br>    Defendants. | CASE NO. 4:23-cv-03450-DMR<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER REGARDING BRIEFING SCHEDULE**<br><br>***AS MODIFIED*** |

Plaintiff and Defendants, by and through their undersigned counsel, hereby stipulate and jointly request that the Court set the following briefing schedule for cross-motions for summary judgment:

1. Plaintiff's motion for summary judgment:     January 29, 2024
2. Defendants' opposition and cross-motion for summary judgment:     February 28, 2024
3. Plaintiff's opposition to Defendants' cross-motion and reply:     March 13, 2024
4. Defendants' reply in support of cross-motion:     March 26, 2024
5. Hearing on cross-motions for summary judgment:     April 25, 2024 at 1:00 p.m.

| | | |
|---|---|---|
| 1 | DATED: December 18, 2023 | Respectfully submitted, |
| 2 | | |
| 3 | | ISMAIL J. RAMSEY<br>United States Attorney |
| 4 | | */s/ David M. DeVito* |
| 5 | | DAVID M. DEVITO<br>Assistant United States Attorney |
| 6 | | *Attorneys for Defendants* |
| 7 | | |
| 8 | | AMERICAN CIVIL LIBERTIES UNION<br>FOUNDATION |
| 9 | | |
| 10 | | */s/ Marisol Dominguez-Ruiz*<br>MARISOL DOMINGUEZ-RUIZ |
| 11 | | KYLE VIRGIEN<br>EUNICE CHO |
| 12 | | *Attorneys for Plaintiff* |

### ATTESTATION

In compliance with Civil L.R. 5-1(h)(3), I attest that I have obtained concurrence in the filing of this document from each of the other signatories.

Dated: December 18, 2023        By:    */s/ David M. DeVito*
                                               DAVID M. DEVITO
                                               Assistant United States Attorney

**[~~PROPOSED~~] ORDER**

Pursuant to the stipulation of the parties, the Court hereby enters the following schedule for the parties' cross-motions for summary judgment:

1. Plaintiff's motion for summary judgment: January 29, 2024
2. Defendants' opposition and cross-motion for summary judgment: February 28, 2024
3. Plaintiff's opposition to Defendants' cross-motion and reply: March 13, 2024
4. Defendants' reply in support of cross-motion: March 26, 2024
5. Hearing on cross-motions for summary judgment: ~~April 25, 2024 at 1:00 p.m.~~ May 9, 2024 at 1:00 p.m.  The further CMC set for April 25, 2024 is also continued to May 9, 2024 at 1:00 p.m.

IT IS SO ORDERED.

DATED:__December 19, 2023

_____
HON. DONNA M. RYU
United States Chief Magistrate Judge

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Donna M. Ryu]*