MARISOL DOMINGUEZ-RUIZ (SBN 345416)
KYLE VIRGIEN (SBN 278747)
mdominguez-ruiz@aclu.org
kvirgien@aclu.org
**AMERICAN CIVIL LIBERTIES UNION FOUNDATION**
425 California Street, Suite 700
San Francisco, CA 94104
Tel.: (202) 393-4930

EUNICE CHO (*Pro Hac Vice*)
echo@aclu.org
**AMERICAN CIVIL LIBERTIES UNION FOUNDATION**
915 Fifteenth Street NW, 7th Floor
Washington, DC 20005
Tel.: (202) 548-6616

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT; UNITED STATES DEPARTMENT OF HOMELAND SECURITY,<br><br>Defendants. | Case No. 4:23-cv-3450<br><br>**NOTICE OF CHANGE OF ADDRESS OF COUNSEL** |

TO THE CLERK OF THE COURT, AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Pursuant to Local Rule 3-11(a), Marisol Dominguez-Ruiz and Kyle Virgien, counsel of record for Plaintiffs, submit this Notice of Change of Address for transmission of all documents in the above-captioned case. All future correspondence, service of pleadings, and other documents submitted in hard copy should be directed to the following address:

> Marisol Dominguez-Ruiz
> Kyle Virgien
> ACLU NATIONAL PRISON PROJECT
> 425 California St., Ste. 700
> San Francisco, CA 94104

DATED:  January 25, 2024            Respectfully submitted,

ACLU NATIONAL PRISON PROJECT

By:  */s/ Marisol Dominguez-Ruiz*
        Marisol Dominguez-Ruiz

Attorney for Plaintiffs

*ACLU v. U.S. ICE, et al.*, Case No. 4:23-cv-3450
NOTICE OF CHANGE OF ADDRESS OF COUNSEL