MARISOL DOMINGUEZ-RUIZ (SBN 345416)
KYLE VIRGIEN (SBN 278747)
mdominguez-ruiz@aclu.org
kvirgien@aclu.org
**AMERICAN CIVIL LIBERTIES UNION FOUNDATION**
425 California Street, Suite 700
San Francisco, CA 94104
Tel.: (202) 393-4930

EUNICE CHO (Pro Hac Vice)
echo@aclu.org
**AMERICAN CIVIL LIBERTIES UNION FOUNDATION**
915 Fifteenth Street NW, 7th Floor
Washington, DC 20005
Tel.: (202) 548-6616

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT; UNITED STATES DEPARTMENT OF HOMELAND SECURITY,<br><br>Defendants. | Case No. 4:23-cv-3450<br><br>**DECLARATION OF MARISOL DOMINGUEZ-RUIZ IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**<br><br>Date: May 9, 2024<br>Time: 1:00 p.m.<br>Location: Videoconference<br>Judge: Hon. Donna M. Ryu |

*ACLU v. U.S. ICE, et al*., Case No. 4:23-cv-3450
DECL. OF MARISOL DOMINGUEZ-RUIZ

## DECLARATION OF MARISOL DOMINGUEZ-RUIZ

I, Marisol Dominguez-Ruiz, hereby declare:

1. I make this declaration based on my personal knowledge and if called to testify I could and would do so competently as follows:

2. I submit this declaration in support of Plaintiff's Motion for Summary Judgment. Plaintiff is the American Civil Liberties Union Foundation ("ACLU").

3. I am a Justice Catalyst Fellow at the ACLU National Prison Project and am admitted to practice law in the State of California and before this court. I am counsel for Plaintiff in the above-referenced action.

4. On November 9, 2023, Defendants provided a copy of the contract between Defendant ICE and third-party vendor, Relx, Inc., to Plaintiff.

5. Attached hereto as Exhibit A is the true and correct copy of the contract between Defendant ICE and third-party contractor, Relx, Inc., received by Plaintiff on November 9, 2023.

6. On January 8, 2024, I emailed Defendants' counsel, David DeVito, requesting additional documents or contract addenda between ICE and Relx. On January 10, 2024, Mr. DeVito replied and informed Plaintiff he was "not presently aware of any such additional documents."

7. Attached hereto as Exhibit B is the true and correct copy of via email between myself and Mr. DeVito related to additional documents of the contract. Mr. DeVito's mobile phone number has been redacted for privacy purposes.

8. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 29th of January, 2024 in Los Angeles, California.

/s/ Marisol Dominguez-Ruiz
Marisol Dominguez-Ruiz

*ACLU v. U.S. ICE, et al.*, Case No. 4:23-cv-3450
DECL. OF MARISOL DOMINGUEZ-RUIZ