# EXHIBIT B

Case 4:23-cv-03450-DMR   Document 34-3   Filed 01/29/24   Page 1 of 3

| | |
|---|---|
| **From:** | DeVito, David M. (USACAN) |
| **To:** | Marisol Dominguez-Ruiz |
| **Cc:** | Kyle Virgien; Eunice Cho |
| **Subject:** | RE: Additional documents re: ELL contract - ACLU v. ICE, et al., 23-3450-DMR |
| **Date:** | Wednesday, January 10, 2024 4:27:01 PM |
| **Attachments:** | image001.gif<br>image002.jpg<br>image003.png |

**This Message Is From an External Sender**
This message came from outside your organization.

Mari,

I'm not presently aware of any such additional documents. However, Defendants reserve the right to rely on any documents or information they deem appropriate during the course of the summary judgment briefing. After all, Defendants do not know what documents, information or arguments Plaintiff will rely upon in the opening brief. In any event, the briefing schedule, which follows the sequence Plaintiff requested, affords Plaintiff an opportunity to respond to any of Defendants' arguments in its opposition to Defendants' cross-motion.

Regards,
David

David M. DeVito
Assistant United States Attorney
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102
Direct: (415) 436-7332
Mobile: (415) ███
david.devito@usdoj.gov

**From:** Marisol Dominguez-Ruiz <mdominguez-ruiz@aclu.org>
**Sent:** Monday, January 8, 2024 2:16 PM
**To:** DeVito, David M. (USACAN) <DDeVito@usa.doj.gov>
**Cc:** Kyle Virgien <kvirgien@aclu.org>; Eunice Cho <echo@aclu.org>
**Subject:** [EXTERNAL] Additional documents re: ELL contract - ACLU v. ICE, et al., 23-3450-DMR

Dear David,

I hope you are having a great new year. We are drafting Plaintiff's motion for summary judgment and wanted to ensure we have all the necessary information to avoid the use of unnecessary resources and streamline briefing to the court. Our understanding of your clients' defense is that the contract between ICE and Relx limits ICE's ability to share the electronic

law library as requested by the Plaintiff. To that end, are there any additional documents or contract addenda that we should know about that otherwise detail ICE's limitations on the distribution of the external hard drive or ICE's requirement to return the external hard drive at the conclusion of the contract? If yes, please confirm; we request a copy of any such documents before January 15, 2024, to allow time to address them in our initial motion.

Thanks,

Mari Dominguez-Ruiz
Pronouns: she, her

Justice Catalyst Fellow, National Prison Project
American Civil Liberties Union
915 15th St. NW, Washington, DC 20005
mdominguez-ruiz@aclu.org
aclu.org



*This message may contain information that is confidential or legally privileged. If you are not the intended recipient, please immediately advise the sender by reply email that this message has been inadvertently transmitted to you and delete this email from your system.*