1
2
3
4
5
6
7
8        UNITED STATES DISTRICT COURT
9        NORTHERN DISTRICT OF CALIFORNIA
         OAKLAND DIVISION
10

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT; UNITED STATES DEPARTMENT OF HOMELAND SECURITY,<br><br>Defendants. | Case No. 4:23-cv-3450<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND DENYING DEFENDANTS' CROSS-MOTION FOR SUMMARY JUDGMENT** |

*ACLU v. U.S. ICE, et al.*, Case No. 4:23-cv-3450
[PROPOSED] ORDER

1    This matter comes before the Court on Plaintiff's Motion for Summary Judgment and
2  Defendants' Cross-Motion for Summary Judgment. Upon consideration of the argument and
3  evidence submitted by the parties, it is hereby ORDERED that:
4    Plaintiff's Motion for Summary Judgment is GRANTED. Defendants' Cross-Motion for
5  Summary Judgment is DENIED.
6    The parties shall submit a status report within 30 days of the date of this order.
7    IT IS SO ORDERED.
8
9    Date: _____
10
11                                    _____
                                      Judge Donna M. Ryu
12
13
...
28  *ACLU v. U.S. ICE, et al.*, Case No. 4:23-cv-3450
    [PROPOSED] ORDER