```
1  ISMAIL J. RAMSEY (CABN 189820)
   United States Attorney
2  MICHELLE LO (NYRN 4325163)
   Chief, Civil Division
3  DAVID M. DEVITO (CABN 243695)
   Assistant United States Attorney
4  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
5  Telephone: 415-436-7332
   FAX: (415) 436-6748
6  david.devito@usdoj.gov

7  Attorneys for Defendants UNITED STATES
   IMMIGRATION AND CUSTOMS
8  ENFORCEMENT and UNITED STATES
   DEPARTMENT OF HOMELAND SECURITY
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION,<br><br>   Plaintiff,<br><br>   v.<br><br>UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT and UNITED STATES DEPARTMENT OF HOMELAND SECURITY,<br><br>   Defendants. | Case No. 4:23-cv-03450-DMR<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' CROSS-MOTION FOR SUMMARY JUDGMENT AND DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**<br><br>Hon. Donna M. Ryu |

**[PROPOSED] ORDER**

This matter came on regularly for hearing on April 25, 2024, with the Honorable Donna M. Ryu presiding. This is a case brought under the Freedom of Information Act ("FOIA") by Plaintiff American Civil Liberties Union ("Plaintiff") against Defendants United States Immigration and Customs Enforcement ("ICE") and United States Department of Homeland Security ("DHS" and, together with ICE, collectively, "Defendants"). Pending before the Court are Plaintiff's Motion for Summary Judgment (ECF No. 34) and Defendant's Cross-Motion for Summary Judgment and Opposition to Plaintiff's Motion for Summary Judgment. Having considered the motions, and any oppositions, replies, and oral argument presented, the Court finds that the Offline Lexis Materials, to which ICE

subscribes pursuant to a limited license from RELX, Inc., are not controlled by ICE and are not agency records subject to FOIA. *SDC Development Corp. v. Mathews*, 542 F.2d 1116, 1120 (9th Cir. 1976); *Baizer v. U.S. Dep't of Air Force*, 887 F. Supp. 225, 229 (N.D. Cal. 1995). In addition, the Offline Lexis Materials are confidential commercial information owned by RELX, Inc., disclosure of which would harm Defendants' interests. Thus, the Court finds that the Offline Lexis Materials were properly withheld pursuant to FOIA Exemption 4. 5 U.S.C. § 552(b)(4). Accordingly, the Court hereby ORDERS that Defendants' Cross-Motion for Summary Judgment is GRANTED and Plaintiff's Motion for Summary Judgment is DENIED.

    IT IS SO ORDERED.

DATED:_____

_____
HON. DONNA M. RYU
United States Chief Magistrate Judge