ISMAIL J. RAMSEY (CABN 189820)
United States Attorney
MICHELLE LO (NYRN 4325163)
Chief, Civil Division
DAVID M. DEVITO (CABN 243695)
Assistant United States Attorney
450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7332
Facsimile: (415) 436-6748
david.devito@usdoj.gov

Attorneys for Defendants UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT and UNITED STATES DEPARTMENT OF HOMELAND SECURITY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION,<br><br>        Plaintiff,<br><br>    v.<br><br>UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT, and UNITED STATES DEPARTMENT OF HOMELAND SECURITY,<br><br>        Defendants. | Case No. 4:23-cv-03450-DMR<br><br>**DECLARATION OF JESSICA JONES** |

I, Jessica Jones, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1.      I am a Management Program Analyst with the Custody Management Division ("CMD") of U.S. Immigration and Customs Enforcement ("ICE") Enforcement and Removal Operations ("ERO"). I have held this position since July 2018. I also serve as a Contracting Officer's Representative ("COR") for certain contracts that further the mission of ERO. My position requires knowledge of ICE detention standards, knowledge of contract management, and ICE standards, including standards and policies as it relates to legal access and law library access in ICE detention facilities.

2. My official duties and responsibilities include serving as the COR for the RELX contract for LexisNexis electronic law library ("ELL"). Since February 2022, I have served as a COR for electronic law library service contracts. As the COR, my primary duties include assisting the Contracting Officer with monitoring the prime contractor's performance; ensuring that all technical requirements under the contract are met; timely delivery of products or services by the delivery date or within the period of performance; and at the price or within the estimated cost stipulated in the contract.

3. I make this declaration in support of ICE's Cross-Motion for Summary Judgment and Opposition to Plaintiff's Motion for Summary Judgment in the above-captioned action. The statements contained in this declaration are based upon my personal knowledge, my review of documents kept by ICE in the ordinary course of business, and information provided to me by other ICE employees in the course of my official duties.

4. On December 19, 2022, ICE entered into a contract with RELX for a subscription to the LexisNexis research service to provide access to legal research materials to detained noncitizens, which includes the provision of offline ELL materials on electronic hard drives ("EHDs"). The offline ELL materials provided by RELX on EHDs are hereinafter referred to as the "Offline Lexis Materials."

5. A true and correct copy of the contract referenced in paragraph 4 above, including the incorporated Statement of Work (Attachment A to the contract) is attached hereto as Exhibit A. True and correct copies of Attachments B through E to the contract are attached hereto as Exhibit B.

6. Under ICE's current contract with RELX, RELX furnishes the Offline Lexis Materials to ICE exclusively on EHDs and does not provide the materials on CD-ROM. Pursuant to the contract, RELX installs on the EHD the contracted for databases and the software required to make those databases function in the offline environment.

7. The Offline Lexis Materials are maintained for the use of detained noncitizens in ICE custody. ICE personnel do not use the Offline Lexis Materials to conduct any agency research or decision-making.

8. Responsibility for programming and maintaining the Offline Lexis Materials rests with the contractor, RELX, not the agency.

JONES DECL.
4:23-cv-03450-DMR                                    2

9. The Offline Lexis Materials exist on standalone EHDs provided by RELX, which are updated and serviced by RELX while in use and then returned to RELX quarterly after updates have been made at the detention facilities. On a quarterly basis, RELX sends the EHDs to the ICE detention facilities and/or Field Offices. Field offices work with the detention facilities to upload the content of the EHDs to law library computers. After the contents are uploaded, the field offices and/or detention facilities use return labels provided by RELX to ship the EHDs back to RELX. This process is repeated each quarter with updates to the Offline Lexis Materials provided by RELX. If there are installation or troubleshooting issues, RELX has a technician on hand to provide technical support directly to the ICE facilities.

10. RELX does not release the Offline Lexis Materials to the public.

11. ICE does not provide access to the Offline Lexis Materials to members of the general public, but only to detained noncitizens in custody.

12. On June 27, 2023, I ran a search for records that were potentially responsive to the FOIA request after being requested to do so by the ICE FOIA office. Certain records that were responsive to Plaintiff's request for "supporting materials related to Electronic Law Library materials" were processed by the ICE FOIA office and provided to the Plaintiff on October 13, 2023.

I declare under penalty of perjury that the forgoing is true and correct to the best of my knowledge and belief.

Signed this ___ day of February 2024.

_____
JESSICA JONES
Senior Policy Advisor and ERO Parental Interests Coordinator
Custody Programs/Special Populations and Programs Unit
Enforcement and Removal Operations
U.S. Immigration and Customs Enforcement
500 12th Street, S.W., Stop 5009
Washington, DC 20536-5009