| SOLICITATION/CONTRACT/ORDER FOR COMMERCIAL ITEMS <br> *OFFEROR TO COMPLETE BLOCKS 12, 17, 23, 24, & 30* | 1. REQUISITION NUMBER <br> 192123FHQCMDLEX01 | | PAGE 1 | OF 18 |
|---|---|---|---|---|
| 2. CONTRACT NO. | 3. AWARD/ EFFECTIVE DATE | 4. ORDER NUMBER <br> 70CDCR23P00000003 | 5. SOLICITATION NUMBER | 6. SOLICITATION ISSUE DATE |

| 7. FOR SOLICITATION INFORMATION CALL: | a. NAME <br> DONNELL SAM | b. TELEPHONE NUMBER *(No collect calls)* <br> (202) 732-2838 | 8. OFFER DUE DATE/LOCAL TIME |
|---|---|---|---|

| 9. ISSUED BY | CODE 70CDCR | 10. THIS ACQUISITION IS [X] UNRESTRICTED OR [ ] SET ASIDE: ___ % FOR: |
|---|---|---|
| DETENTION COMPLIANCE AND REMOVALS <br> U.S. Immigration and Customs Enforcement <br> Office of Acquisition Management <br> 500 12th St SW <br> WASHINGTON DC 20024 | | [ ] SMALL BUSINESS <br> [ ] HUBZONE SMALL BUSINESS <br> [ ] SERVICE-DISABLED VETERAN-OWNED SMALL BUSINESS <br> [ ] WOMEN-OWNED SMALL BUSINESS (WOSB) ELIGIBLE UNDER THE WOMEN-OWNED SMALL BUSINESS PROGRAM <br> [ ] EDWOSB <br> [ ] 8(A) <br> NAICS: 519290 <br> SIZE STANDARD: 1,000 |

| 11. DELIVERY FOR FOB DESTINATION UNLESS BLOCK IS MARKED <br> [X] SEE SCHEDULE | 12. DISCOUNT TERMS <br> Net 30 | [ ] 13a. THIS CONTRACT IS A RATED ORDER UNDER DPAS (15 CFR 700) | 13b. RATING <br> 14. METHOD OF SOLICITATION [ ] RFQ [ ] IFB [ ] RFP |
|---|---|---|---|

| 15. DELIVER TO | CODE ICE/ERO | 16. ADMINISTERED BY | CODE ICE/DCR |
|---|---|---|---|
| ICE Enforcement & Removal <br> Immigration and Customs Enforcement <br> 500 12th St SW <br> Suite 900 <br> Washington DC 20024 | | ICE/Detention Compliance & Removals <br> Immigration and Customs Enforcement <br> Office of Acquisition Management <br> 500 12th St SW <br> Washington DC 20024 | |

| 17a. CONTRACTOR/ OFFEROR | CODE LKAAJG8KK4U1 | FACILITY CODE | 18a. PAYMENT WILL BE MADE BY | CODE ICE-ERO-FHQ-DMD |
|---|---|---|---|---|
| RELX INC <br> ATTN DANIEL WEISSMAN <br> 1150 18TH STREET NW SUITE 600 <br> ATTENTION DAN WEISSMAN <br> WASHINGTON DC 200363843 <br><br> TELEPHONE NO. 2028578202 | | | DHS, ICE <br> Burlington Finance Center <br> P.O. Box 1620 <br> Attn: ICE-ERO/FHQ-DMD <br> Williston VT 05495-1620 | |
| [ ] 17b. CHECK IF REMITTANCE IS DIFFERENT AND PUT SUCH ADDRESS IN OFFER | | | 18b. SUBMIT INVOICES TO ADDRESS SHOWN IN BLOCK 18a UNLESS BLOCK BELOW IS CHECKED [ ] SEE ADDENDUM | |

| 19. ITEM NO. | 20. SCHEDULE OF SUPPLIES/SERVICES | 21. QUANTITY | 22. UNIT | 23. UNIT PRICE | 24. AMOUNT |
|---|---|---|---|---|---|
| | UEI:8776726830000 <br> Contracting Officer: Corey Soileau, Corey.Soileau@ice.dhs.gov <br> Contract Specialist: Donnell Sam, Donnell.Sam@ice.dhs.gov <br> Contracting Officer's Representative: Jessica Jones, Jessica.F.Jones@ice.dhs.gov <br> Alternate Contracting Officer's Representative: Chris Cady, Christopher.Cady@ice.dhs.gov <br> Contractor POC: Kyle Rea, kyle.rea@lexisnexis.com | | | | |

*(Use Reverse and/or Attach Additional Sheets as Necessary)*

| 25. ACCOUNTING AND APPROPRIATION DATA <br> See schedule | 26. TOTAL AWARD AMOUNT *(For Govt. Use Only)* <br> $604,800.00 |
|---|---|

| [ ] 27a. SOLICITATION INCORPORATES BY REFERENCE FAR 52.212-1, 52.212-4. FAR 52.212-3 AND 52.212-5 ARE ATTACHED. ADDENDA | [ ] ARE [ ] ARE NOT ATTACHED. |
|---|---|
| [X] 27b. CONTRACT/PURCHASE ORDER INCORPORATES BY REFERENCE FAR 52.212-4. FAR 52.212-5 IS ATTACHED. ADDENDA | [ ] ARE [X] ARE NOT ATTACHED. |

| [ ] 28. CONTRACTOR IS REQUIRED TO SIGN THIS DOCUMENT AND RETURN ___ COPIES TO ISSUING OFFICE. CONTRACTOR AGREES TO FURNISH AND DELIVER ALL ITEMS SET FORTH OR OTHERWISE IDENTIFIED ABOVE AND ON ANY ADDITIONAL SHEETS SUBJECT TO THE TERMS AND CONDITIONS SPECIFIED. | [X] 29. AWARD OF CONTRACT: Relx Inc. OFFER DATED 11/10/2022. YOUR OFFER ON SOLICITATION (BLOCK 5), INCLUDING ANY ADDITIONS OR CHANGES WHICH ARE SET FORTH HEREIN, IS ACCEPTED AS TO ITEMS: |
|---|---|
| 30a. SIGNATURE OF OFFEROR/CONTRACTOR | 31a. UNITED STATES OF AMERICA *(SIGNATURE OF CONTRACTING OFFICER)* |
| 30b. NAME AND TITLE OF SIGNER *(Type or print)* | 30c. DATE SIGNED | 31b. NAME OF CONTRACTING OFFICER *(Type or print)* <br> COREY SOILEAU | 31c. DATE SIGNED |

AUTHORIZED FOR LOCAL REPRODUCTION <br> PREVIOUS EDITION IS NOT USABLE

STANDARD FORM 1449 (REV. 2/2012) <br> Prescribed by GSA - FAR (48 CFR) 53.212

| 19. ITEM NO. | 20. SCHEDULE OF SUPPLIES/SERVICES | 21. QUANTITY | 22. UNIT | 23. UNIT PRICE | 24. AMOUNT |
|---|---|---|---|---|---|
| | This is a firm fixed price purchase order awarded in accordance with (IAW) PAR Part 13, Simplified Acquisition Procedures, for a 12-month base year and four 12-month option periods for subscriptions to a comprehensive online and offline LexisNexis legal research search engine and platform. The vendor will perform IAW the incorporated Statement of Work dated November 1, 2022 and supporting attachments. Pricing is IAW the vendor's quote dated November 10, 2022. The period of performance for this order is as follows:<br><br>Base Period: 12/31/2022 - 12/30/2023<br>Option Period I:12/31/2023 - 12/30/2024<br>Option Period II:12/31/2024 - 12/30/2025<br>Option Period III:12/31/2025 - 12/30/2026<br>Option Period IV:12/31/2026 - 12/30/2027<br><br>See attachments.<br><br>The funding provided in this purchase order is the amount presently available for payment and allotted to the award. The service provider agrees to perform to the point that service does not exceed the total amount currently allotted to the items funded under the purchase order. The service provider is not authorized to continue work on those item(s) beyond that point. The Continued ... | | | | |

32a. QUANTITY IN COLUMN 21 HAS BEEN
☐ RECEIVED   ☐ INSPECTED   ☐ ACCEPTED, AND CONFORMS TO THE CONTRACT, EXCEPT AS NOTED: _____

| 32b. SIGNATURE OF AUTHORIZED GOVERNMENT REPRESENTATIVE | 32c. DATE | 32d. PRINTED NAME AND TITLE OF AUTHORIZED GOVERNMENT REPRESENTATIVE |
|---|---|---|
| 32e. MAILING ADDRESS OF AUTHORIZED GOVERNMENT REPRESENTATIVE | | 32f. TELEPHONE NUMBER OF AUTHORIZED GOVERNMENT REPRESENTATIVE |
| | | 32g. E-MAIL OF AUTHORIZED GOVERNMENT REPRESENTATIVE |

| 33. SHIP NUMBER | 34. VOUCHER NUMBER | 35. AMOUNT VERIFIED CORRECT FOR | 36. PAYMENT | 37. CHECK NUMBER |
|---|---|---|---|---|
| ☐ PARTIAL  ☐ FINAL | | | ☐ COMPLETE  ☐ PARTIAL  ☐ FINAL | |
| 38. S/R ACCOUNT NUMBER | 39. S/R VOUCHER NUMBER | 40. PAID BY | | |

| 41a. I CERTIFY THIS ACCOUNT IS CORRECT AND PROPER FOR PAYMENT | | 42a. RECEIVED BY (Print) |
|---|---|---|
| 41b. SIGNATURE AND TITLE OF CERTIFYING OFFICER | 41c. DATE | 42b. RECEIVED AT (Location) |
| | | 42c. DATE REC'D (YY/MM/DD)  42d. TOTAL CONTAINERS |

**STANDARD FORM 1449 (REV. 2/2012) BACK**

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED<br>70CDCR23P00000003 | | | PAGE<br>3 | OF<br>18 |
|---|---|---|---|---|---|

NAME OF OFFEROR OR CONTRACTOR
RELX INC

| ITEM NO.<br>(A) | SUPPLIES/SERVICES<br>(B) | QUANTITY<br>(C) | UNIT<br>(D) | UNIT PRICE<br>(E) | AMOUNT<br>(F) |
|---|---|---|---|---|---|
| | Government will not be obligated to reimburse the service provider in excess of the amount allotted to those item(s) for performance beyond the funding allotted.<br>MissionCritical: Y<br>Delivery: 30 Days After Award<br>Accounting Info:<br>NONE000-000 E1 31-19-00-000<br>18-06-0300-30-00-00-00 GE-25-11-00- ------ ---<br>000000<br>Period of Performance: 12/31/2022 to 12/30/2027 | | | | |
| 0001 | Base Year (FFP): The vendor will deploy both the custom interface online/tablet solution for 45,000 detainees and maintain/update 250 external hard drives across the entire ICE network of facilities. Existing English and Spanish user guides currently available on the electronic hard drive platform will be maintained and updated as needed. An English user guide for the online interface will be supplied upon request. The vendor will also provide at no additional cost: web-based or virtual conferencing for facility staff members with a visual representation of the solution (internet required).<br><br>Period of Performance: 12/31/2022 to 12/30/2023 | 12 | EA | 50,400.00 | 604,800.00 |
| 1001 | Option Year I(FFP). The vendor will deploy both the<br>custom interface online/tablet solution for 45,000 detainees and maintain/update 250 external hard drives across the entire ICE network of facilities. Existing English and Spanish user guides currently available on the electronic hard drive platform will be maintained and updated as needed. An English user guide for the online interface will be supplied upon request. The vendor will also provide at no additional cost: web-based or virtual conferencing for facility staff members with a visual representation of the solution (internet required).<br><br>Continued ... | 12 | EA | 50,400.00 | 0.00 |

NSN 7540-01-152-8067

OPTIONAL FORM 336 (4-86)
Sponsored by GSA
FAR (48 CFR) 53.110

NAME OF OFFEROR OR CONTRACTOR
RELX INC

| ITEM NO.<br>(A) | SUPPLIES/SERVICES<br>(B) | QUANTITY<br>(C) | UNIT<br>(D) | UNIT PRICE<br>(E) | AMOUNT<br>(F) |
|---|---|---|---|---|---|
| | Amount: $604,800.00(Option Line Item)<br>12/31/2023<br><br>Period of Performance: 12/31/2023 to 12/30/2024 | | | | |
| 2001 | Option Period II(FFP): The vendor will deploy both the<br>custom interface online/tablet solution for 45,000 detainees and maintain/update 250 external hard drives across the entire ICE network of facilities. Existing English and Spanish user guides currently available on the electronic hard drive platform will be maintained and updated as needed. An English user guide for the online interface will be supplied upon request. The vendor will also provide at no additional cost: web-based or virtual conferencing for facility staff members with a visual representation of the solution (internet required).<br><br>Amount: $604,800.00(Option Line Item)<br>12/31/2024<br><br>Period of Performance: 12/31/2024 to 12/30/2025 | 12 | EA | 50,400.00 | 0.00 |
| 3001 | Option Period III(FFP): The vendor will deploy both the<br>custom interface online/tablet solution for 45,000 detainees and maintain/update 250 external hard drives across the entire ICE network of facilities. Existing English and Spanish user guides currently available on the electronic hard drive platform will be maintained and updated as needed. An English user guide for the online interface will be supplied upon request. The vendor will also provide at no additional cost: web-based or virtual conferencing for facility staff members with a visual representation of the solution (internet required).<br><br>Amount: $604,800.00(Option Line Item)<br>12/31/2025<br><br>Continued ... | 12 | EA | 50,400.00 | 0.00 |

| | CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED<br>70CDCR23P00000003 | | PAGE<br>5 | OF<br>18 |
|---|---|---|---|---|---|

NAME OF OFFEROR OR CONTRACTOR
RELX INC

| ITEM NO.<br>(A) | SUPPLIES/SERVICES<br>(B) | QUANTITY<br>(C) | UNIT<br>(D) | UNIT PRICE<br>(E) | AMOUNT<br>(F) |
|---|---|---|---|---|---|
| | Period of Performance: 12/31/2025 to 12/30/2026 | | | | |
| 4001 | Option Period IV(FFP): The vendor will deploy both the custom interface online/tablet solution for 45,000 detainees and maintain/update 250 external hard drives across the entire ICE network of facilities. Existing English and Spanish user guides currently available on the electronic hard drive platform will be maintained and updated as needed. An English user guide for the online interface will be supplied upon request. The vendor will also provide at no additional cost: web-based or virtual conferencing for facility staff members with a visual representation of the solution (internet required).<br><br>Amount: $604,800.00(Option Line Item) 12/31/2026<br><br>Period of Performance: 12/31/2026 to 12/30/2027<br>INVOICE INSTRUCTIONS<br><br>1.  The contractor shall be active in the System for Award Management (www.SAM.gov) for invoice processing.  Besides the information identified below, a proper invoice shall also include; contractor's Unique Entity Identifier (UEI) number; the ICE Program Office; and state whether the invoice is "INTERIM" or "FINAL".<br><br>2.  In accordance with Contract Clauses, FAR 52.212-4 (g) (1), Contract Terms and Conditions - Commercial Items, or FAR 52.232-25 (a) (3), Prompt Payment, as applicable, the information required with each invoice submission is as follows:<br>"...An invoice must include-<br>(i)  Name and address of the Contractor.  The name, address and UEI number on the invoice MUST match the information in both the Contract/Agreement and the information in SAM;<br>(ii)    Unique Entity Identifier (UEI) number;<br>(iii)   Invoice date and number;<br>(iv)    Contract number, line items and, if applicable, the order number;<br>(v)  Description, quantity, unit of measure, unit<br>Continued ... | 12 | EA | 50,400.00 | 0.00 |

NSN 7540-01-152-8067

OPTIONAL FORM 336 (4-86)
Sponsored by GSA
FAR (48 CFR) 53.110

| ITEM NO.<br>(A) | SUPPLIES/SERVICES<br>(B) | QUANTITY<br>(C) | UNIT<br>(D) | UNIT PRICE<br>(E) | AMOUNT<br>(F) |
|---|---|---|---|---|---|

price and extended price of the items delivered;
(vi)    Shipping number and date of shipment, including the bill of lading number and weight of shipment if shipped on Government bill of lading;
(vii)   Terms of any discount for prompt payment offered;
(viii)  Remit to Address;
(ix)    Name, title, and phone number of person to notify in event of defective invoice;
(x)    ICE Program Office designated on the order/contract/agreement; and
(xi)    Whether the invoice is "Interim" or "Final"
3.    Invoice submission: shall be submitted via one of the following two methods.  Improper invoices or those submitted by means other than these two methods will be returned.  Email is the preferred method.

a.    Primary method of submission is email. The Contractor shall submit one (1) invoice in PDF format per e-mail and the subject line of the e-mail will reference the invoice number of the attached invoice to:
Invoice.Consolidation@ice.dhs.gov
Attn: ICE - ERO-FHQ-DMD Invoice


b.    Mail:    DHS, ICE
     Financial Service Center Burlington
Attn:   ICE-ERO-FHQ-DMD Invoice
            P.O. Box 1620
         Williston, VT  05495-1620


4.    Payment Inquiries: Questions regarding invoice submission or payment, please contact Financial Service Center Burlington at 1-877-491-6521, Option # 3 or by e-mail at OCFO.CustomerService@ice.dhs.gov

Invoices without the above information may be returned for resubmission.

The total amount of award: $3,024,000.00. The obligation for this award is shown in box 26.

Order No. 70CDCR23P00000003                                                           Attachment A

# U.S. Department of Homeland Security (DHS)
## U.S. Immigration and Customs Enforcement (ICE)

# LEGAL ACCESS
## ELECTRONIC LAW LIBRARY (ELL)

## STATEMENT OF WORK



# Table of Contents

**1.0     INTRODUCTION**..................................................................................................... 3

**2.0     OBJECTIVES** ......................................................................................................... 3

**3.0     TASKS OR REQUIREMENTS**.............................................................................. 3

    **A) Self-Contained Legal Research System**............................................................... 3

    **B) Online Legal Research System**............................................................................. 8

    **C) Training**................................................................................................................. 9

**4.0     Delivery Schedule**................................................................................................. 10

**5.0     Government Acceptance** ...................................................................................... 12

**See Attachments:**

| | |
|---|---|
| **Attachment B** | **Order Clauses** |
| **Attachment C** | **New System Design Flow Chart Master Flow Map (Updated)** |
| **Attachment D** | **Quality Assurance Surveillance Plan** |
| **Attachment E** | **Required Resources** |

# Immigration Legal Reference External Hard Drive (EHD)
# Statement of Work

**1.0    INTRODUCTION**

A requirement of the U.S. Immigration and Customs Enforcement (ICE) detention standards is to ensure adequate access to comprehensive legal materials for individuals held at ICE detention facilities to assist their ability to pursue their immigration cases. It is well demonstrated that access to legal materials and resources promotes fair and efficient immigration court proceedings by facilitating informed briefing and argument, which results in quicker case processing, and, in turn, reduced time in detention.

**2.0    OBJECTIVES**

To provide and maintain access to legal reference materials and resources via EHD and Internet Based applications that will include a user-friendly legal research platform for immigration detainees (see Attachment A for flow map), including reference guides in English and Spanish, user-friendly search capabilities, and access to all of the materials outlined in this Statement of Work (SOW).  Note that the Contractor will provide the reference guides in English and Spanish and ICE will provide reference guide(s) in additional languages as needed.

**3.0    TASKS OR REQUIREMENTS**

   **A)    Self-Contained Legal Research System**

ICE seeks to maintain an established EHD user-friendly method for immigration detainees to perform legal research related to their pending immigration proceedings. The legal research system should include the following features:

1) <u>General Format</u>
   The program must be easy to navigate and conducive to use by individuals who:

   a) Do not have any legal training or experience;

   b) May have limited English proficiency; and

   c) May have low technology skills, or limited experience working on computers.

2) Program features should be easily navigable for those unfamiliar with computers and should avoid the use of legal jargon wherever possible. A simplified, streamlined version, rather than the typical produced offered to law students and lawyers, may be appropriate.

3) The program should provide lists of relevant or related information that would be applicable to immigration detainees as they progress through civil immigration proceedings.

4) Because some ICE detention facilities do not offer access to the internet for detainees, the program must be fully functional without internet access. This includes cite-checking functions to report the status of legal authorities, including subsequent citations and weight of authority.

5) <u>Overview Screen</u>

    To provide a basic starting point for users who may not be familiar with the architecture of immigration law or with the immigration court system, the program's home screen (or other prominent and easily accessible initial interface within the program) should feature an overview of available materials based on the attached flow chart (Attachment C). Updates will be consistent across the legal research system platform and applicable to the entire legal research system database. A sample content format is below:

    *Secondary Resources*

    ►    [Title of relevant treatise or other secondary material available on Contractor's program]

        ► [Brief description of the resource]

    *Statutory Law*

        ►    [Brief explanation of the nature of statutory law and its relevance in immigration cases]

        ►    [Table of Contents or general breakdown of the Immigration and Nationality Act by topic area]

           ►    [Titles of databases within the Contractor's program containing relevant statutory law]

    *Immigration Court Cases*

        ►    [Brief explanation of the relationship of case law to statutory/regulatory law, of the various types of courts involved in immigration cases, and of the hierarchy of those courts]

        ►    [Names of databases within the Contractor's program containing cases within each relevant court system - e.g. United States Department of Justice Executive Office for Immigration Review immigration courts, Board of Immigration Appeals, etc.]

  (a) Database titles within each category should be hyperlinked, to facilitate direct navigation from the overview screen.

    (b) The overview should be printable, to facilitate its use as a reference guide during research after the user has navigated away from the initial screen.

## 6) Database Content

    (a) Databases within the program, supplemented, where necessary, by hard copy materials, must include at a minimum the following resources:

      i. The most recent versions of materials from Appendix 6.3.A (see Attachment A, C and E to this SOW) of Performance Based National Detention Standards 2011 Standard 6.3. Materials developed and owned by other companies must be licensed for inclusion by the Contractor into its product package or, where electronic licensing is not possible, provided in hard copy, with one copy per EHD upload site).

      ii. Additional appropriate immigration-related treatises, journals, and periodical materials

      iii. Most recent published version of the ICE Detainee Handbook, in all languages available

      iv. Copies of relevant ICE documents and forms including the ICE Privacy Wavier and others as identified and provided by ICE

      v. State criminal statutes

      vi. The full U.S. Code

      vii. The full Code of Federal Regulations

      viii. Immigration Opinions from:
  1. EOIR immigration courts
  2. Board of Immigration Appeals (BIA)
  3. U.S. District Courts
  4. U.S. Courts of Appeal
  5. U.S. Supreme Court

      ix. <u>Full Nationwide Federal Case database, including:</u>
  1. U.S. District Courts
  2. U.S. Courts of Appeal
  3. U.S. Supreme Court

  x. U.S. Department of State and U.S. Department of Justice country reports

  Materials used and approved by the U.S. Department of Justice, Executive Office for Immigration Review (EOIR) Legal Orientation Program (the Contractor may contact EOIR to obtain these materials) in all languages specified in Attachment A (Flow Chart, "I Speak" track). Third languages (languages other than English and Spanish) may be substituted on a biannual basis with other languages based on the demographics of the detained non-citizen population.

  xi. Materials associated with the American Bar Association Know Your Rights (KYR) Video (the Contractor may contact the ABA to contact these materials)

  xii. All publicly available ICE directives and policy memoranda related to prosecutorial discretion, parental interests, enforcement priorities, and immigration detention, made available on ICE.gov (ICE can provide further guidance as necessary to Contractors regarding specific policies in this category to include).

(c) Additional relevant material is also encouraged, particularly in the area of criminal law.

(d) All resources should be updated on a quarterly basis. The program should provide a simple method for ICE staff to ascertain the date on which data was last updated.

7) <u>Research Features and Functionality</u>

 a. The program must include, at a minimum, the following research capabilities:

  i. Browsing materials by Table of Contents

  ii. Searching within a selected database (both Boolean and natural language)

  iii. Searching across different databases (both Boolean and natural language)

  iv. Searching within search results

  v. Searching by headnotes or key cites

  vi. Cite-checking for negative or positive treatment by other entities

 b. Search functionality should be intuitive and return results with similar spelling; searches should not be case sensitive. Search functionality should have an option to save search results.

8) <u>Reference Guides</u>

   a. The Contractor should provide an easy-to-understand user guide, tip sheet, and other forms of abbreviated reference materials to accompany the electronic platform, which instruct users on how to navigate the program and outline the various research capabilities of the program.
   b. The Contractor shall prepare detailed reference guides for the EHD. The Electronic Database reference guides shall be in English and Spanish. ICE will translate and provide the reference guides in other languages as needed for distribution. The Contractor shall provide monthly written updates to the guides.

9) <u>Other Requirements</u>
   a. Updates
      i. The Contractor must provide quarterly updates of all statutes, regulations, case law, country reports (where available), EOIR and USCIS forms (in English), and other required legal materials for the duration of the contract.
         1. This update could occur via the distribution of new EHDs or a simplified process of updating the existing EHDs and reinstalling on local computers.
         2. The Contractor should specify prior to contract award how it plans to accomplish these updates. Whatever system is selected, easy to use training materials and step-by-step guides should be provided to minimize delays in access to updated materials.
         3. Additionally, ICE may identify materials on an ad-hoc or emergency basis that need to be added to the EHDs as any major legal, statutory, or administrative change occurs regarding immigration law and/or relief from removal.
      ii. The Contractor shall update the legal research platform in accordance with the attachments to this SOW. The platform shall, in the sole judgement and discretion of ICE, be easy to navigate and conducive to use by the ICE detainee population.
      iii. The Contractor shall provide monthly written updates on the progress of the new electronic resources, expanded I Speak track, and the reference guides.
         1. ICE will provide a written response to the aforementioned monthly updates; the Contractor will make corrections based on that feedback and provide the revised products to ICE for final review and approval.
   b. Form
      i. The Contractor must offer the research program on CD-ROMs for any ICE facilities with computers that are not EHD compatible.

    ii. The Contractor shall provide copies of the EHD for distribution to all ICE field offices and/or detention facilities and ICE headquarters.

  **B) Online Legal Research System**

ICE requires the continuation of an online electronic legal research platform modeled upon the existing EHD that will offer a user-friendly method for immigration detainees to perform legal research related to their pending immigration proceedings.

1) <u>Database Content</u>
   (a) Access to the Following Sources:
       i. Immigration Federal Cases
       ii. Immigration Law Statutes & Legislation
       iii. Immigration Non-Precedent decisions (BIA, AAO)
       iv. Immigration Precedent Decisions
       v. DOJ & INS Opinions
       vi. Board of Alien Labor Certification Appeals Opinions
       vii. Chief Admin Hearing Officer Immigration Review Decisions
       viii. Immigration Law Administrative Materials/Opinions
       ix. Immigration Law Administrative Codes & Regulations
       x. Immigration Law Practice Expediter
       xi. Immigration Law & Procedure
       xii. Forms from Bender Immigration Sources
       xiii. AILA Asylum Primer
       xiv. AILA Immigration Consequences of Criminal Activity: A Guide to Representing Foreign-Born Defendants
       xv. Representing Clients in Immigration Court
       xvi. Constitutional Rights of Prisoners by Palmer
       xvii. Bender's Immigration Bulletin
       xviii. Bender's Immigration Regulations Service
       xix. Bender's Immigration & Nationality Act Service
       xx. Bender's Federal Practice Forms
       xxi. Federal Habeas Practice & Procedure
       xxii. Criminal Law Advocacy
       xxiii. Criminal Defense Techniques
       xxiv. Constitutional Rights of Prisoners
       xxv. Civil Rights Actions
       xxvi. Criminal Law Deskbook
       xxvii. Moore's Manual: Federal Practice & Procedure
       xxviii. Ballentine's Legal Dictionary
       xxix. *Shepard's* Citation Service
       xxx. All State Cases Nationwide
       xxxi. All State Statutes Nationwide
       xxxii. All Federal Cases Nationwide
       xxxiii. U.S. Supreme Court Cases
       xxxiv. Code of Federal Regulations
       xxxv. Federal Register

      xxxvi. All Federal Court Rules
     xxxvii. United States Code Service
    xxxviii. U.S. Constitution
     xxxix. Links to online immigration self-help legal resources as outlined in 6.3.A and 6.3.B of PBNDS 2011
        xl. Other self-help legal resource material as identified by ICE as being useful to detained noncitizens..
       xli. Additional appropriate immigration-related treatises, journals, and periodical materials
      xlii. Copies of relevant federal government documents and forms including the ICE Privacy Wavier and others as identified and provided by ICE
     xliii. Materials associated with the American Bar Association KYR Video
     xliv. All publicly available relevant ICE directives and policy memoranda available on ICE.gov (ICE can provide further guidance regarding specific policies in this category).

  (b) Additional relevant material may be requested at the discretion of ICE

2) <u>Research Features and Functionality</u>
  (a) Within the Lexis research database users will have the ability to search all online content simultaneously or to restrict search terms by jurisdiction, category (cases, statutes, etc.), or legal topic. As users type search terms, a "word wheel" automatically generates suggested terms and phrases with correct spelling.
  (b) An advance search allows other search options: "all of these terms"; "any of these terms"; "exact phrase"; and "excluded terms."

  (c) Users can also restrict searches to specific content sources within the LexisNexis research database.

  (d) Easy-to-understand "help" screen provides access to useful research instructions

  (e) *Shepard's* Citations Service, the cornerstone of the legal research process, is available on the Lexis research database. *Shepard's* is a cornerstone of the legal research process. *Shepard's* offers the most dependable, thorough, and detailed method for determining good law.

    **C) Training**

1) <u>Training Offerings</u>

  (a) The Contractor will be expected to offer on-demand onsite training to ICE detainees and/or detention facility staff on the use of its program.

  (b) If remote, the Contractor shall provide interactive and/or recorded training, such as a screen capture recording of a training session, for staff and detainees. Any recorded training shall be included on the electronic system and should be updated, as needed, to remain current with the system and materials included.

2) <u>Content and Structure</u>
   (a) Training should be delivered in an easy-to-understand manner, using basic English, conducive to comprehension by *pro se* immigration detainees who may not be familiar with the U.S. legal system or immigration court processes.

   (b) The Contractor should make arrangements to offer simultaneous interpretation of training into Spanish and other languages to the extent practicable, based on the nature of the detainee population at a particular facility.

   (c) Training should begin with general background information regarding immigration law, the immigration court system, and types of legal resources that are relevant to immigration detainees. The trainer should distribute copies of the overview and reference materials described in the "Reference Guides" section above.

   (d) Training should emphasize searching secondary sources, rather than primary sources, as a first step in legal research.

   (e) Training should cover all major search/navigation functions, including Table of Contents browsing, searching within databases, searching across databases, searching within results, cite checking, and any other significant features offered by Contractor's program. As background information, training should also provide a general explanation of Boolean and Natural Language search techniques. Training should use immigration law examples.

   (f) In-person training should employ active learning techniques rather than a passive lecture format to promote improved understanding. Training should be structured to permit detainees to follow along and mimic the trainer on their own computers as the trainer demonstrates various searching/navigation methods on a larger screen. This can be accomplished through training provided principally by screen-capture video, with appropriate pauses for trainees to complete exercises.

**4.0    Delivery Schedule**

Training Sessions and status meetings will be scheduled by the Contractor in facilitation with the COR, post award on a regular session via phone and in person sessions as mutually agreed.

Deliverables

| Deliverable Name | Brief Description | Date Due | In what format to whom? |
|---|---|---|---|
| Status Updates | Contractor will provide updates on the status of the EHD and | Monthly and Quarterly | Report will be submitted as mutually |

| | | | |
|---|---|---|---|
| | application program to include and potential issues | | agreed to COR, Customer, and CO |
| Self-Contained and Online Legal Research System | User-friendly database of legal resources for immigrant detainees | 30 days after award; to be updated continuously | EHD to the COR and ICE Field Offices or detention facilities (no more than 65 addresses, to be updated quarterly as needed) within 30 days of gov't acceptance<br><br>Immediately accessible applications for use on ICE-funded tablets at identified facilities and the online system made available to download as an application on the COR's ICE phone or via a browser. |
| Reference Guide | Provides step-by-step instructions on how to use and troubleshoot the database | Semi-annually and as updates to EHD requires | Electronic to the COR and Customer |
| Update of EHD | Contractor will provide updates to the drive, as detailed in the SOW. Schedule for updates and shipments will be established between Contractor and COR. Contractor will notify COR when EHD shipments are sent with anticipated delivery date. Contractor will provide a mechanism for ICE to share large file sizes of updated material. | Quarterly and as needed; significant delays (30 days after scheduled shipment date) must be communicated within 3 business days of known delay. Additional EHDs may be sent on an as needed basis by field offices. | EHD to COR and Customer |
| Training | Contractor will provide regular trainings on the use and functionality of | On Demand and Periodically | In-person, virtual, and recorded training to facility staff and |

|  | the legal research systems |  | detainees at locations determined by ICE. |
|---|---|---|---|

## 5.0 Government Acceptance

The Government will accept or reject deliverable within thirty (30) calendar days after Contractor delivery to the COR.  If rejected, the Contractor shall make corrections as specified and resubmit the deliverable for review and approval within the agreed timeframe, or not later than 15 calendar days from notification of the rejected deliverables and at no additional cost to the Government for re-work.