Attachment B: Complete List of Required Resources

[Infobases]

Immigration Law Practice Expediter|1226.NFO|1|

Immigration Law and Procedure|325.NFO|1|

Immigration Law and Procedure - Index|325i.NFO|1|

Bender's Immigration Bulletin|421.NFO|1|

Bender's Immigration and Nationality Act Service|132.NFO|1|

Bender's Immigration and Nationality Act Service - Index|132i.NFO|1|

Bender's Immigration Regulations Service|695.NFO|1|

Constitution of the United States|1266.NFO|1|

USCS Title 8, Aliens and Nationality|1268.NFO|1|

Federal Criminal Code, Title 18 USCS|1269.NFO|1|

Illegal Immigration Reform and Immigrant Responsibility Act of 1996|324.NFO|1|

Selected Statutes|325c.NFO|1|

Federal Register Materials|325b.NFO|1|

Federal Register - Index|325bi.NFO|1|

USCS Court Rules Volumes|1267.NFO|1|

Presidential Documents|325e.NFO|1|

United Nations Documents - Treaties|325d.NFO|1|

Immigration (BIA, AAO, etc.) Precedent Decisions|152.NFO|1|

INS and DOJ Legal Opinions|597.NFO|1|

Federal Habeas Corpus Practice and Procedure|64330.NFO|1|

Understanding Criminal Procedure|791.NFO|1|

Civil Rights Actions|199.NFO|1|

INS Asylum Training Materials|1265.NFO|1|

Considerations for Asylum Officers Adjudicating Asylum Claims for Women|1261.NFO|1|

Country Reports|286.NFO|1|

Amnesty International Human Rights Report 2001|1260.NFO|1|

BALCA Deskbook|325g.NFO|1|

Lists of Designated Primary Medical Care, Mental Health & Dental Health Professional Shortage Areas|220.NFO|1|

Occupational Outlook Handbook|088.NFO|1|

Dictionary of Occupational Titles|420.NFO|1|

Standard Occupational Classifications 2010|1245.NFO|1|

Technical Assistance Guide|325f.NFO|1|

Directory of Non-Profit Agencies that Assist Persons in Immigration Matters|1263.NFO|1|

Studying Law:  An Introduction to Legal Research|877.NFO|1|

Legal Research Basics|1264.NFO|1|

Legal Research Guide: Patterns and Practice|3085.NFO|1|

Persuasive Writing for Lawyers & the Legal Profession|058.NFO|1|

Legal Writing & Other Lawyering Skills|676.NFO|1|

Ballentine's Law Dictionary|1262.NFO|1|

Diccionario Terminos Juridicos|47458.NFO|1|

Citizenship Laws of the World|325v.NFO|1|

National Detainee Handbook [English]|1565.NFO|1|

National Detainee Handbook [Spanish]|1566.NFO|1|

Constitution of the United States of America: Analysis and Interpretation|1567.NFO|1|

Agency Manuals|325h.NFO|1|

Constitutional Rights of Prisoners|4407.NFO|1|

Criminal Defense Techniques|202.NFO|1|

Criminal Law Deskbook|217.NFO|1|

Bender's Immigration Bulletin - Archive|2421.NFO|1|

Spanish Immigration Law Practice Expediter|1598.NFO|1|

BIA & AAU Non-Precedent Decisions (V2 - V41)|383.NFO|1|

Immigration Official Forms|2444.NFO|1|

Country Reports, Amnesty International|2328.NFO|1|

Legal Orientation Program, EOIR/DOJ|2329.NFO|1|

Criminal Codes|crimcode.NFO|1|

Immigration Cases (2011- Present)|185a.NFO|1|

Immigration Cases (2007-2010)|185b.NFO|1|

Immigration Cases (1998-2006)|185c.NFO|1|

Immigration Cases (Prior to 1998)|185d.NFO|1|

English - Legal Orientation Program|englop.NFO|1|

English - Quick Reference Guide|engqref.NFO|1|

Sexual Abuse and Assault Prevention and Intervention|poster.NFO|1|

Spanish - Legal Orientation Program|spanlop.NFO|1|

Spanish - Quick Reference Guide|spanqref.NFO|1|


**U.S. Immigration and Customs Enforcement**

# <u>Immigration Legal Reference External Hard Drive (EHD)</u>

## New System Design Flow Chart "Attachment C"

## November 2022

**Contents of This System Design Map:**
(1) Flow Maps for each of the three main tracks through the EHD Research System.
- *TRACK #1:  I just arrived in immigration detention. What do I need to know about my situation?*
- *TRACK #2:  I am not sure what I need. Can I see a list of the topics covered in this system?*
- *TRACK #3:  I have a specific question. Please show me a list of all the resources available in this system.*

(2) Contents Lists for each main database described in the flow maps; these are separate documents.
- *DATABASE #1:*  BASIC INFORMATION ABOUT U.S. IMMIGRATION LAW
- *DATABASE #2:*  U.S. IMMIGRATION LAWS & REGULATIONS
- *DATABASE #3:*  BASIC INFORMATION ABOUT U.S. CRIMINAL LAW
- *DATABASE #4:*  BOND
- *DATABASE #5:*  ASYLUM
- *DATABASE #6:*  VICTIMS
- *DATABASE #7:*  COMPLAINTS
- *DATABASE #8:*  NATURALIZATION & CITIZENSHIP
- *DATABASE #9:*  DETENTION
- *DATABASE #10:*  U.S. IMMIGRATION COURTS & APPELLATE PROCEDURE
- *DATABASE #11:*  FORMS FOR IMMIGRATION APPLICATIONS
- *DATABASE #12:* FULL NATIONWIDE FEDERAL LAW DATABASE (Full U.S. Code, Full CFR, Full Federal Case database)

**System Design Map "Key":**
xxx =  data already present in the Lexis Immigration Law EHD
xxx =  data ICE previously provided in PDF format for Lexis to upload onto the new EHD
xxx =  new updated content. Instructions specify whether content will be provided by ICE.
[xxx] = instructions and/or questions for Lexis, often related to necessary interface functionality, information that Lexis should download in PDF format from the website listed in the text, or necessary updates to existing "infobases"
*italics* = explanatory or hover text that should appear on-screen for the user

**Acronyms:**
[Please include a button at the top of each page of the EHD interface that, when clicked, opens this list in a small, separate window.]

| | |
|---|---|
| AAO | Administrative Appeals Office (an appellate office within USCIS) |
| ABA | American Bar Association |
| AILA | American Immigration Lawyers' Association |
| APA | Administrative Procedure Act |
| BIA | Board of Immigration Appeals (the appellate body within EOIR) |
| CAT | United Nations Convention against Torture and Other Cruel, Inhuman or Degrading Treatment or Punishment |
| CBP | U.S. Customs and Border Protection (an agency within DHS) |
| CDF | ICE Contract Detention Facility (a kind of detention facility operated by ICE contractors) |
| CEDAW | Convention on the Elimination of All Forms of Discrimination against Women |
| CERD | International Convention on the Elimination of All Forms of Racial Discrimination |
| CFR | Code of Federal Regulations |
| CRCL | DHS Office for Civil Rights and Civil Liberties |
| DHS | U.S. Department of Homeland Security |
| DOJ | U.S. Department of Justice |
| DOS | U.S. Department of State |
| DRIL | ICE Detention Reporting and Information Line |
| EHD | external hard drive |
| EOIR | Executive Office of Immigration Review (an agency within DOJ) |
| ERO | Enforcement and Removal Operations (a directorate with ICE) |
| FIRRP | Florence Immigrant and Refugee Rights Project (a non-governmental organization based in Arizona) |
| FOIA | Freedom of Information Act |
| FRS | ICE Family Residential Standards |
| HRW | Human Rights Watch (an international non-governmental organization) |
| ICCPR | International Covenant on Civil and Political Rights |
| ICE | U.S. Immigration and Customs Enforcement (an agency within DHS) |
| IGSA | Intergovernmental Service Agreement (a mechanism through which ICE detainees are housed at state and local jails or prisons) |
| IHSC | ICE Health Services Corps (the ICE medical provider) |
| IIRIRA | Illegal Immigration Reform and Immigrant Responsibility Act of 1996 |
| IJ | Immigration Judge |
| INA | Immigration and Nationality Act |
| INS | Immigration and Naturalization Service (in March 2003, the functions of the former INS were dispersed among CBP, ICE, and USCIS) |
| KYR | Know Your Rights (presentations sometimes given by non-governmental organizations in detention facilities) |
| LGBTI | Lesbian, Gay, Bisexual, Transgender, and Intersex |
| LOP | Legal Orientation Program (offered in many detention facilities by non-governmental organizations that are also EOIR contractors) |
| NDS | ICE National Detention Standards |

| NIJC | National Immigrant Justice Center (a non-governmental organization based in Chicago, Illinois) |
| NTA | Notice to Appear |
| PA | Privacy Act |
| PBNDS | ICE Performance Based National Detention Standards |
| SPC | ICE Service Processing Center (a kind of detention facility operated directly by ICE) |
| TIP | trafficking in persons |
| TVPRA | Trafficking Victims Protection Reauthorization Act (the most recent of which was enacted in 2013, and stemming from the TVPA, or Victims of Trafficking and Violence Prevention Act of 2000) |
| UNHCR | United Nations High Commissioner for Refugees |
| U.S. | United States |
| USC | U.S. Code |
| USCIS | U.S. Citizenship and Immigration Services (an agency within DHS) |
| VAWA | Violence Against Women Act |

**LEXIS USER GUIDE:**
[Please include a button at the top of each page of the EHD interface that, when clicked, opens this document in a separate window. Requirements for the User Guide, which Lexis must create, are listed below.]
- The User Guide must be written in plain English.
- The Guide must help a new user (who is likely unfamiliar with U.S. law and legal systems, and who may have limited English proficiency) navigate the new EHD system interface. Pictures and/or screenshots will be essential.
- The Guide should also include a list of acronyms like the one above.
- The Guide must be translated into – at minimum into Spanish.
- ICE will provide additional flyers/guides to help users locate resources available in their primary language. These will be made available in the index and in the "I Speak" track.
  - Electronic Law Library: How to Find Resources Available in My Language (Spanish)/ Como Encontrar Recursos en Mi Idioma — Español
  - Electronic Law Library: How to Find Resources Available in My Language (Haitian Creole)/Kòman pou w Jwenn Resous nan Lang Mwen an — Kreyòl Ayisyen
  - Electronic Law Library: How to Find Resources Available in My Language (French)/ Comment trouver des ressources dans ma langue – le français
  - Electronic Law Library: How to Find Resources Available in My Language (Portuguese)/ Como Encontrar Recursos em Meu Idioma - em Português
  - Electronic Law Library: How to Find Resources Available in My Language (Simplified Chinese)/ 如何以我的语言查找资源——中文 (简体)
  - Electronic Law Library: How to Find Resources Available in My Language (Vietnamese)/ Cách Tìm Các Nguồn Tài Liệu Bằng Ngôn Ngữ Của Tôi - TIẾNG VIỆT

3

- Electronic Law Library: How to Find Resources Available in My Language (Punjabi)/ ਮੇਰੀ ਭਾਸ਼ਾ ਵਿੱਚ ਸਰੋਤ ਕਿਵੇਂ ਲੱਭੀਏ--ਪੰਜਾਬੀ
- Electronic Law Library: How to Find Resources Available in My Language (Hindi)/ मेरी भाषा में संसाधन कैसे खोजें--हिन्दी
- Electronic Law Library: How to Find Resources Available in My Language (Russian)/ Как найти ресурсы на своём языке – русский
- Electronic Law Library: How to Find Resources Available in My Language (Arabic)/ كيف أجد المصادر بلغتي – العربية
- Electronic Law Library: How to Find Resources Available in My Language (Turkish)/ [Translation of title to be provided once translated]
- Electronic Law Library: How to Find Resources Available in My Language (Romanian)/ [Translation of title to be provided once translated]
- Electronic Law Library: How to Find Resources Available in My Language (Bengali)/ [Translation of title to be provided once translated]

4

**Intro Screen:**



**Welcome to the LexisNexis Legal Research System!**

*Click the red button to access the Lexis User Guide.*

 I just arrived in immigration detention. What do I need to know about my situation?

 I am not sure what I need. Can I see what kinds of information are available in this system?

 I have a specific question. Please show me a list of all the resources available in this system.

I speak español / français / português / Tiếng Việt / Kreyòl Ayisyen / العربية / русском языке / 简体中文 .

*[Additional languages added to I Speak track should be included in the above button. Currently the EHD track has "Content Languages" instead include all languages as written so noncitizens can navigate to the materials available in their languages more easily.]*

The red button at the top left of this screen will take the user to the LEXIS USER GUIDE.

The three main buttons will take the user down three different tracks, or flow maps. Each of these tracks, including all of their respective branches, will draw from and/or end up at the same 11 databases. The fourth button, or the "I Speak Button," will take the user down a fourth track to collections of the resources available in each language listed. See below for more detail.

**TRACK #1: I just arrived in immigration detention. What do I need to know about my situation?**
- Hover Text: *U.S. law is complex, and U.S. immigration law is especially complicated. But U.S. immigration law determines whether you may stay in the United States or whether you will need to leave. Click here for resources with basic information about your immigration situation.*

**TRACK #2: I am not sure what I need. Can I see what kinds of information are available in this system?**
- Hover Text: *Click here to see a list of several topics addressed by the resources in this system.*

5

**TRACK #3:  I have a specific question. Please show me a list of all the resources available in this system.**

- Hover Text:  *Click here for direct access to the laws and regulations that control immigration cases, along with many other resources.*

• **"I SPEAK" BUTTON:  I speak English / español / français / português / Tiếng Việt / Kreyòl Ayisyen / العربية / русском языке / 简体中文/ ROMÂNĂ / TÜRKÇE / বাংলা / हिंदी / ਪੰਜਾਬੀ** [The other languages are currently included on the EHD, under "Content Languages" in the Index/"I Speak" page]

.Hover Text:  *Click here to access helpful materials in your language.*


The next steps in each of these tracks are laid out on the following pages.

6

**Flow Map:**  *TRACK #1: I just arrived in immigration detention. What do I need to know about my situation?*

Header / Intro Text:
*The U.S. Government cannot provide legal advice to help you with your immigration case. However, several government offices and non-governmental organizations have created useful resources that you may want to explore. Some of these are available below.*



The resources to which each of these buttons link are in one or more of the databases described later. They are re-grouped here for the user's ease of access.

Top Button – "Introductions to U.S. Immigration Law"
- Hover Text: *Click here for basic informational guides to federal law for individuals who are in immigration detention.*
- [Clicking on this button takes the user to a list of the following resources.]
  - Legal Orientation Program (LOP) Materials
    [This is a hyperlink; clicking on it will open a drop-down menu with the following additional links. Each of the links below takes the user to the relevant part or version of the LOP Materials.]
    - Hover Text: *These materials provide both an introduction to immigration law and a self-help resource guide for immigration detainees. English and Spanish versions are available. The materials were created by a nonprofit organization that works with the U.S. Department of Justice.*
    - Legal Orientation Program (LOP) Materials – OVERVIEW
    - Legal Orientation Program (LOP) Materials – OVERVIEW (Español)
    - Legal Orientation Program (LOP) Materials – FULL
    - Legal Orientation Program (LOP) Materials – FULL (Español)

- ==American Bar Association (ABA) Know Your Rights Manual==
  [This is a hyperlink; clicking on it will open the ABA KYR Manual.]
  - Hover Text: *This is an introduction to immigration law for immigration detainees. This introduction was created by a nonprofit association of American attorneys.*

Middle Button – "U.S. Immigration Law in Practice"
[Clicking on this button takes the user to a list of the following resources.]
- Hover Text: *Click here for information about U.S. law, and for information about how to research and apply U.S. immigration law to your case.*
  - Immigration Law Quick-Reference Guides (English & Spanish)
    [The title here is a hyperlink. Clicking on it opens a list of the following resources, each of which is also a hyperlink that directs the user to documents already on the EHD.]
    - ==Immigration Law Practice Expediter==
    - ==Spanish Immigration Law Practice Expediter==
  - Immigration Law & Procedure
    [The title here is a hyperlink. Clicking on it opens a list of the following resources, each of which is also a hyperlink that directs the user to documents already on the EHD.]
    - ==Immigration Law & Procedure – Index==
    - ==Immigration Law & Procedure==
  - Legal Dictionaries (English & Spanish)
    [The title here is a hyperlink. Clicking on it opens a list of the following resources, each of which is also a hyperlink that directs the user to documents already on the EHD.]
    - ==Ballentine's Law Dictionary==
    - ==Diccionario Terminos Juridicos==
  - Legal Research and Legal Writing Resources
    [The title here is a hyperlink. Clicking on it opens a list of the following resources, each of which is also a hyperlink that directs the user to documents already on the EHD.]
    - ==Studying Law: An Introduction to Legal Research==
    - ==Legal Research Basics==
    - ==Legal Research Guide: Patterns and Practice==
    - ==Persuasive Writing for Lawyers & the Legal Profession==
    - ==Legal Writing & Other Lawyering Skills==
  - Immigration Court Practice Manual
    [The website listed below is not a PDF. The site contains other links, which lead eventually to PDFs. Please structure this resource on the EHD as closely as possible to how it is structured on the website, and use the PDFs as the end resources on the EHD.]
    - Hover Text: *The Immigration Court Practice Manual provides guidance on Immigration Court procedure for individuals and attorneys in immigration proceedings. This may be useful to you as you prepare your case.*

8

- o [http://www.justice.gov/eoir/office-chief-immigration-judge-0]
- **Agency Manuals**
  [Please be sure to update the contents of this "infobase," and insert a plain English description of the resources therein as hover-text here. ICE can provide relevant / updated manuals if necessary.]
- Immigration Forms
  [This is a hyperlink. Clicking on it opens Database #11:  FORMS FOR IMMIGRATION APPLICATIONS, which is a list of links to all the forms available on the following websites. The websites are provided here just in case.]
  - o [http://www.justice.gov/eoir/list-downloadable-eoir-forms]
  - o [http://www.uscis.gov/forms]

Bottom Button – "Immigration Legal Assistance"
[Clicking on this button takes the user to the Directory of Non-Profit Agencies that Assist Persons in Immigration Matters already on the EHD.  Please make sure this list is up-to-date and includes, at minimum, the providers listed for each state here- http://www.justice.gov/eoir/free-legal-services-providers and here- http://www.immigrationlawhelp.org/ and here- http://www.immigrationadvocates.org/nonprofit/legaldirectory/. The providers should be listed by state, so users don't have to scroll through all of them to get to the ones located in the same state as their detention facility.]
Supplement to the Women's Refugee Commission: *Detained or Deported What About My Children?* [Currently available under EHD Parental Rights]
- Hover Text: *Click here for a list of attorneys and legal services providers who may be able to help you with your immigration case.*

9

**Flow Map:** *TRACK #2: I am not sure what I need. Can I see what kinds of information are available in this system?*

| U.S. Immigration Law & Procedure (Immigration Courts and Appeals) | Immigration Forms | U.S. Criminal Law (State and Federal) |
|---|---|---|
| What rights do I have in this detention center? | I want to file a complaint. | I am afraid to return to my country. |
| Am I a U.S. citizen? | I was a victim of a crime or abuse, OR I was forced to work or have sex. | Am I eligible for a bond? |

 ← Intro to U.S. Immigration Law

System Help → 

I am looking for U.S. laws other than immigration.

[Add the above additional text box to indicate that the full nationwide federal case database, full US code, and full CFR have been added.]

Top Left Button – "U.S. Immigration Law & Procedure"
[Clicking on this button takes the user to another screen, where s/he will have two options.]
- Hover Text: *Click here for detailed information about federal immigration law and the courts that apply that law.*

10

- "Immigration Laws and Regulations"
  [Clicking on this will take the user to Database #2: U.S. IMMIGRATION LAWS & REGULATIONS.]
- "Immigration Courts and Appeals"
  [Clicking on this will take the user to Database #10: U.S. IMMIGRATION COURTS & APPELLATE PROCEDURE.]

Top Center Button – "Immigration Forms"
[Clicking on this button takes the user to Database #11: FORMS FOR IMMIGRATION APPLICATIONS.]
- Hover Text: *Click here for the forms you need to apply for immigration benefits, relief from removal, and/or lawful immigration status. There are also forms you may need when submitting documents to the immigration court or to U.S. immigration authorities.* ==*These forms may expire between updates, ask your law librarian or a legal service provider for the most up to date form.*== *[THIS LANGUAGE WAS REQUESTED AS PART OF AN EHD UPDATE].*

Top Right Button – "U.S. Criminal Law"
[Clicking on this button takes the user to Database #3: BASIC INFORMATION ABOUT U.S. CRIMINAL LAW.]
- Hover Text:  *Click here for basic information about state and federal criminal law, and for the text of state criminal laws.*

Middle Left Button – "What rights do I have in this detention center?"
[Clicking on this button takes the user to Database #9: DETENTION.]
- Hover Text: *Click here for more information about your rights and responsibilities in immigration detention.*

Center Button – "I want to file a complaint."
[Clicking on this button takes the user to Database #7: COMPLAINTS.]
- Hover Text: *Click here if you wish to file a complaint against an attorney, immigration judge, or a detention facility staff member.*

Middle Right Button – "I am afraid to return to my country."
[Clicking on this button takes the user to Database #5: ASYLUM.]
- Hover Text: *Click here for more information about how to apply for asylum and other forms of protection from removal.*

Bottom Left Button – "Am I a U.S. citizen?"
[Clicking on this button takes the user to Database #8: NATURALIZATION & CITIZENSHIP.]
- Hover Text: *Click here if you believe you may be a U.S. citizen.*

Bottom Center Button – "I was a victim of a crime or abuse, or I was forced to work or have sex."
[Clicking on this button takes the user to Database #6: VICTIMS.]

11

- Hover Text: *Click here if you have been a victim of crime or forced labor in the United States and you want more information about your options.*

Bottom Right Button – "Am I eligible for a bond?"
[Clicking on this button takes the user to Database #4: BOND.]
- Hover Text: *Click here for more information about how to apply for release from detention by paying a bond.*

"Intro to U.S. Immigration Law" Button
[Clicking on this button takes the user to Database #1: BASIC INFORMATION ABOUT U.S. IMMIGRATION LAW.]
- Hover Text: *Click here for basic information on U.S. immigration law for individuals who are in immigration detention.*

"I Am Looking for U.S. Laws Other than Immigration" Button
[Clicking on this button takes the user to Database #12: FULL NATIONWIDE FEDERAL LAW DATABASE (Full U.S. Code, Full CFR, Full Federal Case database)
- Hover Text: *Click here for database of U.S. laws: the full U.S. Code, the Full U.S. Code of Federal Regulations, and a Full database of nationwide federal cases (district courts, Appeals, and U.S. Supreme Court).*]

"Help" Button
[Clicking on this button should take the user to the LEXIS USER GUIDE.]
- Hover Text: *Click here for a guide on how to search for laws and cases.*

12

**Flow Map:**  *Track #3:  I have a specific question. Please show me a list of all the resources available in this system.*

[This page should include, right up front:
- o  a disclaimer on the information included, to the effect of "*The U.S. Government cannot provide you legal advice on your case. The resources contained in this electronic law library are available to assist you with self-guided research, and may be subject to changes in U.S. laws, policies, and procedures.*";
- o  a button that links to the LEXIS USER GUIDE, and
- o  a link to the New INA-CFR-CaseLaw Search Function.

The rest of the page should be as below: a table of contents for the EHD. Each resource should be titled in plain English, and have accompanying hover text that briefly describes the resource, like the language ICE has provided below. The resources should be listed with enough space between them that they are easily readable and less overwhelming than the list of resources currently on the EHD. Clicking on a title will take the user to the full text of that resource, unless otherwise noted.]

*Lexis EHD Table of Contents*

- -  **Basic Immigration Law & Practice Information**
  [The title here is a hyperlink. Clicking on it opens a list of the following resources, the title of each of which is also a hyperlink that directs the user to documents ICE will provide or that are available on the internet at the websites noted below.]
  - •  Legal Orientation Program (LOP) Materials
    - o  Hover Text:  *These materials provide both an introduction to immigration law and a self-help resource guide for immigration detainees. English and Spanish versions are available. The materials were created by a nonprofit organization that works with the U.S. Department of Justice.*
    - o  LOP Materials – OVERVIEW
    - o  LOP Materials – EXPEDITED REMOVAL & REINSTATEMENT
    - o  LOP Materials – FULL
  - •  Legal Orientation Program (LOP) Materials (Español)
    - o  Hover Text:  *Estos materiales proporcionan tanto una introducción a la ley de inmigración y una guía de recursos de autoayuda para los inmigrantes detenidos. Versiones en Inglés y Español están disponibles. Los materiales fueron creados por una organización no lucrativa que trabaja con el Departamento de Justicia de los Estados Unidos.*
    - o  LOP Materials – OVERVIEW (Español)
    - o  LOP Materials – EXPEDITED REMOVAL & REINSTATEMENT (Español)
    - o  LOP Materials – FULL (Español)
  - •  American Bar Association (ABA) Know Your Rights Manual
    - o  Hover Text:  *A written introduction to immigration law for immigration detainees. This introduction was created by a nonprofit association of American attorneys.*
  - •  American Bar Association (ABA) Know Your Rights Video

13

- o Hover Text: *A video introduction to immigration law for immigration detainees. This introduction was created by a nonprofit association of American attorneys.*
- Fundamentals of Immigration Law outline
  - o Hover Text: *An overview of basic principles of immigration law. This overview was written by attorneys in the U.S. Department of Justice for use by other attorneys and the public.*
  - o [www.justice.gov/sites/default/files/eoir/legacy/2014/08/15/Fundamentals_of_Immigration_Law.pdf ]
- Immigration Judge (IJ) Benchbook
  - o Hover Text: *The IJ Benchbook is a tool for Immigration Judges. It helps guide them in adjudicating immigration cases. It may also be a useful resource for you when you are preparing your case.*
  - o [http://www.justice.gov/eoir/immigration-judge-benchbook]  [This website is not a PDF. The site contains other links, which lead either to a PDF or to text. Please structure this resource on the EHD as closely as possible to how it is structured on the website. For the links that lead to PDFs, the PDFs may be used on the EHD. For the links that lead to text, the text may be cut and pasted into Word document and then saved in PDF format so it is available to detainees on the EHD.]
- Immigration Court Practice Manual
  - o Hover Text: *The Immigration Court Practice Manual provides guidance on Immigration Court procedure for individuals and attorneys in immigration proceedings. This may be useful to you when you are preparing your case.*
  - o [http://www.justice.gov/eoir/office-chief-immigration-judge-0]  [Again, this website is not a PDF. The site contains other links, which lead eventually to PDFs. Please structure this resource on the EHD as closely as possible to how it is structured on the website, and use the PDFs as the end resources on the EHD.]
- Representing Clients in Immigration Court
  - o Hover Text: *The Representing Clients in Immigration Court Manual by American Immigration Lawyers Association (AILA) provides strategies, advice, and analysis on deportation defense. This may be useful to you when you are preparing your case.*

- Manuals for U.S. Government Officials (Agency Manuals)
  - o Hover Text: *These manuals provide guidance to U.S. immigration officials in various U.S. Government agencies. The information in these manuals helps immigration officials make decisions in cases like yours.*
  - o [Please be sure to update the contents of this "infobase," and specify in the hover text which agencies' manuals are included. Alternatively, the titles of the agency manuals can be subsections of this menu, like how the (updated) USCIS Policy Manual is described below. ICE can provide the relevant / updated manuals if necessary.]
  - o USCIS Policy Manual

14

- Hover Text: *The USCIS Policy Manual contains the formal USCIS policies that guide USCIS officers in the performance of their duties, including in deciding whether to grant or deny applications for immigration benefits and services. The manual covers many different kinds of benefits and services. It also includes links to related sections of the **Immigration and Nationality Act (INA)** and Code of Federal Regulations, and to the relevant forms.*
- [http://www.uscis.gov/policymanual/HTML/PolicyManual.html] [This website is not a PDF. The site contains other links, which lead eventually to PDFs. Please structure this resource on the EHD as closely as possible to how it is structured on the website, and use the PDFs as the end resources on the EHD.]

- Directory of Non-Profit Agencies that Assist Persons in Immigration Matters
  - Hover Text: *This is a list of attorneys and legal services providers who may be able to help you with your immigration case.*
  - [The title here is a hyperlink; clicking on it will take the user directly to the text of the directory. Please make sure this is up-to-date and includes, at minimum, the providers listed for each state here- http://www.justice.gov/eoir/free-legal-services-providers and here- http://www.immigrationlawhelp.org/.  The providers should be grouped by state, so a user does not have to scroll through all of them to get to those located in the same state as their detention facility.]

- Immigration Law Quick Reference Guide (English)
  - Hover Text: *A reference guide to immigration law that LexisNexis created for immigration lawyers. This guide may be useful to you when you are preparing your case.*
  - [Please make sure that this resource already on the EHD (Immigration Law Practice Expediter) is up-to-date. Please also remove resources that are generally not relevant to the ICE detainee population, including employment-based visa information (H-1Bs, Es, PERM Labor Cert stuff, L-1s, etc.). Finally, please rename as indicated above ("Immigration Law Quick-Reference Guide (English)" instead of "Immigration Law Practice Expediter").]

- Immigration Law Quick Reference Guide (Spanish)
  - Hover Text: *Una guía de referencia a la ley de inmigración que LexisNexis creado por los abogados de inmigración. Esta guía puede ser útil para usted cuando usted está preparando su caso.*
  - [As above, please make sure that this resource already on the EHD (Spanish Immigration Law Practice Expediter) is up-to-date. Please also remove resources that are generally not relevant to the ICE detainee population, including employment-based visa information (H-1Bs, Es, PERM Labor Cert stuff, L-1s, etc.). Finally, please rename as indicated above ("Immigration Law Quick-Reference Guide (Spanish)" instead of "Spanish Immigration Law Practice Expediter").]

- Immigration Law & Procedure

- o Hover Text:  *A broad resource that describes U.S. immigration law and the sources for immigration law.*
- o [The title here is a hyperlink to a new resource. Please merge or somehow integrate the Immigration Law & Procedure – Index and full Immigration Law & Procedure resource that are already on the EHD so they are more user-friendly – maybe by inserting a link to the index within the full resource, or organizing it so that the various titles in the index link to the relevant sections of the full resource.]
  - ▪ Ballentine's Law Dictionary
    - o Hover Text:  *This is an English-language dictionary of legal terminology.*
  - ▪ Diccionario Terminos Juridicos
    - o Hover Text:  *Este es un diccionario en español de la terminología jurídica.*

- ▪ **Legal Research and Legal Writing Resources**
  [The title here is a hyperlink. Clicking on it opens a list of the following resources, the title of each of which is also a hyperlink that directs the user to documents already on the EHD.]
  - • Explanatory Text:  *A set of three guides to legal research and two guides to legal writing.*
  - • Studying Law: An Introduction to Legal Research
    - o Hover Text:  *An introductory guide to legal research.*
  - • Legal Research Basics
    - o Hover Text:  *An introductory guide to legal research.*
  - • Legal Research Guide: Patterns and Practice
    - o Hover Text:  *An introductory guide to legal research.*
  - • Persuasive Writing for Lawyers & the Legal Profession
    - o Hover Text:  *An introductory guide to legal writing.*
  - • Legal Writing & Other Lawyering Skills
    - o Hover Text:  *An introductory guide to legal writing.*

- - **Immigration Forms**
  [The title here is a hyperlink. Clicking on it opens Database #11: FORMS FOR IMMIGRATION APPLICATIONS. See database contents list for more detail.]
  - • Explanatory Text:  *Nearly all forms of immigration benefits or relief require you to submit a specific application form. These forms are available here.*

- - **U.S. Immigration Law – Primary Sources**
  [The title here is a hyperlink. Clicking on it opens Database #2: U.S. IMMIGRATION LAWS & REGULATIONS. See database contents list for more detail. The following resources should be accessible via hyperlink there as well as here.]
  - • Explanatory Text:  *Immigration cases are controlled by statutes (more commonly known as "laws"), regulations, and legal precedent (also known as "case law"). The Immigration and Nationality Act (INA) is the set of U.S. laws that controls most immigration cases. The INA is divided into titles, chapters, and sections.*

16

*Some parts of the INA are further explained and defined in agency rules, which are also called federal regulations. The regulations sometimes add new requirements, too.  The regulations are compiled in the Code of Federal Regulations, or "CFR." Case law provides detailed examples of how courts have applied the laws and regulations in individual immigrants' cases. If your situation is similar to the facts of a case that has already been decided, it may be helpful to you to see how the court decided that case.*

*Please note that the U.S. Department of Homeland Security cannot offer you legal advice. However, the resources available here include many of the statutes, regulations, and case law that may be helpful in your immigration case.*

- Bender's INA Service – Index

  [Please rename this resource "Bender's Immigration and Nationality Act (INA) Service – Index."]

    o Hover Text:  *A detailed index to the Immigration and Nationality Act (INA). The index is an alphabetical list of topics addressed in the INA, with links to the corresponding sections of the law.*

- Bender's INA Service

  [Please rename this resource "Bender's Immigration and Nationality Act (INA) Service."]

    o Hover Text:  *The entire text of the Immigration and Nationality Act (INA). This is updated every three months.*

- USCS Title 8, Aliens & Nationality

  [Please rename this resource "U.S. Code, Title 8, Aliens & Nationality." Please also restructure the resource so that clicking on the title (a hyperlink) opens a list of additional links, each of which eventually clicks through to the text of the relevant provisions. For more detail, see the database contents list for Database #2: U.S. IMMIGRATION LAWS & REGULATIONS.]

    o Hover Text:  *Another version of the entire text of the Immigration and Nationality Act (INA). This version is also updated every three months.*

- Bender's Immigration Regulations Service

    o Hover Text:  *The full, searchable text of the immigration-related provisions of the Code of Federal Regulations (CFR).*

- Federal Register

  [The title here is a hyperlink to the Federal Register – Index database already on the EHD. Once the user is in the Index, the various sections should be listed, and each section on the list should be another hyperlink that leads to the actual text, as found in the Federal Register Materials database. But we only need the full text of Titles 8 and 22, and some parts of 20, 28, and 29. See the database contents list for Database #2: U.S. IMMIGRATION LAWS & REGULATIONS for more detail.]

    o Hover Text:  *Another way to access the full text of the immigration-related provisions of the Code of Federal Regulations. The Federal Register is where all new federal regulations are first published.*

- Immigration (BIA, AAO, etc.) Precedent Decisions

  [Please rename this link "Precedent Decisions from the Board of Immigration Appeals (BIA) and the USCIS Administrative Appeals Office (AAO)."]

17

- o   Hover Text:  *The full text of all published, binding decisions issued by the Board of Immigration Appeals (BIA) and the USCIS Administrative Appeals Office (AAO). The resource is updated every three months.*
- INS and DOJ Legal Opinions
  [Please rename this link "Legal Opinions from the U.S. Department of Homeland Security (DHS), the former Immigration & Naturalization Service (INS), and the U.S. Department of Justice (DOJ)."]
  - o   Hover Text:  *The full text of published legal opinions issued by the Office of General Counsel at the U.S. Department of Homeland Security (DHS), the office of the Commissioner of the former Immigration & Naturalization Service (INS), and the office of the U.S. Attorney General at the U.S. Department of Justice (DOJ).*
- BIA & AAU Non-Precedent Decisions (V2 – V41)
  [Please rename this link "Non-Precedent Decisions from the Board of Immigration Appeals (BIA) and the USCIS Administrative Appeals Office (AAO)."  Please also combine with the second set of non-precedent decisions below. If it is not possible to combine the two sets, please use dates instead of volume numbers to differentiate them, i.e., the title of this set would be "… (AAO), 1985-2006."]
  - o   Hover Text:  *The full text of unpublished, non-binding decisions issued by the Board of Immigration Appeals (BIA) and the USCIS Administrative Appeals Office (AAO). These decisions were issued between 1985 and 2006.  Additional information about how to use these decisions is available in the BIA Practice Manual.*
- BIA & AAU Non-Precedent Decisions (V42 – present)
  [Please rename this link "Non-Precedent Decisions from the Board of Immigration Appeals (BIA) and the USCIS Administrative Appeals Office (AAO)."  Please also combine with the first set of non-precedent decisions above. If it is not possible to combine the two sets, please use dates instead of volume numbers to differentiate them, i.e., the title of this set would be "… (AAO), 2006-present."]
  - o   Hover Text: *The full text of unpublished, non-binding decisions issued by the Board of Immigration Appeals (BIA) and the USCIS Administrative Appeals Office (AAO). These decisions were issued between 2006 and the present. The resource is updated every three months.  Additional information about how to use these decisions is available in the BIA Practice Manual.*
- Immigration Cases Disc 1
  [Please combine this and the following three similar discs into just one database, titled "U.S. Federal Court Cases Related to Immigration." If all the cases do not fit in one database, please use dates instead of disc numbers to differentiate between them, i.e., the title of this first database would be "…Related to Immigration (2009-2014)." Please also remove all cases from the U.S. Bankruptcy Court, the U.S. Court of Federal Claims, the U.S. Court of Appeals for the Federal Circuit, the Board of Alien Labor Certification

Appeals, and the Office of the Chief Administrative Hearing Officer – these are not relevant or useful for our population.]

- o Hover Text: *The full text of both published and unpublished decisions of the Supreme Court of the United States, the U.S. Circuit Courts of Appeal, and the U.S. District Courts that relate to immigration law. Additional information about how to use these decisions is available in the BIA Practice Manual.*
- Immigration Cases Disc 2
- Immigration Cases Disc 3
- Immigration Cases Disc 4
- [Insert New INA-CFR-CaseLaw Search Function here.]
  - o Hover Text: *This is a tool that allows you to search through all of the resources listed above.*

- **Basic Information about U.S. Criminal Law**
  [The title here is a hyperlink. Clicking on it opens the list below of resources from Database #3: BASIC INFORMATION ABOUT U.S. CRIMINAL LAW. See database contents list for more detail. The following resources should be accessible via hyperlink there as well as here.]
  - Explanatory Text: *Criminal convictions in the United States usually have negative consequences for your immigration case. In the U.S., criminal cases are most often controlled by state law. Federal law (also known as the United States Code) also describes a variety of crimes. You may find the state or federal law that defines your crime, as well as information about criminal law more generally, in the resources available here.*
  - Legal Orientation Program (LOP) Materials
    - o Hover Text: *These materials provide both an introduction to immigration law and a self-help resource guide for immigration detainees. English and Spanish versions are available. The materials were created by a nonprofit organization that works with the U.S. Department of Justice.*
    - o LOP Materials – POST-CONVICTION RELIEF
    - o LOP Materials – FULL
  - Legal Orientation Program (LOP) Materials (Español)
    - o Hover Text: *Estos materiales proporcionan tanto una introducción a la ley de inmigración y una guía de recursos de autoayuda para los inmigrantes detenidos. Versiones en Inglés y Español están disponibles. Los materiales fueron creados por una organización no lucrativa que trabaja con el Departamento de Justicia de los Estados Unidos.*
    - o LOP Materials – POST-CONVICTION RELIEF (Español)
    - o LOP Materials – FULL (Español)
  - Understanding Criminal Procedure
    - o Hover Text: *The full text of a book used in law schools to teach criminal procedure. Criminal procedure is the set of constitutional rules that determine what rights individuals have when they are arrested, charged, prosecuted, and punished for a crime.*
  - Criminal Law Deskbook

19

- o  Hover Text:  *The full text of a book used in law schools to teach basic theories and principles of U.S. criminal law.*
- **Criminal Defense Techniques**
  - o  Hover Text:  *The full text of a reference book with information that may help you defend yourself in a criminal case.*
- **Constitution of the United States**
  - o  Hover Text:  *The full text of the Constitution of the United States, with notes on cases that have interpreted its language.*
- **Constitution of the United States of America: Analysis and Interpretation**
  - o  Hover Text:  *The full text of a document created every ten years by the Congressional Research Service to update members of the U.S. Congress on developments in constitutional law.*
- **Immigration Consequences of Criminal Activity: A Guide to Representing Foreign-Born Defendants**
  - o  Hover Text:  *American Immigration Lawyer's Association (AILA) guide provides information on the immigration consequences to criminal activity.*
- State Criminal Law Database
  [The title here is a hyperlink. Clicking on it opens an alphabetical list of the U.S. states and territories. See database contents list for more detail. The resources should be accessible via hyperlink both here and there.]
  - o  Hover Text:  *You may search for the state law defining your crime in the resources available here.*
  [Once the user clicks on the "State Criminal Law Database" link, the list of states and territories should appear with this header/explanatory text:  "*To find the part of the law that defines your crime, first click on the U.S. state or territory in which you were charged with or convicted of the crime.*" Clicking on the relevant state or territory name will lead the user to a searchable database or a copy of the state's criminal code. Lexis will need to locate and provide these.]
- **Federal Criminal Code, Title 18 USCS**
  - o  Hover Text:  *This is the full text of the part of the United States Code that defines federal crimes, with some commentary and analysis.*

- **Bond Resources**
  [The title here is a hyperlink. Clicking on it opens the list below of resources from Database #4: BOND. See database contents list for more detail. The following resources should be accessible via hyperlink there as well as here.]
  - Explanatory Text:  *If you are in immigration detention, you may seek release on a bond from the U.S. Department of Homeland Security (DHS). You may also seek a bond from the Immigration Court. In deciding whether you are eligible for a bond, DHS and the Immigration Court will refer to the criminal laws of the state where you were charged or convicted for a crime. You may find more information about criminal law in other resources on this database. More information about bond procedures is available in the resources here.*
  - U.S. Department of Justice – All About Bond

[The title here is a hyperlink. Clicking on it opens the PDF available on this website: http://www.justice.gov/sites/default/files/eoir/legacy/2013/01/22/Bonds%20-%20English%20(11).pdf.]

- o Hover Text: *A resource created and updated by a nonprofit organization that works with both immigration detainees and the U.S. Department of Justice.*
- U.S. Department of Justice – Bond Outline
  [The title here is a hyperlink. Clicking on it opens the PDF available on this website: http://www.justice.gov/sites/default/files/eoir/legacy/2014/08/15/Bond_Guide.pdf.]
  - o Hover Text: *An older resource created by attorneys at the U.S. Department of Justice for use by immigration judges.*
- U.S. Department of Justice – Immigration Court Practice Manual, Chapter 9: Detention & Bond
  [The title here is a hyperlink. Clicking on it opens the PDF available on this website: http://www.justice.gov/sites/default/files/pages/attachments/2015/05/20/practice_manual_review.pdf#page=135.]
  - o Hover Text: *A guide for the immigration judges who decide whether to grant applications for bond from immigrants in immigration detention.*
- Legal Orientation Program (LOP) Materials
  - o Hover Text: *These materials provide both an introduction to immigration law and a self-help resource guide for immigration detainees. English and Spanish versions are available. The materials were created by a nonprofit organization that works with the U.S. Department of Justice.*
  - o LOP Materials – BOND
  - o LOP Materials – FULL
- Legal Orientation Program (LOP) Materials (Español)
  - o Hover Text: *Estos materiales proporcionan tanto una introducción a la ley de inmigración y una guía de recursos de autoayuda para los inmigrantes detenidos. Versiones en Inglés y Español están disponibles. Los materiales fueron creados por una organización no lucrativa que trabaja con el Departamento de Justicia de los Estados Unidos.*
  - o LOP Materials – BOND (Español)
  - o LOP Materials – FULL (Español)
- Florence Immigrant & Refugee Rights Project (FIRRP) Bond Guide (English)
  [The title here is a hyperlink. Clicking on it opens the PDF available on this website: http://firrp.org/media/Bond-Guide-2013.pdf.]
  - o Hover Text: *A guide to applying for bond from immigration detention, written by a nonprofit organization in Arizona called the Florence Immigrant & Refugee Rights Project (FIRRP).*
- Florence Immigrant & Refugee Rights Project (FIRRP) Bond Guide (Spanish)
  [The title here is a hyperlink. Clicking on it opens the PDF available on this website: http://firrp.org/media/Bond-Guide-2013-SPA.pdf.]

21

- o Hover Text: *Una guía para la solicitud de fianza de la detención de inmigrantes, escrito por una organización no lucrativa en Arizona.*
- Florence Immigrant & Refugee Rights Project (FIRRP) Guide to Applying for Release from DHS Custody (English)
  [The title here is a hyperlink. Clicking on it opens the PDF available on this website: http://firrp.org/media/ApplyingForReleaseFromCustody-en.pdf.]
  - o Hover Text: *A guide to applying for release from immigration detention, written by a nonprofit organization in Arizona called the Florence Immigrant & Refugee Rights Project (FIRRP).*
- Florence Immigrant & Refugee Rights Project (FIRRP) Guide to Applying for Release from DHS Custody (Spanish)
  [The title here is a hyperlink. Clicking on it opens the PDF available on this website: http://firrp.org/media/ApplyingForReleaseFromCustody-es.pdf.]
  - o Hover Text: *Una guía para la solicitud de liberación de la detención de inmigrantes, escrito por una organización no lucrativa en Arizona.*
- National Immigrant Justice Center (NIJC) Bond Guide
  [The title here is a hyperlink. Clicking on it opens the PDF available on this website: https://www.fd.org/docs/select-topics---immigration/posting-immigration-bond.pdf.]
  - o Hover Text: *A guide to applying for bond from immigration detention, written by a nonprofit organization in Chicago, Illinois, called the National Immigrant Justice Center (NIJC).*
- American Bar Association (ABA) – Seeking Release from Detention After a Final Order of Removal
  [The title here is a hyperlink. Clicking on it opens the PDF available on this website: http://www.americanbar.org/content/dam/aba/publications/commission_on_immigration/legalguide_indefinitedetention.authcheckdam.pdf.]
  - o Hover Text: *An older resource created by an association of American lawyers to help immigrants seek release from detention after their immigration proceedings have ended.*

- **Asylum Resources**
  [See Database #5: ASYLUM for the websites for all of the resources listed below.]
  - Explanatory Text: *Resources that may help you in preparing your application for asylum, withholding of removal, and/or protection under the United Nations Convention Against Torture.*
  - Legal Orientation Program (LOP) Materials
    - o Hover Text: *These materials provide both an introduction to immigration law and a self-help resource guide for immigration detainees. English and Spanish versions are available. The materials were created by a nonprofit organization that works with the U.S. Department of Justice.*
    - o LOP Materials – ASYLUM
    - o LOP Materials – FULL
  - Legal Orientation Program (LOP) Materials (Español)

22

- o Hover Text:  *Estos materiales proporcionan tanto una introducción a la ley de inmigración y una guía de recursos de autoayuda para los inmigrantes detenidos. Versiones en inglés y español están disponibles. Los materiales fueron creados por una organización no lucrativa que trabaja con el Departamento de Justicia de los Estados Unidos.*
  - o LOP Materials – ASYLUM (Español)
  - o LOP Materials – FULL (Español)
- AILA Asylum Primer
  - [The title here is a hyperlink. Clicking on it opens the full text of the *Asylum Primer*.
  - NOTE: PREVIOUSLY, THIS HAS NOT BEEN INCLUDED ON THE EHD DUE TO THE FACT ONLY HARD COPIES WERE AVAILABLE. AILA NOW PUBLISHES AN ELECTRONIC VERSION OF THE AILA ASYLUM PRIMER, THIS PRIMER SHOULD BE INCLUDED.]
  - o Hover Text:  *A comprehensive guide to applying for asylum, withholding of removal, and protection under the United Nations Convention Against Torture. This book is published by the American Immigration Lawyers Association (AILA).*
  - o [NOTE:  If Lexis cannot get the requisite permissions to use this resource, please let ICE know and we will secure permission on Lexis' behalf.]
- USCIS Asylum and Refugee Adjudications Resources
  - [The title here is a hyperlink. Clicking on it opens a list of the following resources, the titles of which are themselves hyperlinks to either another list or the actual document. See Database #5: ASYLUM for the websites containing all of the resources listed below.]
  - o Hover Text:  *U.S. Citizenship and Immigration Services (USCIS) is the U.S. government agency that adjudicates applications for asylum and other forms of protection from removal in the first instance. These USCIS resources may be useful to you if you are applying for protection.*
  - o USCIS Information Guide for Prospective Asylum Applicants (available in several languages)
    - [The title here is a hyperlink to a list of the following languages, each of which is a link to the document in that language.]
      - ▪ English
      - ▪ Amharic
      - ▪ Arabic
      - ▪ Armenian
      - ▪ Chinese
      - ▪ Creole
      - ▪ French
      - ▪ Indonesian
      - ▪ Nepali
      - ▪ Russian
      - ▪ Spanish
  - o Asylum Eligibility and Applications

<span style="color:red">[The title here is a hyperlink to a list of the following document titles, each of which is a link to the document itself.]</span>

- Hover Text: *Basic information from USCIS about applying for asylum, including the application form.*
- Form I-589, Application for Asylum and for Withholding of Removal, and Instructions for Form I-589
- Q&A: Asylum Eligibility and Applications
- Asylum Eligibility and Applications FAQ
- Asylum Bars

o More Information on Obtaining Asylum in the United States

<span style="color:red">[same]</span>

- Hover Text: *More detailed information from USCIS about applying for asylum.*
- Obtaining Asylum
- The Affirmative Asylum Process

<span style="color:red">[The title here is a hyperlink to a list of the following document titles, each of which is a link to the document itself.]</span>

- USCIS Affirmative Asylum Process
- USCIS Affirmative Asylum Procedures Manual
- Types of Asylum Decisions
- USCIS Fact Sheet on Asylum Confidentiality

o Credible Fear & Reasonable Fear Screenings

<span style="color:red">[The title here is a hyperlink to a list of the following document titles, each of which is a link to the document itself.]</span>

- Hover Text: *Information on the asylum-related interviews that you may have while in immigration detention.*
- Credible Fear Screenings: USCIS Frequently Asked Questions
- Reasonable Fear Screenings: USCIS Frequently Asked Questions
- Legal Orientation Program (LOP) Materials
    - Hover Text: *These materials provide both an introduction to immigration law and a self-help resource guide for immigration detainees. English and Spanish versions are available. The materials were created by a nonprofit organization that works with the U.S. Department of Justice.*
    - <mark style="background-color:#66ff00">LOP Materials – CREDIBLE FEAR & REASONABLE FEAR</mark>
    - <mark style="background-color:#66ff00">LOP Materials – FULL</mark>
- Legal Orientation Program (LOP) Materials (Español)
    - Hover Text: *Estos materiales proporcionan tanto una introducción a la ley de inmigración y una guía de recursos de autoayuda para los inmigrantes detenidos. Versiones en Inglés y Español están disponibles. Los materiales fueron creados por una organización no lucrativa que trabaja con el Departamento de Justicia de los Estados Unidos.*

24

- - ==LOP Materials – CREDIBLE FEAR & REASONABLE FEAR (Español)==
  - ==LOP Materials – FULL (Español)==
  - ▪ Florence Immigrant & Refugee Rights Project (FIRRP) Credible Fear and Reasonable Fear Guide
    <span style="color:red">[The title here is a hyperlink to a list of the following document languages, each of which is a link to the document itself.]</span>
    - (English)
    - (Spanish)
- o Preparing for Your Asylum Interview
  - ▪ Hover Text: *A guide to preparing for your asylum interview with USCIS. This may also help prepare you for a credible or reasonable fear interview.*
- • U.S. Citizenship and Immigration Services (USCIS) Asylum Training Materials
  <span style="color:red">[The title here is a hyperlink to a list of the following document titles, each of which is a link to the document itself or another list of choices. Please check the new resources below against the resource currently on the EHD called "</span>==INS Asylum Training Materials==<span style="color:red">," and eliminate any redundancies in favor of the latest version. See Database #5: ASYLUM for the websites where the documents may be found.]</span>
  - o Hover Text: *Some of the training materials that USCIS Officers use in learning how to adjudicate your application for asylum or other forms of protection from removal. These materials may also be helpful to you as you prepare your application.*
  - o Reading and Using Case Law
  - o Decision Making
  - o Researching and Using Country of Origin Information (COI) in RAIO Adjudications
  - o Cross-Cultural Communication and Other Factors that May Impede Communication at an Interview
  - o Firm Resettlement
  - o Gender-Related Claims
  - o International Human Rights Law
  - o Interviewing: Introduction to the Non-Adversarial Interview
  - o Interviewing: Eliciting Testimony
  - o Interviewing Survivors of Torture and Other Severe Trauma
  - o Interviewing: Working with an Interpreter
  - o Nexus and the Protected Grounds
  - o Sources of Authority
  - o Well-Founded Fear
  - o ==Considerations for Asylum Officers Adjudicating Asylum Claims for Women==
  - o Guidance for Adjudicating Lesbian, Gay, Bisexual, Transgender, and Intersex (LGBTI) Refugee and Asylum Claims
- • United Nations High Commissioner for Refugees (UNHCR) Resources

25

<span style="color:red">[The title here is a hyperlink to a list of the following document titles, each of which is a link to the document itself, or to a list of other documents that are also linked. See</span> Database #5: ASYLUM <span style="color:red">for the websites where the documents may be found.]</span>

o   Hover Text:  *The United Nations High Commissioner for Refugees, or UNHCR, is an international agency that leads international action to protect refugees and resolve refugee problems. UNHCR protects the rights and well-being of refugees, and works to ensure that everyone can seek asylum and find safety in another country, and eventually return home, integrate locally, or resettle in a third country. UNHCR also helps stateless people. The resources here may help you understand what it means to seek asylum.*

o   1951 Convention relating to the Status of Refugees

   ▪   Hover Text:  *The international agreement under which asylum seekers and refugees may seek protection in another country if they suffer persecution in their own country.*

o   1967 Protocol relating to the Status of Refugees

   ▪   Hover Text:  *An addition to the 1951 Convention relating to the Status of Refugees.*

o   UNHCR Handbook on Procedures and Criteria for Determining Refugee Status under the 1951 Convention and the 1967 Protocol relating to the Status of Refugees (December 2011)

   ▪   Hover Text:  *The UNHCR Handbook was first issued in 1979 to help States Parties to the 1951 Convention and/or 1967 Protocol relating to the Status of Refugees to understand UNHCR's position on various aspects of international refugee law. A second edition of the Handbook was released in 1992, with some updated information. The Handbook includes explanations of key parts of the refugee status determination process, which are based on sixty years of global experience. The Handbook and the Guidelines are intended to guide government officials, judges, practitioners, and UNHCR staff in applying the refugee definition.*

o   UNHCR Guidelines:

   ▪   Hover Text:  *Guidance from UNHCR on how to interpret and apply the provisions of the 1951 Convention and 1967 Protocol relating to the Status of Refugees.*

   ▪   No. 1:  Gender-Related Persecution within the context of Article 1A(2) of the 1951 Convention and/or its 1967 Protocol relating to the Status of Refugees

   ▪   No. 2:  "Membership of a particular social group" within the context of Article 1A(2) of the 1951 Convention and/or its 1967 Protocol relating to the Status of Refugees

   ▪   No. 3:  Cessation of Refugee Status under Article 1C(5) and (6) of the 1951 Convention relating to the Status of Refugees (the "Ceased Circumstances" Clauses)

26

- No. 4: "Internal Flight or Relocation Alternative" within the Context of Article 1A(2) of the 1951 Convention and/or 1967 Protocol relating to the Status of Refugees
- No. 5: Application of the Exclusion Clauses: Article 1F of the 1951 Convention relating to the Status of Refugees
- No. 6: Religion-Based Refugee Claims under Article 1A(2) of the 1951 Convention and/or the 1967 Protocol relating to the Status of Refugees
- No. 7: The Application of Article 1A(2) of the 1951 Convention and/or 1967 Protocol relating to the Status of Refugees to Victims of Trafficking and Persons at Risk of Being Trafficked
- No. 8: Child Asylum Claims under Articles 1(A)2 and 1(F) of the 1951 Convention and/or 1967 Protocol relating to the Status of Refugees
- No. 9: Refugee Claims relating to Sexual Orientation and Gender Identity within the context of Article 1A(2) of the 1951 Convention and/or its 1967 Protocol relating to the Status of Refugees
- No. 10: Claims to Refugee Status related to Military Service within the context of Article 1A(2) of the 1951 Convention and/or the 1967 Protocol relating to the Status of Refugees
- No. 11: Prima Facie Recognition of Refugee Status
- DRAFT: Claims to Refugee Status related to Situations of Armed Violence and Conflict under Article 1A(2) of the 1951 Convention and/or 1967 Protocol relating to the Status of Refugees and the Regional Refugee Definitions

- Other United Nations Resources
  [The title here is a hyperlink to a list of the following document titles, each of which is a link to the document itself, or to a list of other documents that are also linked. See Database #5: ASYLUM for the websites where the documents may be found.]
  - Hover Text: *United Nations treaties and other international agreements may help you understand some of the rights you have in the United States. All United Nations treaties are available in the first database listed here. Specific treaties that the U.S. has signed or ratified, and that may be helpful in your immigration case, are also listed below. Click on the title for the full text of the treaty.*
  - United Nations Treaties
    [The title here is a hyperlink. Clicking it opens the United Nations Documents – Treaties database already on the EHD.]
    - Hover Text: *The full text of all United Nations treaties, including treaties that the United States has not yet signed or ratified, and treaties that may not be related to immigration.*
  - United Nations Convention against Torture and Other Cruel, Inhuman or Degrading Treatment or Punishment (CAT)

- Hover Text: *International protection is available under the CAT for people who have been tortured in their own country, or who are likely to be tortured there in the future.*
  - International Covenant on Civil and Political Rights (ICCPR)
    - Hover Text: *An international agreement to protect individuals' rights to equality before the law; freedom of speech, assembly, and association; religious freedom and privacy; freedom from torture, ill-treatment, and arbitrary detention; gender equality; and fair trials, among other things.*
  - International Convention on the Elimination of All Forms of Racial Discrimination (CERD)
    - Hover Text: *An international agreement to protect people from discrimination on the basis of their race or ethnicity.*
  - Convention on the Elimination of All Forms of Discrimination against Women (CEDAW)
    - Hover Text: *An international agreement to protect women from discrimination on the basis of their sex and gender.*
  - Protocol to Prevent, Suppress and Punish Trafficking in Persons (TIP Protocol)
    - Hover Text: *An international agreement to prevent and combat trafficking in persons, and protect and assist victims of trafficking.*
- Country Conditions Reports
  [The title here is a hyperlink. Clicking on this text will open an alphabetical list of all countries except the U.S., each of which is also a hyperlink to the resources described below.]
  - Hover Text: *The resources here are publicly available documents that report on country conditions. This kind of "country conditions evidence" may help you explain to the Immigration Judge or USCIS Asylum Officer why you fear returning to your home country.*
  - [Insert alphabetical list of countries here.]
    - Explanatory Text [should appear just above the list of countries once the "Country Conditions Reports" link is clicked]: *Clicking on the name of your country will take you to a set of documents that includes important reports on the conditions in your country. These may support your application for asylum. They may also help the USCIS Officer or Immigration Judge who is deciding your case understand why you are afraid to return to your country.*
    [Please substitute the following for the ==Country Reports== and ==Amnesty International Human Rights Report 2001== databases that are currently on the EHD. Each of the new types of country conditions reports should include the reports for each of the last 10 years (where available). See Database #5: ASYLUM for the websites where the documents may be found.]
  - U.S. Department of State Country Reports on Human Rights Practices
    - Hover Text: *The U.S. Department of State publishes these Human Rights Reports each year to document the human rights situation*

28

*in countries around the world, and to help other U.S. Government agencies understand the human rights conditions in other countries.*

- o U.S. Department of State Country Reports on Trafficking in Persons
  - ▪ Hover Text:  *The U.S. Department of State publishes the Trafficking in Persons Reports each year to document the anti-trafficking efforts of governments around the world, and to encourage these governments to continue to combat this crime.*
- o U.S. Department of State Country Reports on International Religious Freedom
  - ▪ Hover Text:  *The U.S. Department of State publishes the International Religious Freedom Reports each year to explore the status of religious freedom in every country. The reports expose government policies violating religious beliefs and practices, and describe U.S. policies to promote religious freedom around the world.*
- o Amnesty International Human Rights Reports
  - ▪ Hover Text:  *Amnesty International is a nongovernmental organization that investigates and exposes human rights abuses around the world, and holds governments accountable for their commitments under domestic and international law. Each year Amnesty publishes a report documenting the state of human rights in 160 countries and territories around the world.*
- o Human Rights Watch World Reports
  - ▪ Hover Text:  *Human Rights Watch is a nongovernmental organization that investigates and reports on human rights abuses, and advocates for human rights protections. Human Rights Watch publishes a report each year to review human rights practices around the world. The report summarizes the key human rights issues in more than 90 countries and territories worldwide.*
- o Other Relevant Resources
  - <span style="color:red">[The DOJ/EOIR Virtual Law Library has many additional resources, most in PDF format, that Lexis should consider including here. See http://www.justice.gov/eoir/coutnry/country-index]</span>

- **Resources for Victims of Crimes or Abuse**
  - • Explanatory Text:  *If you have been a victim of crime in the United States, or if you have been a victim of human trafficking, you may be eligible for certain special kinds of immigration relief. The information in this database may help you determine whether you can apply for one or more of these forms of relief.*
  - • U.S. Citizenship and Immigration Services (USCIS) Humanitarian Relief Resources
    - <span style="color:red">[The title here is a hyperlink to a list of the following document titles, each of which is a link to the document itself. See Database #7: VICTIMS for the websites where the documents may be found.]</span>

29

- o Hover Text: *Immigrants can be particularly vulnerable to crimes like human trafficking, domestic violence, and child abuse. This may be because of difficulties with the English language, separation from family and friends, not understanding U.S. laws, fear of deportation or law enforcement officials, and cultural differences. As a result, the U.S. Government offers several forms of immigration relief to immigrants who have been the victim of crime.*
- o Humanitarian Relief Overview
  - ▪ Hover Text: *A brief overview of the three kinds of immigration relief available to immigrants who have been victims of crime.*
- o Immigration Options for Victims of Crime
  [The title here is a hyperlink. Clicking on it opens the list of available languages, each of which is a link to the document in that language.]
  - ▪ Hover Text: *A brochure describing the three kinds of immigration relief available to immigrants who have been victims of crime. Available in English, Spanish, Russian, and Chinese.*
  - ▪ Immigration Options for Victims of Crime (English)
  - ▪ Immigration Options for Victims of Crime (Spanish)
  - ▪ Immigration Options for Victims of Crime (Russian)
  - ▪ Immigration Options for Victims of Crime (Chinese)
- Legal Orientation Program (LOP) Materials
  - o Hover Text: *These materials provide both an introduction to immigration law and a self-help resource guide for immigration detainees. English and Spanish versions are available. The materials were created by a nonprofit organization that works with the U.S. Department of Justice.*
  - o LOP Materials – U-VISA
  - o LOP Materials – T-VISA
  - o LOP Materials – VAWA (3-YEAR) CANCELLATION
  - o LOP Materials – FULL
- Legal Orientation Program (LOP) Materials (Español)
  - o Hover Text: *Estos materiales proporcionan tanto una introducción a la ley de inmigración y una guía de recursos de autoayuda para los inmigrantes detenidos. Versiones en Inglés y Español están disponibles. Los materiales fueron creados por una organización no lucrativa que trabaja con el Departamento de Justicia de los Estados Unidos.*
  - o LOP Materials – U-VISA (Español)
  - o LOP Materials – T-VISA (Español)
  - o LOP Materials – VAWA (3-YEAR) CANCELLATION (Español)
  - o LOP Materials – FULL (Español)
- U.S. Citizenship and Immigration Services (USCIS) Resources for Victims of Human Trafficking: T Nonimmigrant Status
  [The title here is a hyperlink to a list of documents available via the website below. The website itself is not a PDF. The site contains text and other links, which lead either to PDFs or to text. Please structure this resource on the EHD as closely as possible to how it is structured on the website. For the links that lead to PDFs, the PDFs may be used on the EHD. For the links that lead to

30

text, the text may be cut and pasted into a Word document and then saved in PDF format so it is available to detainees on the EHD.]

- o Hover Text:  *T nonimmigrant status (also known as the "T visa") protects victims of human trafficking and helps law enforcement agencies investigate and prosecute this crime. Human trafficking, or "trafficking in persons," is a form of modern-day slavery in which traffickers lure individuals with false promises of employment and a better life. Traffickers often take advantage of people with limited resources. The T visa is for immigrants who are or have been victims of human trafficking. The visa allows them to remain in the U.S. to assist in the investigation or prosecution of this crime.*
- o [http://www.uscis.gov/humanitarian/victims-human-trafficking-other-crimes/victims-human-trafficking-t-nonimmigrant-status]

- U.S. Citizenship and Immigration Services (USCIS) Resources for Victims of Criminal Activity: U Nonimmigrant Status
  [The title here is a hyperlink to a list of documents available via the website below. The website itself is not a PDF. The site contains text and other links, which lead either to PDFs or to text. Please structure this resource on the EHD as closely as possible to how it is structured on the website. For the links that lead to PDFs, the PDFs may be used on the EHD. For the links that lead to text, the text may be cut and pasted into a Word document and then saved in PDF format so it is available to detainees on the EHD.]
  - o Hover Text:  *U nonimmigrant status (also known as the "U visa") offers protection to victims of certain crimes who have suffered substantial physical or mental abuse and who are helpful to law enforcement or other government officials in the investigation or prosecution of these crimes. The U visa helps law enforcement agencies investigate and prosecute cases of domestic violence, sexual assault, human trafficking, and other violent or dangerous crimes.*
  - o [http://www.uscis.gov/humanitarian/victims-human-trafficking-other-crimes/victims-criminal-activity-u-nonimmigrant-status/victims-criminal-activity-u-nonimmigrant-status]
- U.S. Citizenship and Immigration Services (USCIS) Resources for Battered Spouses, Children, and Parents
  [The title here is a hyperlink to a list of documents available via the website below. The website itself is not a PDF. The site contains text and other links, which lead either to PDFs or to text. Please structure this resource on the EHD as closely as possible to how it is structured on the website. For the links that lead to PDFs, the PDFs may be used on the EHD. For the links that lead to text, the text may be cut and pasted into Word document and then saved in PDF format so it is available to detainees on the EHD.]
  - o Hover Text:  *As a battered spouse, child, or parent, you may file an immigrant visa petition under the Immigration and Nationality Act (INA), as amended by the Violence Against Women Act (VAWA). VAWA allows certain spouses, children, and parents of U.S. citizens and permanent residents (Green Card holders) to file a petition for themselves, without*

> *their abuser's knowledge. Victims can thus seek both safety and independence from their abuser, who is not notified about the filing. VAWA applies equally to women and men.*
>> o [http://www.uscis.gov/humanitarian/battered-spouse-children-parents]

- **Complaints Resources**
  - Explanatory Text:  *If you feel that you have been treated inappropriately by staff at your detention facility, by an immigration attorney or someone claiming to be an immigration attorney, by an interpreter in Immigration Court, or by an Immigration Judge, you may file a complaint by following the instructions at these links.*
  - American Bar Association (ABA) – How to Complain Effectively
    <span style="color:red">[This is a hyperlink. Clicking on it opens the following resource.]</span>
    - Hover Text:  *A guide created by an association of American lawyers to help immigrants communicate their complaints effectively.*
    - [http://www.americanbar.org/content/dam/aba/publications/commission_on_immigration/legalguide_howtocomplaineffectivelystepbystep2006.authcheckdam.pdf]
  - I have a complaint about my Detention Facility, or about Detention Facility Staff.
    <span style="color:red">[This is a hyperlink. Clicking on it opens a drop-down list of the following items, each of which is itself a link to the relevant information.]</span>
    - Hover Text:  *Click here for more information on ways to express concerns about your experience in immigration detention.*
    - ICE Detention Reporting and Information Line (DRIL Hotline)
      - Hover Text:  *Contacting ICE is often the fastest and most effective way to address your concerns. Information available in English and Spanish.*
      - Information in English [https://www.ice.gov/sites/default/files/documents/Document/2015/DRIL_helpline_flyer_community.pdf]
      - Information in Spanish [https://www.ice.gov/sites/default/files/documents/Document/2015/DRIL_helpline_flyer_community_spanish.pdf]
    - DHS Office for Civil Rights and Civil Liberties (CRCL) Compliance Branch
      - Hover Text:  *CRCL investigates and resolves civil rights and civil liberties complaints filed by the public, including immigration detainees, regarding DHS policies or activities or actions taken by DHS personnel. Information available in several languages.*
      - CRCL Complaint Form in English [http://www.dhs.gov/xlibrary/assets/crcl-complaint-submission-form-english.pdf]
      - CRCL Complaint Form in Spanish [http://www.dhs.gov/sites/default/files/publications/crcl-complaint-form-spanish.pdf]

- ○ CRCL Complaint Form in Arabic
  [http://www.dhs.gov/sites/default/files/publications/crcl-complaint-form-arabic.pdf]
- ○ CRCL Complaint Form in French
  [http://www.dhs.gov/sites/default/files/publications/crcl-complaint-form-french.pdf]
- ○ CRCL Complaint Form in Haitian Creole
  [http://www.dhs.gov/sites/default/files/publications/crcl-complaint-form-haitian-creole.pdf]
- ○ CRCL Complaint Form in Portuguese
  [http://www.dhs.gov/sites/default/files/publications/crcl-complaint-form-portuguese.pdf]
- ○ CRCL Complaint Form in Russian
  [http://www.dhs.gov/sites/default/files/publications/crcl-complaint-form-russian.pdf]
- ○ CRCL Complaint Form in Simplified Chinese
  [http://www.dhs.gov/sites/default/files/publications/crcl-complaint-form-chinese.pdf]
- ○ CRCL Complaint Form in Somali
  [http://www.dhs.gov/sites/default/files/publications/crcl-complaint-form-somali.pdf]
- ○ CRCL Complaint Form in Vietnamese
  [http://www.dhs.gov/sites/default/files/publications/crcl-complaint-form-vietnamese.pdf]
- DHS Office of the Inspector General (OIG)
  - ○ Hover Text: *The DHS Office of the Inspector General (OIG) Hotline is a resource for reporting allegations of employee corruption, civil rights and civil liberties abuses, program fraud or financial crimes, and miscellaneous criminal or non-criminal activity associated with waste, fraud, or abuse in the operations of the U.S. Department of Homeland Security (DHS).*
  - ○ DHS OIG Allegation Form
    [https://www.oig.dhs.gov/hotline/hotline.php]
- National Detainee Handbook
  - ○ Hover Text: *A resource to help you understand what to expect in immigration detention. Available in English and Spanish.*
  - ○ National Detainee Handbook (English)
  - ○ National Detainee Handbook (Spanish)
- I have a complaint about an Immigration Attorney or Notario.
  [This is a hyperlink. Clicking on it opens a drop-down list of the following items, each of which is itself a link to the relevant information.]
  - Hover Text: *Every immigration practitioner (including private attorneys, accredited representatives, law students, and others) who is authorized to appear before the Immigration Courts, the Board of Immigration Appeals (BIA), and the U.S. Department of Homeland Security (DHS) is obligated to behave ethically and professionally. Examples of unethical or*

*unprofessional conduct that might prompt an investigation include charging grossly excessive fees; engaging in conduct lacking competence or diligence; knowingly or recklessly making a false statement of material fact or otherwise misleading and/or misinforming any person, including knowingly or recklessly offering evidence known to be false; making false or misleading communications about his/her qualifications or services; providing ineffective assistance of counsel as found by the BIA or an Immigration Judge; repeatedly failing to appear for scheduled hearings in a timely manner without good cause; failing to maintain communications with a client; and failing to abide by a client's decision in a case. If your representative has engaged in any of these behaviors, you may wish to file a complaint.*

- File a Complaint about an Immigration Court Practitioner [http://www.justice.gov/sites/default/files/eoir/legacy/2014/08/26/eoir44.pdf]
- American Bar Association (ABA) Fight Notario Fraud Resources [The website listed below is not a PDF. The site contains other links, which lead either to a PDF or to text. Please structure this resource on the EHD as closely as possible to how it is structured on the website. For the links that lead to PDFs, the PDFs may be used on the EHD. For the links that lead to text, the text may be cut and pasted into Word document and then saved in PDF format so it is available to detainees on the EHD.]
  - o Hover Text: *Only licensed lawyers and accredited representatives are authorized and qualified to assist you with your immigration case. Unlike consultants, immigration lawyers have completed extensive education and training before being licensed to represent clients. It is against the law for notaries public to provide immigration advice. Notarios are not lawyers. They also are not valid accredited representatives approved by the U.S. government. The title "notario publico" is not recognized in the United States like it is in some Latin American countries. Many legitimate community and religious organizations provide immigration-related services, but non-lawyers who advertise as legal "consultants" or "notarios publicos" are not authorized or qualified to help with immigration law-related matters.*
  - o [http://www.americanbar.org/groups/public_services/immigration/projects_initiatives/fightnotariofraud.html]
- Other Immigration Scams [The website listed below is not a PDF. The site contains other links, which lead either to a PDF or to text. Please structure this resource on the EHD as closely as possible to how it is structured on the website. For the links that lead to PDFs, the PDFs may be used on the EHD. For the links that lead to text, the text may be cut and pasted into Word document and then saved in PDF format so it is available to detainees on the EHD.]

     ○ Hover Text:  *U.S. Citizenship & Immigration Services (USCIS) provides the information you need to legally navigate the USCIS application process. USCIS also provides information on protecting yourself from being a victim of immigration services scams carried out by individuals engaging in the unauthorized practice of immigration law. Some of these resources are available here.*
- ▪ [http://www.uscis.gov/avoid-scams/applicants]

- I have a complaint about an interpreter in Immigration Court.
  [This is a hyperlink. Clicking on it leads the user to the information contained in the following website. This website is not a PDF. The site contains other links, which lead either to a PDF or to text. Please structure this resource on the EHD as closely as possible to how it is structured on the website. For the links that lead to PDFs, the PDFs may be used on the EHD. For the links that lead to text, the text may be cut and pasted into Word document and then saved in PDF format so it is available to detainees on the EHD.]
  - ○ Hover Text:  *You may file a complaint if an interpreter in Immigration Court has behaved unethically.*
  - ○ [http://www.justice.gov/eoir/filing-a-complaint-regarding-an-immigration-court-interpreter]

- I have a complaint about an Immigration Judge.
  [This is a hyperlink. Clicking on it leads the user to the information contained in the following website. This website is not a PDF. The site contains other links, which lead either to a PDF or to text. Please structure this resource on the EHD as closely as possible to how it is structured on the website. For the links that lead to PDFs, the PDFs may be used on the EHD. For the links that lead to text, the text may be cut and pasted into Word document and then saved in PDF format so it is available to detainees on the EHD.]
  - ○ Hover Text:  *The resources here will help you understand Immigration Judges' professional obligations, and how to file a complaint if a particular Immigration Judge has failed to meet them.*
  - ○ [http://www.justice.gov/eoir/immigration-judge-conduct-and-professionalism]

- **Citizenship & Naturalization Resources**
  - Explanatory Text:  *If you think you may be a U.S. citizen, you should contact an attorney as soon as possible. An attorney can help you determine your status. An attorney can also help you apply for U.S. citizenship if you are eligible. The resources available in this database include the citizenship laws of most countries, as well as information about becoming a U.S. citizen.*
  - Citizenship Laws of Other Countries
    [The title here is a hyperlink. Clicking it opens the ==Citizenship Laws of the World== database that is already on the EHD. Please make sure the contents of this database are up-to-date.]
    - ○ Hover Text:  *This resource includes selected laws governing citizenship from many countries around the world.*

- Legal Orientation Program (LOP) Materials
  - Hover Text: *These materials provide both an introduction to immigration law and a self-help resource guide for immigration detainees. English and Spanish versions are available. The materials were created by a nonprofit organization that works with the U.S. Department of Justice.*
  - LOP Materials – U.S. CITIZENSHIP
  - LOP Materials – FULL
- Legal Orientation Program (LOP) Materials (Español)
  - Hover Text: *Estos materiales proporcionan tanto una introducción a la ley de inmigración y una guía de recursos de autoayuda para los inmigrantes detenidos. Versiones en Inglés y Español están disponibles. Los materiales fueron creados por una organización no lucrativa que trabaja con el Departamento de Justicia de los Estados Unidos.*
  - LOP Materials – U.S. CITIZENSHIP (Español)
  - LOP Materials – FULL (Español)
- Resources about Becoming a U.S. Citizen
  [The title here is a hyperlink. Clicking it opens a list of the following resources, each of which is itself a hyperlink to the relevant PDF, text, or information.]
  - Hover Text: *If you are eligible to naturalize and become a U.S. citizen, the resources here may help you apply for this status.*
  - U.S. Citizenship and Immigration Services (USCIS) Citizenship & Naturalization Resources
    - Hover Text: *Several resources from U.S. Citizenship & Immigration Services (USCIS) to help you learn about and prepare for the naturalization process.*
    - Learners' Resources [http://www.uscis.gov/citizenship/learners]
      [This website is not a PDF. The site contains other links, which lead to PDFs, text, or interactive schedules and site locators. Please structure this resource on the EHD as closely as possible to how it is structured on the website, omitting only the schedules and site locators since detainees must remain in the detention facilities. For the links that lead to PDFs, the PDFs may be used on the EHD. For the links that lead to text, the text may be cut and pasted into Word documents and then saved in PDF format so it is available to detainees on the EHD.]
    - How Do I Apply for U.S. Citizenship? Guide [http://www.uscis.gov/sites/default/files/USCIS/Resources/B3en.pdf]
    - USCIS Guide to Naturalization [http://www.uscis.gov/sites/default/files/files/article/M-476.pdf]
    - USCIS Policy Manual: Citizenship & Naturalization [http://www.uscis.gov/policymanual/HTML/PolicyManual-Volume12.html]

- o American Bar Association (ABA) – Naturalization Guide for Immigrants with Criminal Offenses or Who Are in Detention and/or Removal Proceedings
  [The title here is a hyperlink to the document at the link below.]
    - ▪ Hover Text: *This resource was created by an association of American attorneys. It may be helpful to immigrants who are in removal proceedings or who have criminal convictions, but who also want to apply for U.S. citizenship.*
    - ▪ [http://www.americanbar.org/content/dam/aba/administrative/immigration/natzcrimdetguide.authcheckdam.pdf]
- • Naturalization Forms
  [The title here is a hyperlink to a list of the following forms. All of the forms listed below are available in PDF format at http://www.uscis.gov/forms. The name of the form below is a hyperlink that opens either the PDF or, where necessary, two additional links: one to the form itself and one to the instructions for that form. See Database #11 for examples.]
  - o Hover Text: *If you are applying for U.S. citizenship, you may need some or all of the forms available here.*
  - o Form N-4, Monthly Report Naturalization Papers
  - o Form N-300, Application to File Declaration of Intention
  - o Form N-336, Request for a Hearing on a Decision in Naturalization Proceedings (Under Section 336 of the INA)
  - o Form N-400, Application for Naturalization
  - o Form N-426, Request for Certification of Military or Naval Service
  - o Form N-470, Application to Preserve Residence for Naturalization Purposes
  - o Form N-565, Application for Replacement Naturalization/Citizenship Document
  - o Form N-600, Application for Certificate of Citizenship
  - o Form N-600K, Application for Citizenship and Issuance of Certificate Under Section 322
  - o Form N-644, Application for Posthumous Citizenship
  - o Form N-648, Medical Certification for Disability Exceptions

- **Detention Resources**
  - • National Detainee Handbook
    - o Hover Text: *A resource to help you understand what to expect in immigration detention. Available here in English and Spanish.*
    - o National Detainee Handbook (English)
    - o National Detainee Handbook (Spanish)
  - • Important Information for all Immigration Detainees
    [ICE will provide these resources directly to Lexis.]
    - o Hover Text: *Important information about your rights and the resources available to you in immigration detention.*
    - o U.S. Immigration & Customs Enforcement (ICE) Detention Reporting and Information Line (DRIL) Posting

- Hover Text: *The ICE Detention Reporting and Information Line (DRIL) is a toll-free hotline for detainees and their friends and family to communicate directly with ICE Enforcement and Removal Operations (ERO). Live operators respond to DRIL calls on* **1-888-351-4024** *from 8:00 AM to 8:00 PM (EST), Monday through Friday. Operators may assist with questions and concerns related to sexual assault or abuse, serious problems in detention, reports of victims of trafficking or other crimes, serious mental health concerns, parental rights, and requests for basic case information. Available here in English and Spanish.*
  - ICE DRIL Posting (English)
  - ICE DRIL Posting (Spanish)
  - ~~ICE Medical Services Summary~~
    - ~~Hover Text: *ICE provides comprehensive medical care to immigrants in its custody. Here is a summary of the services provided, in English and Spanish.*~~
    - ~~ICE Medical Services Summary (English)~~
    - ~~ICE Medical Services Summary (Spanish)~~
    - [REMOVE the ICE Medical Services Summaries]
  - ICE Sexual Abuse and Assault Prevention and Intervention (SAAPI) Brochure
    - Hover Text: *ICE does not tolerate sexual abuse or assault in its facilities. Please report any incident of such abuse. Information about how to report these incidents is available here in English and Spanish.*
    - ICE SAAPI Brochure (English)
    - ICE SAAPI Brochure (Spanish)
- U.S. Immigration & Customs Enforcement (ICE) Policies
  [These policy documents are largely available online, at the websites listed in Database #9: DETENTION. In any case where the policy documents are not available online, ICE can provide them directly to Lexis. The title here is a hyperlink; clicking it opens a list of the following categories of policy documents. Each category header is itself a hyperlink, which when clicked opens a list of the relevant policies. The policy names will link to the document itself. Please download these from the websites and include them here.]

  - Prosecutorial Discretion & Enforcement Priorities
    - LOP Materials – PROSECUTORIAL DISCRETION
    - LOP Materials – FULL
    - Legal Orientation Program (LOP) Materials (Español)
      - Hover Text: *Estos materiales proporcionan tanto una introducción a la ley de inmigración y una guía de recursos de autoayuda para los inmigrantes detenidos. Versiones en Inglés y Español están disponibles. Los materiales fueron*

38

*creados por una organización no lucrativa que trabaja con el Departamento de Justicia de los Estados Unidos.*

- o LOP Materials – PROSECUTORIAL DISCRETION (Español)
- o LOP Materials – FULL (Español)
- o Detention Policies
  - ▪ Parental Interests Policies
    - o Hover Text:  *These ICE policies provide specific guidance to ICE Officers to help ensure that parents in immigration detention are able to maintain their parental rights.*
    - o ICE Directive 11064.1:  "Facilitating Parental Interests in the Course of Civil Immigration Enforcement Activities" (August 2013).
    - o "Detained Parent FAQ"  [All Available Languages]
    - o "Parental Interests Toolkit & Supplement"
      - • English/Spanish
- • U.S. Immigration and Customs Enforcement (ICE) Detention Standards [The title here is a hyperlink. Clicking it opens a list of the following resources. Each of the titles of the versions of the detention standards is also a hyperlink to a list of the full contents of that set of standards; each standard listed therein is a link to the full text of that standard. See Database #9: DETENTION for more details.]
  - o Explanatory Text [This must appear under the main "U.S. Immigration and Customs Enforcement (ICE) Detention Standards" heading above.]: *The Detention Standards are the rules that detention facilities must follow in their daily operations. Reading these may help you understand the conditions and rules you will encounter in detention. Different versions of these standards apply to different facilities. You may access the different versions of the standards directly by clicking on the version you want to see below.*
  - o ICE 2000 National Detention Standards (NDS)
  - o ICE 2008 Performance-Based National Detention Standards (PBNDS 2008)
  - o ICE 2011 Performance-Based National Detention Standards (PBNDS 2011)
  - o ICE Family Residential Standards
  - o ICE 2019 National Detention Standards (NDS)
  - o Explanatory Text [This must also appear under the main "U.S. Immigration and Customs Enforcement (ICE) Detention Standards" heading above.]:  *You may also access the applicable version of the standards for your facility by clicking on the facility where you are detained in the list available HERE.*
    - ["HERE" is a hyperlink. Clicking on it will open a list of ICE detention facilities and the applicable detention standards. Lexis will need to import the list of facilities & applicable standards that ICE

provides and insert them here. The facility name will, when clicked, link directly to the applicable set of standards.]

- Other U.S. Law Related to Detention
  [The title here is a hyperlink. Clicking it opens a list of the following resources that are already on the EHD, each of which is a hyperlink to the relevant database.]
  - Federal Habeas Corpus Practice and Procedure
  - Civil Rights Actions
  - Constitutional Rights of Prisoners by Palmer [Previously not included, but requested to be added.]
  - Self-Help materials on Habeas [to be added to I Speak track in all available languages]

- **U.S. Immigration Court and Appellate Procedure Resources**
  [The title here is a hyperlink. Clicking on it opens a list of the following sets of information, each of which is itself a hyperlink to the actual information.]
  - Explanatory Text: *If you have received a "Notice to Appear" from the U.S. Department of Homeland Security (DHS), then an Immigration Judge will decide your immigration case in U.S. Immigration Court. Immigration Judges use the Immigration and Nationality Act (INA), federal regulations, and decisions from previous court cases to guide their decisions in new cases like yours. If the Immigration Judge denies your application, you can appeal his or her decision to the Board of Immigration Appeals, and if necessary, to the U.S. Circuit Court of Appeal for your region. This database contains information on all of these courts, as well as other information that may be useful to you in appearing before them.*
  - Information about the Immigration Courts
    [The title here is a hyperlink. Clicking it opens the first of three sets of information about the various levels of decision-making authority, including the explanatory text and the resources listed below.]
    - Explanatory Text: *The Immigration Judge will review the reasons why the U.S. Department of Homeland Security (DHS) believes you must be removed from the United States. The Immigration Judge will also review the reasons why you believe you should be allowed to remain, and any applications you present for relief from removal. The Immigration Judge will use the Immigration and Nationality Act (INA), federal regulations, and decisions from previous court cases to guide their decisions in your case. More information on the Immigration Courts is available below.*
    - Immigration Court Practice Manual
      [The website listed below is not a PDF. The site contains other links, which lead eventually to PDFs. Please structure this resource on the EHD as closely as possible to how it is structured on the website, and use the PDFs as the end resources on the EHD.]
      - Hover Text: *The Immigration Court Practice Manual provides guidance on Immigration Court procedure for individuals and attorneys in immigration proceedings. This may be useful to you as you prepare your case.*

40

- [http://www.justice.gov/eoir/office-chief-immigration-judge-0]
- o Immigration Judge (IJ) Benchbook
  [The website listed below is not a PDF. The site contains other links, which lead either to a PDF or to text. Please structure this resource on the EHD as closely as possible to how it is structured on the website. For the links that lead to PDFs, the PDFs may be used on the EHD. For the links that lead to text, the text may be cut and pasted into Word document and then saved in PDF format so it is available to detainees on the EHD.]
  - Hover Text: *The IJ Benchbook is a tool for Immigration Judges. It helps guide them in adjudicating immigration cases. It may also be a useful resource for you as you prepare your case.*
  - [http://www.justice.gov/eoir/immigration-judge-benchbook]
  - Benchbook Circuit Credibility Outline
    - Hover Text: *This is one of the resources that Immigration Judges use in deciding whether to believe what you say in court.*
    - [http://www.justice.gov/sites/default/files/eoir/legacy/2014/08/15/Credibility_Outline.pdf]
- o Immigration Forms
  ["Immigration Forms" is a hyperlink. Clicking on it opens Database #11: FORMS FOR IMMIGRATION APPLICATIONS, which lists the links to all the forms available on the following websites. The main websites are provided here just in case.]
  - Hover Text: *Some immigration forms are available in Immigration Court. These, plus many others, are also available in the FORMS FOR IMMIGRATION APPLICATIONS database.*
  - [http://www.justice.gov/eoir/list-downloadable-eoir-forms]
  - [http://www.uscis.gov/forms]
- o American Bar Association (ABA) – Preparing for an Immigration Court Hearing
  [This is a hyperlink; clicking on it will open the following resource.]
  - Hover Text: *This resource was created by an association of American attorneys to help immigrants prepare for their hearings in Immigration Court.*
  - [http://files.ali-cle.org/old/aliaba/aliaba_pdf/v.%20immigration%20court%20hearing%20prep2.pdf]
- o Legal Orientation Program (LOP) Materials
  - Hover Text: *These materials provide both an introduction to immigration law and a self-help resource guide for immigration detainees. English and Spanish versions are available. The materials were created by a nonprofit organization that works with the U.S. Department of Justice.*
  - LOP Materials – PLEADINGS
  - LOP Materials – LPR CANCELLATION

- LOP Materials – NON-LPR (10-YEAR) CANCELLATION
- LOP Materials – VAWA (3-YEAR) CANCELLATION
- LOP Materials – ADJUSTMENT OF STATUS
- LOP Materials – DACA
- LOP Materials – VOLUNTARY DEPARTURE
- LOP Materials – MOTIONS TO REOPEN
- LOP Materials – FULL
  - Legal Orientation Program (LOP) Materials (Español)
    - Hover Text: *Estos materiales proporcionan tanto una introducción a la ley de inmigración y una guía de recursos de autoayuda para los inmigrantes detenidos. Versiones en Inglés y Español están disponibles. Los materiales fueron creados por una organización no lucrativa que trabaja con el Departamento de Justicia de los Estados Unidos.*
      - LOP Materials – PLEADINGS (Español)
      - LOP Materials – LPR CANCELLATION (Español)
      - LOP Materials – NON-LPR (10-YEAR) CANCELLATION (Español)
      - LOP Materials – VAWA (3-YEAR) CANCELLATION (Español)
      - LOP Materials – ADJUSTMENT OF STATUS (Español)
      - LOP Materials – DACA (Español)
      - LOP Materials – VOLUNTARY DEPARTURE (Español)
      - LOP Materials – MOTIONS TO REOPEN (Español)
      - LOP Materials – FULL (Español)
- Information about the Board of Immigration Appeals (BIA)
  [The title here is a hyperlink. Clicking it opens the second of three sets of information about the various levels of decision-making authority, including the explanatory text and the resources listed below.]
  - Explanatory Text: *If the Immigration Judge finds that you are not eligible to remain in the United States, or denies your application for relief from removal, you may appeal that decision to the Board of Immigration Appeals (BIA). The BIA will review the decision and the law to decide if the Immigration Judge was correct. More information about the BIA is available in the resources here.*
  - Board of Immigration Appeals (BIA) Practice Manual
    [The website listed below is not a PDF. The site contains other links, which lead eventually to PDFs. Please structure this resource on the EHD as closely as possible to how it is structured on the website, and use the PDFs as the end resources on the EHD.]
    - Hover Text: *The BIA Practice Manual provides guidance on BIA procedure for individuals and attorneys who are appealing decisions made in Immigration Court. This may be useful to you as you prepare your case.*
    - [http://www.justice.gov/eoir/board-immigration-appeals-2]
  - American Bar Association (ABA) – Tips for Appealing to the Board of Immigration Appeals

42

[This is a hyperlink; clicking on it will open the following resource.]
  - ▪ Hover Text:  *This resource was created by an association of American attorneys to help immigrants prepare their appeals to the BIA.*
  - ▪ [http://www.americanbar.org/content/dam/aba/publications/commission_on_immigration/tips_bia_appeals2006.authcheckdam.pdf]
- o Legal Orientation Program (LOP) Materials
  - ▪ Hover Text:  *These materials provide both an introduction to immigration law and a self-help resource guide for immigration detainees. English and Spanish versions are available. The materials were created by a nonprofit organization that works with the U.S. Department of Justice.*
  - ▪ <mark>LOP Materials – BIA APPEALS</mark>
  - ▪ <mark>LOP Materials – FULL</mark>
- o Legal Orientation Program (LOP) Materials (Español)
  - ▪ Hover Text:  *Estos materiales proporcionan tanto una introducción a la ley de inmigración y una guía de recursos de autoayuda para los inmigrantes detenidos. Versiones en Inglés y Español están disponibles. Los materiales fueron creados por una organización no lucrativa que trabaja con el Departamento de Justicia de los Estados Unidos.*
  - ▪ <mark>LOP Materials – BIA APPEALS (Español)</mark>
  - ▪ <mark>LOP Materials – FULL (Español)</mark>
- • Information about the Federal Circuit Courts of Appeal
  [The title here is a hyperlink. Clicking it opens the third of three sets of information about the various levels of decision-making authority, including the explanatory text and the resources listed below.]
  - o Explanatory Text:  *If both the Immigration Judge and the Board of Immigration Appeals have found that you must leave the United States, you may appeal their decisions to the U.S. Circuit Court of Appeals for your region. Information on these federal courts is available here.*
  - o Circuit Court Locator
    [The title here is a hyperlink. Clicking on it opens a list of all the Immigration Courts. For a current list of all of the Immigration Courts, please refer to this website:  http://www.justice.gov/eoir/eoir-immigration-court-listing. Clicking on the name of the Immigration Court should open another link, which will be the name of the U.S. Court of Appeals for the relevant Circuit. Clicking on the name of the Circuit Court should take the user to a database of immigration-related case law binding in that Circuit (i.e., Supreme Court precedent, Circuit precedent, and published BIA decisions). The links available near the bottom of this website, under "Circuit Resources," may be useful starting points in creating these databases:
    http://www.justice.gov/eoir/immigration-judge-benchbook.]
    - ▪ Hover Text:  *The location of your Immigration Court determines which U.S. Circuit Court of Appeals will handle your case. Click*

*here to find your Immigration Court and the relevant U.S. Circuit Court of Appeals.*

- o Procedural Rules in the Circuit Courts of Appeals
  - Hover Text: *To file an appeal and argue your case in the U.S. Circuit Courts of Appeals, you must follow certain rules. Some of these are available here.*
  - Federal Rules of Appellate Procedure
    [This is a hyperlink to the Rules, which are available here: http://www.uscourts.gov/rules-policies/current-rules-practice-procedure]
  - Local Rules (by Circuit)
    [Please list the Circuit Courts of Appeal here. The name of each Circuit Court should link to its respective set of Local Rules. These are generally available on the Circuit Courts' websites in PDF format. See, e.g., http://www.ca4.uscourts.gov/docs/rules/LocalRules.pdf?sfvrsn=42.]
    9th Circuit Court of Appeals Immigration Handbook [Broken up by Volumes/Topics]
  - USCS Court Rules Volumes
    [Please retitle this database to more clearly reflect its contents. Please also eliminate redundancies with the information provided above.]
- Administrative Procedure Act, Freedom of Information Act (FOIA), and Privacy Act
  [The title here is a hyperlink; clicking on it will open the following resources, each of which is itself a hyperlink to the relevant PDF or information.]
  - o Hover Text: *These laws, and the other resources available here, may help you access the information that the U.S. government has about you.*
  - o Selected Statutes
    [Please separate out / provide direct links to each of the various statutes included here (i.e., Administrative Procedure Act, Freedom of Information Act, Privacy Act, etc.), and use the name of each statute as the linking text.]
  - o American Bar Association (ABA) – Guide to Filing FOIA and Privacy Act Requests
    - Hover Text: *This resource was created by an association of American attorneys to help immigrants get information from the government that may be helpful for their hearings in Immigration Court.*
    - [http://www.americanbar.org/content/dam/aba/administrative/immigration/FOIAguide.authcheckdam.pdf]
  - o Immigration Judge (IJ) Benchbook, Chapter 12: Freedom of Information Act (FOIA)

- ▪ Hover Text: *The IJ Benchbook is a tool for Immigration Judges. This section of the Benchbook explains the Freedom of Information Act. It may be useful for you as you prepare your case.*
- ▪ [http://www.justice.gov/sites/default/files/pages/attachments/2015/05/20/practice_manual_review.pdf#page=161]

**Flow Map:** *I speak español / français / português / Tiếng Việt / Kreyòl Ayisyen / العربية /*
*русском языке / 简体中文 / ROMÂNĂ / TÜRKÇE / বাংলা / हिंदी / ਪੰਜਾਬੀ*



Each resource, including additional translations or individual LOP materials, will be updated and provided by ICE, as needed, no more frequently than on a quarterly basis. Each document provided will have a separate link with a title in both English and the language provided (title translations to also be provided by ICE).

Top Left Button – "Spanish/español"
[Clicking on this button takes the user to another screen, where s/he will see a list of documents in Spanish. Currently clicking the LOP link on the EHD brings the user to a new page, which lists the LOP resources. The resources have been provided only the Spanish titles need to be added.]
- LOP Materials/ Programa de Orientacion Legal – FULL (español)
    1. Chapter 1        [Revisi]Legal Orientation Program, Overview: Information About Immigration Law/ Capítulo 1 - Programa de Orientacion Legal, Vision General: Información Sobre la Ley de Inmigración
    2. Chapter 2        Asylum/ Capítulo 2 - Asilo
    3. Chapter 3        Lawful Permanent Resident (LPR) Cancellation/ Capítulo 3 - Cancelación de la Residencia Permanente Legal (LPR)
    4. Chapter 4        10 Year Cancellation/ Capítulo 4 - Cancelacion por 10 años
    5. Chapter 5        3 Year Cancellation/ Capítulo 5 - Cancelacion por 3 años
    6. Chapter 6        Adjustment of Status/ Capítulo 6 - Ajuste de Estatus
    7. Chapter 7        Bond/ Capítulo 7 - Fianza
    8. Chapter 8        Voluntary Departure/ Capítulo 8 - Salida Voluntaria
    9. Chapter 9        US Citizenship/ Capítulo 9 - Ciudadania estadounidense
    10. Chapter 10      Expedited Removal/ Capítulo 10 - Expulsión Acelerada
    11. Chapter 11      Credible Fear and Reasonable Fear/ Capítulo 11 - Miedo Creíble y Miedo Razonable
    12. Chapter 12      T-Visa *(Have You Been the Victim of Trafficking? You May Qualify*

46

*for a T Visa)/* Capítulo 12 - Visa T *(¿Ha Sido Usted Víctima de la Trata de Personas? Puede que Califique para una Visa T)*

13. Chapter 13   U Visa *(Have You Been the Victim of a Crime? You May Qualify for a*

*U Visa)/* Capítulo 13 - Visa U *(¿Ha Sido Usted Víctima de un Delito? Puede que Califique para una Visa)*

14. Chapter 14   Prosecutorial Discretion/ Capítulo 14 - Discreción del Fiscal
15. Chapter 15   DACA/ Capítulo 15 - DACA
16. Chapter 16   Pleadings/ Capítulo 16 - Alegatos
17. Chapter 17   Motions to Reopen/ Capítulo 17 - Mociones de reapertura
18. Chapter 18   BIA Appeals/ Capítulo 18 - Apelaciones ante la BIA
19. Chapter 19   Post Conviction Relief/ Capítulo 19 - Alivio Después de la Condena

- LexisNexis Quick Reference Guide/ Guía de Referencia Rápida de LexisNexis [Title translation needs to be added as indicated in xx]
- LexisNexis Full Immigration External Hard Drive Guide/ Guía Completa de LexisNexis para el Disco Duro Externo de Inmigración [Title transalation needs to be added as indicated in xx]
- American Bar Association Know Your Rights/ Asociación Americana del Colegio de Abogados Conozca Sus Derechos [Title translation needs to be added as indicated in xx]
- American Bar Association Legal Orientation Program Flyer/LÍNEA DIRECTA DE AYUDA PARA DETENIDOS [Resource and title needs to be added]
- ICE National Detainee Handbook/ Manual Nacional de Detenidos del ICE [Title translation needs to be added as indicated in xx]
- ICE SAAPI Brochure/ CONOCIMIENTO ABUSO Y LA AGRESIÓN SEXUAL [ADD HERE. This is listed elsewhere on the EHD under the Detention track]
- ICE Detention Reporting and Information Line (DRIL Hotline)/ Línea de información y denuncias del Centro de Detenciones del ICE [ADD HERE. Provided on the EHD under Detention]
- ICE Detained Parent FAQ/ Padres detenidos: PREGUNTAS FRECUENTES [ADD HERE. Provided on the EHD under Detention/Parental Rights]
- Department of Homeland Security (DHS) Office of Civil Rights and Civil Liberties (CRCL) *Complaint Form/* Oficina de Derechos Civiles y Libertades Civiles (CRCL) del Departamento de Seguridad Nacional (DHS) *Formulario de Queja* [Title translation needs to be added as indicated in xx]
- U.S. Citizenship and Immigration Services (USCIS) *Information Guide for Prospective Asylum Applicants/* Guía de Información del Servicio de Ciudadanía e Inmigración de los Estados Unidos (USCIS) para Posibles Solicitantes de Asilo [Title translation needs to be added as indicated in xx]
- Spanish Dictionary/Diccionario Terminos Juridicos [Provided under U.S. Immigration Law & Practice]

47

- Immigration Options for Victims of Crime/ Opciones de Inmigración para las Víctimas de Delitos [Provided under Resources for Victims of Crime or Abuse]

Top Center Left Button – "French/français"
[Clicking on this button takes the user to another screen, where s/he will see a list of documents in French.]
- LOP Materials – Programme D'Orientation Juridique /FULL (français) [These resources are all in one pdf currently. They should be separated out into chapters like the English and Spanish LOP materials and as originally provided by ICE. For ease, the name of the PDF document is provided below, both English and French titles should be included.]
    1. [File Name: General Guide Handout_French] IJP General Guide/ Guide Pour Les Immigrants
    2. [File Name: Group Orientation LOP Script Addendum_French] LOP General Orientation Addendum: A Guide to Summary Removal Proceedings and Fear Interviews /Guide de procédures de renvoi sommaire et des entretiens au sujet des craintes
    3. [File Name: Group Orientation LOP Script_French] Legal Orientation Program, Overview: Information About Immigration Law/ Programme D'Orientation Juridique
    4. [File Name: AsylumHandout_French]
       Information about Asylum, Withholding of Removal, and the Convention Against Torture/ Informations sur l'asile, la suspension d'expulsion et la Convention contre la torture
    5. [File Name: Asylum, Withholding of Removal, and CAT_French] How to Apply For Asylum and Withholding of Removal/ Comment Demander L'Asile Et La Suspension D'Expulsion Et/Ou La Suspension D'Expulsion Conformement A L'Article 3 De La Convention Contre La Torture
    6. [File Name: Bond_French] Steps for Reducing Your Bond/ Étapes à suivre pour réduire votre caution
    7. [File Name: Expedited Removal] Expedited Removal/ Renvoi Accéléré
    8. [Information about Parole] Information about Parole/ Informations sur la libération conditionnelle
    9. [File Name: Reinstatement of Removal] Reinstatement of Removal/ Rétablissement de Renvoi
    10. [File Name: Have You Been a Victim of Trafficking?] Have You Been the Victim of Trafficking? You May Qualify for a T Visa/ Avez-vous été victime de traite humaine ? Cela peut vous donner droit à un Visa T (suite)
    11. [File Name Have You Been a Victim of a Crime?] Have You Been the Victim of a Crime? You May Qualify for a U Visa/ Avez-vous été victime d'un crime ? Cela peut vous donner droit à un Visa U
    12. [File Name: Voluntary Departure] Voluntary Departure/ Départ Volontaire
    13. [File Name: What You Should Expect from Your Legal Representative] What Should You Expect From Your Legal Representative/ Quelle aide pouvez-vous attendre  de votre Représentant Légal ?

48

- American Bar Association (ABA) Know Your Rights Manual/ *Savoir ses droits* [Title translation needs to be added as indicated in xx]
- American Bar Association Legal Orientation Program Flyer/Informations sur la détention et les niveaux de recours (LOP) [Resource and titles need to be included]
- ICE SAAPI Brochure/ Attention aux l'abus sexual et les agressions sexuelles [ADD HERE. This is listed elsewhere on the EHD under the Detention track]
- ICE National Detainee Handbook/ *Manuel pour détenus dans la garde de ICE* [Title translation needs to be added as indicated in xx]
  ICE Detained Parent FAQ/ Parent Détenu: questions fréquentes [ADD HERE. Provided on the EHD under Detention/Parental Rights]
- Department of Homeland Security (DHS) Office of Civil Rights and Civil Liberties (CRCL) *Complaint Form/ Formulaire de plainte* [Title translation needs to be added as indicated in xx]
- U.S. Citizenship and Immigration Services (USCIS) *Information Guide for Prospective Asylum Applicants/ Guide d'informations pour candidats à la demande d'asile* [Title translation needs to be added as indicated in xx]


Top Center Right Button – "Portuguese/português"
  [Clicking on this button takes the user to another screen, where s/he will see a list of documents in Portuguese. ]
- LOP Materials – Programa de Detenção e Orientação Jurídica/ FULL (português) [These resources are all in one pdf currently. They should be separated out into chapters like the English and Spanish LOP materials and as originally provided by ICE. For ease, the name of the PDF document is provided below. Titles should be added in English and Portuguese as indicated below.]
  1. [File Name: Asylum Handout_Portuguese] *Information about Asylum, Withholding of Removal, and the Convention Against Torture/ Informações sobre Asilo, Retenção de Remoção e a Convenção Contra Tortura*
  2. [File Name: Bond_Portuguese] *Steps for Reducing Your Bond/ Passos para Reduzir sua Fiança*
  3. [File Name: Group Orientation LOP Script_Portuguese] *Legal Orientation Program, Overview: Information About Immigration Law/ Visão Geral: Informações Sobre as Leis de Imigração*
  4. [File Name: Group Orientation Script Addendum_Portuguese] *LOP General Orientation Addendum: A Guide to Summary Removal Proceedings and Fear Interviews/ Um Guia para Processos Sumários de Remoção e Entrevistas por Medo*
  5. [File Name: Voluntary Departure_Portuguese] *Voluntary Departure/ Partida Voluntária*

49

- American Bar Association (ABA) Know Your Rights Manual/ Manual do Detentor Nacional ICE [Title translation needs to be added as indicated in xx]
- American Bar Association Legal Orientation Program Flyer/ Linha de Informações do Programa de Detenção e Orientação Jurídica [Resource and titles need to be added.]
- ICE SAAPI Brochure/ Consciência Do Abuso E Assédio Sexual [ADD HERE. This is listed elsewhere on the EHD under the Detention track]
- ICE National Detainee Handbook/ Manual do Detentor Nacional ICE [Title translation needs to be added as indicated in xx]
- ICE Detained Parent FAQ/ Genitor(a) detido(a): PERGUNTAS FREQUENTES [ADD HERE. Provided on the EHD under Detention/Parental Rights]
- Department of Homeland Security (DHS) Office of Civil Rights and Civil Liberties (CRCL) *Complaint Form/ Departamento de Segurança Interna (DHS) Escritório de Direitos Civis e Liberdades Civis (CRCL) Formulário de Reclamação* [Title translation needs to be added as indicated in xx]

Top Right Button – "Haitian Creole/Kreyòl Ayisyen"
[Clicking on this button takes the user to another screen, where s/he will see a list of documents in Haitian Creole.]
- LOP Materials – Pwogram Sou Oryantasyon sou Lalwa/FULL (Kreyòl Ayisyen) [These resources are all in one pdf currently. They should be separated out into chapters like the English and Spanish LOP materials and as originally provided by ICE. For, ease the name of the PDF document is provided below. Titles should be added in English and Haitian Creole as indicated below. ]
    1. [File Name: Asylum Handout_Haitian Creole] *Information about Asylum, Withholding of Removal, and the Convention Against Torture/ Enfòmasyon osijè de Azil, Sispansyon Ekspilsyon, ak Konvansyon Kont Tòti*
    2. [File Name: Asylum, Withholding of Removal and CAT_Haitian Creole] *"I'm Afraid to go Back": A Guide to Asylum, Withholding of Removal, and the Convention Against Torture/ "Mwen Pè Retounen:" Yon gid pou Azil, Sispansyon Ekspilsyon, ak Konvansyon Kont Tòti*
    3. [File Name: Bond_Haitian Creole] *Steps for Reducing Your Bond/ Etap pou Redwi Kosyon'w la*
    4. [File Name: EAD Qualifications Handout_Haitian Creole] *EAD Qualifications Handout/ Dokiman Otorizasyon Travay (Employment Authorization Document, EAD)*
    5. [File Name: Fear-Based Testimony Handout_Haitian Creole] *Fear-Based Testimony Handout/Kijan pou w prepare pou Temwayaj*
    6. [File Name: Group Orientation LOP Script_Haitian Creole] *Legal Orientation Program, Overview: Information About Immigration Law*
    7. [File Name: How to Apply for an EAD Handout_Haitian Creole] *How to Apply for an EAD /Kijan pou w aplike pou yon Dokiman Otorizasyon Travay (Employment Authorization)*

8. [File Name: LPR Cancellation_Haitian Creole] *How To Apply For "Cancellation Of Removal For Certain Lawful Permanent Residents" Kòman Pou Aplike Pou "Anilasyon Ekspilsyon Pou Sèten Rezidan Pèmanan"*

9. [File Name: Parole_Haitian Creole] *Information about Parole/ Enfòmasyon sou Libète Kondisyonèl*

10. [File Name: Witness Affidavits Handout_Haitian Creole] *Witness Affidavits Handout/ Afidavit Temwen*

11. [Working with an Attorney_Haitian Creole] *What Should You Expect from Your Legal Representative?/ A Kisa Ou Dwe Atann Ou de Reprezantan Legal Ou ?*

- American Bar Association Legal Orientation Program Flyer/ Detansyon ak Liy Enfòmasyon LOP [Add resource and titles]
- ICE SAAPI Brochure/ Konsyantization Sou Atak Akabi Seksyèl [ADD HERE. This is listed elsewhere on the EHD under the Detention track]
-   ICE National Detainee Handbook/ Manyèl Nasyonal pou Detni ICE
- ICE Detained Parent FAQ/ *Paran Ke Yo Detni FAQ* [ADD HERE. Provided on the EHD under Detention/Parental Rights]
- Department of Homeland Security (DHS) Office of Civil Rights and Civil Liberties (CRCL) *Complaint Form/ Biwo Dwa Sivil ak Libète Civil (CRCL) Depatman Sekirite Teritoryal (DHS)* [Title translation needs to be added as indicated in xx]
- U.S. Citizenship and Immigration Services (USCIS) *Information Guide for Prospective Asylum Applicants/* Sèvis Sitwayennte ak Imigrasyon (USCIS) Direktiv enfòmasyon pou Aplikan Prospektiv Pou Azil [Title translation needs to be added as indicated in xx]

Middle Left Button – "Arabic/العربية"
[Clicking on this button takes the user to another screen, where s/he will see a list of documents in Arabic.]

- LOP Materials – FULL (العربية) [These resources are all in one pdf currently. They should be separated out into chapters like the English and Spanish LOP materials as originally provided by ICE. For ease, the name of the PDF document is provided below. Titles should be added in English and Arabic as indicated below.]

1. [File Name: Group Orientation LOP Script Addendum_Arabic] LOP General Orientation Addendum: A Guide to Summary Removal Proceedings and Fear Interviews/
دليل لإجراءات الإزالة الموجزة ومقابلات الخوف :LOP ملحق التوجيه العام لـ

2. [File Name: Group Orientation LOP Script_Arabic] Legal Orientation Program, Overview: Information About Immigration Law/
برنامج التوجيه القانوني ، نظرة عامة: معلومات حول قانون الهجرة

3. [File Name: Parole_Arabic] Information about Parole
معلومات حول إطلاق السراح المشروط/

4. [File Name: Reinstatement of Removal_Arabic] Reinstatement of Removal
اعادة الترحيل

5. [File Name: T-Visa_Arabic] Have You Been the Victim of Trafficking? You May Qualify for a T Visa/

51

هل كنت ضحية الإتجار بالبشر؟ قد تكون مؤهلاً للحصول على تأشيرة T

6.  [File Name: U-Visa_Arabic] Have You Been the Victim of a Crime? You May Qualify for a U Visa/

هل كنت ضحية جريمة؟ قد تكون مؤهلاً للحصول على تأشيرة U

7.  [File Name: Voluntary Departure_Arabic] Voluntary Departure/

المغادرة الطوعية

8.   [File Name: Working with an Attorney_Arabic] What Should You Expect From Your Legal Representative/

ماذا تتوقع من ممثلك القانوني

-    American Bar Association (ABA) Know Your Rights Manual (العربية)/

نقابة المحامين الأمريكية اعرف حقوقك

[Title translation needs to be added as indicated in xx]

-    Department of Homeland Security (DHS) Office of Civil Rights and Civil Liberties (CRCL) *Complaint Form*/

لتحميل المستند باللغة العربية اضغط -

-    [Title translation needs to be added as indicated in xx]

-
-    American Bar Association Legal Orientation Program Flyer/

خط المعلومات الاعتقال و LOP

-    ICE SAAPI Brochure/ [ADD HERE. This is listed elsewhere on the EHD under the Detention track]

التوعية عن الإساءة واالعتداء الجنسي

-    ICE National Detainee Handbook (العربية)/

الكتيب الوطني للمحتجزين

[Title translation needs to be added as indicated in xx]

Middle Second to the Right Button – "Turkish/ TÜRKÇE"

[Clicking on this button takes the user to another screen, where s/he will see a list of documents in Turkish. ]

-    LOP Materials – Hukuki Oryantasyon Programi / FULL (TÜRKÇE) [These resources will be provided by ICE separated out into Chapters/File name.]

1.  [File Name: Group Orientation LOP Script_Turkish] Legal Orientation Program, Overview: Information About Immigration Law/Hukuki Oryantasyon Programi, Genel Bakis: Göçmenlik Hukuku Hakkinda Bilgiler

2.  [File Name: Asylum Withholding of Removal and CAT_Turkish] "I'm Afraid to Go Back": A Guide to Asylum and Withholding of Removal /"Geri Dönmeye

Korkuyorum:" Siginma hakkinda bir Rehber, Ülkeden Çikartmanin Askiya Alinmasi ve Iskenceye Karsi Konvansiyon

- American Bar Association Legal Orientation Program Flyer/ Gözaltı ve Ayrıcalıkların Kaybı Hakkında Bilgilendirme Hattı
  - ICE National Detainee Handbook (TÜRKÇE)/ Ulusal Tutuklu Kılavuzu [Title translation needs to be added as indicated in xx]
  - ICE Detained Parent FAQ/ [This resource plus translation of title will be provided by ICE and added also under Detention/Parental Rights]
-

Middle Center Button – "Bengali/ বাংলা"
[Clicking on this button takes the user to another screen, where s/he will see a list of documents in Bengali.]
- LOP Materials- আইনসংক্রান্তস্টিষয় পস্টরস্টিস্টির কর্মস্টৃস্টি /FULL [These resources will be provided by ICE separated out into Chapters/File name.]
  1. [File Name: Group Orientation LOP Script_Bengali] Legal Orientation Program Overview: Information About Immigration Law/ আইনসংক্রান্তস্টিষয় পস্টরস্টিস্টির কর্মস্টৃস্টি সংস্টিপ্ত স্টিরিণঃ অস্টেটাসন আইন সম্বস্ক্লীয়
  2. [File Name: Group Orientation LOP Script Addendum_Bengali] LOP General Orientation Addendum: Summary Removal Proceedings and Fear Interviews/ ·সামারি রিমুভ্যাল প্রসর ডিংস ও 'রিয়াি ইন্টাোরভ্ভউজ' রিদ্দেরিকা
  3. [File Name: Asylum, Withholding of Removal, and CAT_French] "I'm Afraid to Go Back," A Guide: How to Apply For Asylum and Withholding of Removal/ "আমি মিরে যেরে ভয় পামি" আশ্রয়, অপসাোরোে মিবুমি, এবং অেযাচারোে মবরুরে সির াোা সম্পরকে একটি মিরদেমিকা
  4. [File Name: Bond_Bengali] Steps for Reducing Your Bond/ আ নার বন্ড কমাননার জনয দনে
  5. [Information about Parole_Bengali] Information about Parole/ আভি কি  মায ারেয জম্ম অনুযধ জানাতে ািষ?

- American Bar Association Legal Orientation Program Flyer/Informations sur la détention et les niveaux de recours (LOP)/ আটককরণ বা িোডটনশন এবং এল ও িপ তথয লাইন
  - ICE National Detainee Handbook/ জাতীয় িন্দী ীবিতালা হয়াল্ডবুক [Title translation needs to be added as indicated in xx]
  - ICE Detained Parent FAQ/[This resource plus translation of title will be provided by ICE and added also under Detention/Parental Rights]

Middle Second to the Right Button – Hindi/ हिंदी

LOP Materials – लरगल ओररएंटेशन प्रोग्राम/ FULL [These resources are all in one pdf currently. They should be separated out into chapters like the English and Spanish LOP materials

as originally provided by ICE. For eases the name of the PDF document is provided below. Titles should include English and Hindi as indicated below.]

1. [File Name: Asylum, Withholding of Removal and CAT_Hindi] "I'm Afraid to Go Back" A Guide to Asylum, Withholding of Removal, and the Convention Against Torture/ "I'm Afraid to Go Back" शरण के लिए एक गाइड, निष्कासन को रोकना, और अत्याचार के खिलाफ कन्वेंशन

2. [File Name: Bond_Hindi] Steps for Reducing Your Bond/ अपने बांड को कम करने के लिए कदम

3. [File Name: General Orientation LOP Script_Hindi] Legal Orientation Program, Overview: Information About Immigration Law/ कानूनी अभिविन्यास कार्यक्रम, अवलोकन: आप्रवासन कानून के बारे में जानकारी

4. [File Name: T-visas_Hindi] Have You Been the Victim of Trafficking? You May Qualify for a T Visa/ क्या आप तस्करी के शिकार हुए हैं? आप टी वीजा के लिए अर्हता प्राप्त कर सकते हैं

5. [File Name: U-Visas_Hindi] Have You Been the Victim of a Crime? You May Qualify for a U Visa/ क्या आप किसी अपराध के शिकार हुए हैं? आप यू वीजा के लिए अर्हता प्राप्त कर सकते हैं

6. [File Name: Working with an Attorney_Hindi] What Should You Expect from Your Legal Representative?/ आपको अपने कानूनी प्रतिनिधि से क्या उम्मीद करनी चाहिए

- ICE National Detainee Handbook/ ICE राष्ट्रीय बंदी पुस्तिका [Title translation needs to be added as indicated in xx]
- ICE Detained Parent FAQ/ दहरासि म ललए गए अलि वकएफएक्ट्य [ADD HERE. Provided on the EHD under Detention/Parental Rights]

Middle Right Button – Punjabi/ ਪੰਜਾਬੀ

- LOP Materials – ਲੀਗਲ ਓਰੀਐਨਟੇਸ਼ਨ ਪ੍ਰੋਗਰਾਮ FULL [These resources are all in one pdf currently. They should be separated out into chapters like the English and Spanish LOP materials as originally provided by ICE. For eases the name of the PDF document is provided below. Titles should include English and Punjabi as indicated below.]

54

1. [File Name: Asylum Packet_Punjabi] How To Apply For Asylum, Withholding Of Removal And/Or Protection Under Article 3 Of The Convention Against Torture. ਦਦ ਵਿਰੁੱਧ ਕਨਵੈਨਸ਼ਨ ਦੇ ਆਰਟੀਕਲ 3 ਦੇ ਤਹਿਤ ਸ਼ਰਨ, ਹਟਾਉਣ ਅਤੇ/ਜਾਂ ਸੁਰੱਖਿਆ ਲਈ ਅਰਜ਼ੀ ਕਿਵੇਂ ਦੇਣੀ ਹੈ

2. [File Name: Asylum, Withholding of Removal and CAT_Punjabi] "I'm Afraid to Go Back" A Guide to Asylum, Withholding of Removal, and the Convention Against Torture. ਸ਼ਰਨ ਲਈ ਇੱਕ ਗਾਈਡ, ਹਟਾਉਣ ਨੂੰ ਰੋਕਣਾ, ਅਤੇ ਤਸ਼ੱਦਦ ਵਿਰੁੱਧ ਸੰਮੇਲਨ

3. [File Name: Asylum_Punjabi] Information about Asylum, Withholding of Removal, and the Convention Against Torture. ਸ਼ਰਨ, ਹਟਾਉਣ ਦੀ ਰੋਕ, ਅਤੇ ਤਸ਼ੱਦਦ ਵਿਰੁੱਧ ਕਨਵੈਨਸ਼ਨ ਬਾਰੇ ਜਾਣਕਾਰੀ

4. [File Name: Bond_Punjabi] Steps for Reducing Your Bond. ਤੁਹਾਡੇ ਬਾਂਡ ਨੂੰ ਘਟਾਉਣ ਲਈ ਕਦਮ

5. [File Name: Parole_Punjabi] Information About Parole. ਪੈਰੋਲ ਬਾਰੇ ਜਾਣਕਾਰੀ

6. [File Name: T-visas_Punjabi] Have You Been the Victim of Trafficking? You May Qualify for a T Visa.                              ਕੀ ਤੁਸੀਂ ਤਸਕਰੀ ਦੇ ਸ਼ਿਕਾਰ ਹੋਏ ਹੋ? ਤੁਸੀਂ ਟੀ ਵੀਜ਼ਾ ਲਈ ਯੋਗ ਹੋ ਸਕਦੇ ਹੋ

7. [File Name: U-visas_Punjabi] Have You Been the Victim of a Crime? You May Qualify for a U Visa.                           ਕੀ ਤੁਸੀਂ ਕਿਸੇ ਅਪਰਾਧ ਦੇ ਸ਼ਿਕਾਰ ਹੋਏ ਹੋ? ਤੁਸੀਂ ਯੂ ਵੀਜ਼ਾ ਲਈ ਯੋਗ ਹੋ ਸਕਦੇ ਹੋ

8. [File Name: Working with an Attorney_Punjabi] What Should You Expect From Your Legal Representative.                ਤੁਹਾਨੂੰ ਆਪਣੇ ਕਾਨੂੰਨੀ ਪ੍ਰਤੀਨਿਧੀ ਤੋਂ ਕੀ ਉਮੀਦ ਕਰਨੀ ਚਾਹੀਦੀ ਹੈ

- ICE National Detainee Handbook/ ਆਈਸੀਈ ਨੈਸ਼ਨਲ ਡਿਟੇਨੀ ਹੈਂਡਬੁੱਕ [Title translation needs to be added as indicated in xx]
- ICE Detained Parent FAQ/ਨਜ਼ਰਬੁੰਦ ਮਾਪ੍ਿਐਫਏਕਿ [ADD HERE. Provided on the EHD under Detention/Parental Rights]
- ABA Detention and LOP Information Line Flyer/ਨਜ਼ਰਬੰਦੀ ਅਤੇ ਐਲ ਓ ਪੀ  ਜਾਣਕਾਰੀ ਲਾਈਨ

Bottom Left Button – "Russian/русском языке"
[Clicking on this button takes the user to another screen, where s/he will see a list of documents in Russian.]
- LOP Materials –  Программа правовой ориентации   FULL (русском языке) [These resources are all in one pdf currently. They should be separated out into chapters like the English and Spanish LOP materials as originally provided by ICE. For eases the name of the PDF document is provided below. Titles should include English and Russian as indicated below.]
    1. [File Name: Asylum Withholding of Removal and CAT_Russian] "I'm Afraid to Go Back" A Guide to Asylum, Withholding of Removal, and the Convention Against Torture/ «Я боюсь возвращаться» Справочное пособие по вопросам предоставления убежища,приостановления депортации и применения Конвенции против пыток

55

2. [File Name: Bond_Russian] Steps for Reducing Your Bond/ Меры по уменьшению суммы залога
3. [File Name: EAD Qualifications Handout_Russian] EAD Qualifications Handout/ Разрешение на работу (EAD)
4. [File Name: Fear-Based Testimony Handout_Russian] Fear-Based Testimony Handout/ Как подготовиться к свидетельским показаниям
5. [File Name: Group Orientation LOP Script Addendum_Russian] LOP General Orientation Addendum: A Guide to Summary Removal Proceedings and Fear Interviews / Руководство по краткому описанию процедуры депортации и собеседования с целью выяснения наличия и причин страха возвращения на родину (Russian)
6. [File Name: Group Orientation LOP Script_Russian] Legal Orientation Program, Overview: Information About Immigration Law/ Общий обзор: Информация об иммиграционном законодательстве
7. [File Name: How to Apply for an EAD Handout_Russian] How to Apply for an EAD Handout/ Как подать ходатайство о предоставлении разрешения на работу (EAD)
8. [File Name: LPR Cancellation_Russian] How to Apply for "Cancellation of Removal for Certain Lawful Permanent Residents"/ КАК ПОДАТЬ ЗАЯВЛЕНИЕ НА «ОТМЕНУ ВЫСЫЛКИ ДЛЯ НЕКОТОРЫХ ЗАКОННЫХ ПОСТОЯННЫХ ЖИТЕЛЕЙ»
9. [File Name:Parole_Russian] Information about Parole/ Информация об условно-досрочном освобождении
10. [File Name:Witness Affidavits Handout_Russian] Witness Affidavits Handout/ Письменные показания свидетелей под присягой
11. [File Name: Working with an Attorney_Russian] What Should You Expect From Your Legal Representative/ Обязанности и функции вашего законного представителя

- American Bar Association (ABA) Know Your Rights Manual/ Пособие Американской ассоциации юристов «Знайте свои права» [Title translation needs to be added as indicated in xx]
- American Bar Association Legal Orientation Program Flyer/Informations sur la détention et les niveaux de recours (LOP)/ Линия предоставления информации и правовой ориентации для задержанных [Resource and titles need to be added.]
- ICE National Detainee Handbook/ Национальный справочник ICE для задержанных лиц [Title translation needs to be added as indicated in xx]
- ICE Detained Parent FAQ/ Задержанный родитель ЧЗВ [ADD HERE. Provided on the EHD under Detention/Parental Rights]
- U.S. Citizenship and Immigration Services (USCIS) Information Guide for Prospective Asylum Applicants/ «Информационное пособие для желающих получить убежище» Службы гражданства и иммиграции США (USCIS) [Title translation needs to be added as indicated in xx]

- U.S. Citizenship and Immigration Services (USCIS) Immigration Options for Victims of Crime/ Варианты иммиграции для жертв преступлений ADD HERE. Provided on the EHD under Resources for Victims of Crime]
- Department of Homeland Security (DHS) Office of Civil Rights and Civil Liberties (CRCL) *Complaint Form/ Щелкните мышью здесь, чтобы загрузить эту форму на русском языке*


**Bottom Center Left  Button – "Romanian/ ROMÂNĂ"**
[Clicking on this button takes the user to another screen, where s/he will see a list of documents in Romanian.]
- LOP Materials – Programul de orientare legală al Tribunalului de imigrare FULL (ROMÂNĂ ) [These resources will be provided by ICE listed out by Chapters/File name separately.]
- ICE National Detainee Handbook (ROMÂNĂ)/ Manualul national pentru deținuți
- ICE Detained Parent FAQ/ *Părinte deținut Íntrebări și răspunsuri* [ADD HERE. Provided on the EHD under Detention/Parental Rights]

**Bottom Center Left Button – "Vietnamese/ Tiếng Việt"**
[Clicking on this button takes the user to another screen, where s/he will see a list of documents in Vietnamese.]
- LOP Materials – CHƯƠNG TRÌNH ĐỊNH HƯỚNG PHÁP LUẬT FULL (Tiếng Việt) [These resources are all in one pdf currently. They should be separated out into chapters like the English and Spanish LOP materials as originally provided by ICE. For easse the name of the PDF document is provided below. Titles should be in English and Vietnamese as indicated below.]
  1. [File Name: Asylum Handout_Vietnamese] *Information about Asylum, Withholding of Removal, and the Convention Against Torture/Thông Tin về Tị Nạn, Tạm Hoãn Trục Xuất và Công Ước Chống Tra Tấn*
  2. [File Name: Bond_Vietnamese] *Steps for Reducing Your Bond/ Những Bước Để Giảm Tiền Bảo Lãnh*
  3. [File Name: Expedited Removal_Vietnamese] *Expedited Removal/ Trục Xuất Cấp Kỳ*
  4. [File Name: Group Orientation LOP Script_Vietnamese] *Legal Orientation Program, Overview: Information About Immigration Law/ CHƯƠNG TRÌNH ĐỊNH HƯỚNG PHÁP LUẬT Lời Dẫn Trong Đĩa CD Tiếng Nói*
  5. [File Name: Parole_Vietnamese] *Information about Parole/Thông Tin về Tạm Tha*
  6. [File Name: Reinstatement of Removal_Vietnamese] *Reinstatement of Removal/Khôi Phục Trục Xuất*
  7. [File Name: T-Visas_Vietnamese] *Have You Been the Victim of Trafficking? You May Qualify for a T Visa/Bạn Đã Bao Giờ Là Nạn Nhân của Buôn Người Chưa? Bạn Có Thể Đủ Điều Kiện Nhận Thị Thực T*

57

8. [File Name: U-Visas_Vietnamese] *Have You Been the Victim of a Crime? You May Qualify for a U Visa/Bạn Đã Từng Là Nạn Nhân của một Tội Ác? Bạn Có Thể Đủ Điều Kiện Nhận Thị Thực U*

9. [File Name: Voluntary Departure_Vietnamese] *Voluntary Departure/Xuất Cảnh Tự Nguyện*

10. [File Name: Working with an Attorney_Vietnamese] *What Should You Expect From Your Legal Representative/Bạn Có Thể Trông Đợi Điều Gì từ Đại Diện Pháp Lý Của Mình?*


- American Bar Association (ABA) Know Your Rights Manual/ Hiệp hội Luật sư Hoa Kỳ Biết các Quyền của quý vị [Title translation needs to be added as indicated in xx]
- ICE National Detainee Handbook (Tiếng Việt)/ Cẩm nang Đối tượng tạm giam Toàn quốc [Title translation needs to be added as indicated in xx]
- ICE Detained Parent FAQ/ *Cha Mẹ bị Tạm*   [ADD HERE. Provided on the EHD under Detention/Parental Rights]
- Department of Homeland Security (DHS) Office of Civil Rights and Civil Liberties (CRCL) *Complaint Form*/ Đơn Khiếu nại Văn phòng Quyền Dân sự và Tự do Dân sự (CRCL) của Bộ An ninh Nội địa (DHS) [Title translation needs to be added as indicated in xx]
-

Bottom Right Button – "Chinese/ 简体中文"

[Clicking on this button takes the user to another screen, where s/he will see a list of documents in Simplified Chinese.]

- LOP Materials – 自助法律资源 /FULL (简体中文) [These resources are all in one pdf currently. They should be separated out into chapters like the English and Spanish LOP materials as originally provided by ICE. For ease, the name of the PDF document is provided below.]

1. [File Name: Asylum, Withholding of Removal and CAT_Simplified Chinese] *How to Apply For Asylum and Withholding of Removal/关于避难、暂缓离境和《反酷刑公约》的信息*

2. [File Name: Bond_Simplified Chinese] *Steps for Reducing Your Bond/ 减少保释金的步骤*

3. [File name: EAD Qualifications Handout_Simplified Chinese] *EAD Qualifications Handout/ 工作许可证(EAD)*

4. [File Name: Expedited Removal_Simplified Chinese] *Expedited Removal/ 加急驱逐*

5. [File Name: Fear-Based Testimony Handout_Simplified Chinese] *Fear-Based Testimony Handout/ 如何准备证词*

6. [File Name: Group Orientation LOP Script Addendum_Simplified Chinese] *LOP General Orientation Addendum: A Guide to Summary Removal Proceedings and Fear Interviews/ 递解程序和恐惧问话概要指南*

7. [File Name: Group Orientation LOP Script_Simplified Chinese] *Legal Orientation Program, Overview: Information About Immigration Law/ 法律知识辅导项目*

8. [File Name: How to Apply for an EAD Handout_Simplified Chinese] *How to Apply for an EAD/ 如何申请工作许可证 (EAD)*

9. [File Name: Parole_Simplified Chinese] *Information about Parole/ 关于假释的信息*

10. [File Name: Reinstatement of Removal_Simplified Chinese] *Reinstatement of Removal/重新驱逐*

11. [File Name: T-Visa_Simplified Chinese] *Have You Been the Victim of Trafficking? You May Qualify for a T Visa/ 您是人口贩卖的受害者吗？您可能有资格获得T签证*

12. [File Name: U-Visa_Simplified Chinese] *Have You Been the Victim of a Crime? You May Qualify for a U Visa/ 您是某罪行的受害者吗？您可能有资格获得U签证*

13. [File Name Voluntary Departure_Simplified Chinese] *Voluntary Departure/ 自愿离境*

14. [File Name: Witness Affidavits Handout_Simplified Chinese] *Witness Affidavits Handout/ 证人宣誓书*

15. [File Name: Working with an Attorney_Simplified Chinese] *What Should You Expect From Your Legal Representative/ 您应对您的法定代表人抱有什么期望？*

- American Bar Association (ABA) Know Your Rights Manual (简体中文)/ ICE国家被拘留者手册  Title translation needs to be added as indicated in xx]

-
- American Bar Association Legal Orientation Program Flyer/ / 拘留和法律指导计划 (LOP) 信息专线  Title translation needs to be added as indicated in xx]

59

- ICE SAAPI Brochure/ 关注性虐待 和性侵犯 [ADD HERE. This is listed elsewhere on the EHD under the Detention track]
- ICE National Detainee Handbook (简体中文)/ ICE国家被拘留者手册 [Title translation needs to be added as indicated in xx]
- ICE Detained Parent FAQ/ *被拘留家长 常问的问题*[ADD HERE. Provided on the EHD under Detention/Parental Rights]
- Department of Homeland Security (DHS) Office of Civil Rights and Civil Liberties (CRCL) *Complaint Form/ 点击此处下载本表格的中文版*
-

**<u>Flags for Lexis:</u>**

- Lexis will need to create and/or upload a User Guide for this system. Links to it should appear on each of the main screens described above. It is referred to throughout this document as the "LEXIS USER GUIDE."

- Lexis will also need to update and consolidate *at least* all of the resources in Database #2: U.S. IMMIGRATION LAWS & REGULATIONS, and make them searchable by topic. This search function can rely on or be linked to the current search function, but it should be more intuitive and user-friendly. Natural language and topical searches should be allowed in addition to specific word searches. This new search function will be accessible from several points throughout the new interface and associated databases; these are flagged with "Insert New INA-CFR-CaseLaw Search Function Here."

- The attached documents list the specific contents of the various databases (Databases #s 1-11) referenced above. These documents provide greater detail on the contents for each database, including system design notes as well as directions to the online locations of certain resources ICE needs in the new EHD system. The Database Contents "Key" is provided at the beginning of these flow maps, here, and in the text of each database contents list.
  - xxx = data already present in the Lexis Immigration Law EHD
  - xxx = data ICE previously provided in PDF format for Lexis to upload on the new EHD
  - xxx = new updated content. Instructions specify whether content will be provided by ICE.
  - [xxx] = instructions and/or questions for Lexis, often related to interface functionality, information that Lexis should download in PDF format from the website listed in the text, or necessary updates to existing "infobases"
  - *italics* = explanatory or hover text that should appear on-screen for the user

- Finally, of the current resources on the EHD, we do NOT need the following:
  - BALCA Deskbook
  - Lists of Designated Primary Medical Care, Mental Health & Dental Health Professional Shortage Areas
  - Occupational Outlook Handbook
  - Dictionary of Occupational Titles
  - Standard Occupational Classifications 2010
  - Illegal Immigration Reform and Immigrant Responsibility Act of 1996
  - Technical Assistance Guide
  - Presidential Documents
  - Bender's Immigration Bulletin – Archive

## QUALITY ASSURANCE SURVEILLANCE PLAN

### 1. INTRODUCTION

The Department of Homeland Security (DHS) U.S. Immigration and Customs Enforcement (ICE) Quality Assurance Surveillance Plan (QASP) is based on the premise that the Service Provider, and not the Government, is responsible for the day-to-day operation of the electronic law library and all the management and quality control actions required to meet the terms of the Agreement.  The role of the Government in quality assurance is to ensure performance standards are achieved and maintained.  The Service Provider shall develop a comprehensive program of inspections and monitoring actions and document its approach in a Quality Control Plan (QCP). The Service Provider's QCP, upon approval by the Government, will be made a part of the resultant Agreement.

This QASP is designed to provide an effective surveillance method to monitor the Service Provider's performance relative to the requirements listed in the Agreement.  The QASP illustrates the systematic method the Government (or its designated representative) will use to evaluate the services the Service Provider is required to furnish.

This QASP is based on the premise the Government will validate that the Service Provider is complying with ERO-mandated quality standards in providing electronic law library services. Good management by the Service Provider and use of an approved QCP will ensure that the Services are operating within acceptable quality levels.

### 2. OBJECTIVE

This plan provides a quality surveillance strategy for the management of the electronic law library on behalf of ICE. The primary intent of the plan is to provide a basis for the Contracting Officer's Representative (COR) evaluation of performance quality. Oversight of Contractor performance will assure quality performance. The plan will also afford the COR and Contracting Officer (CO) a productive mechanism to preclude major deficiencies in performance, provide input for annual contractor past performance evaluations, and make the determination for exercising of contract options.

### 3. PERFORMANCE INDICATORS (MEASURES). Surveillance of contractor performance will be performed by the appointed COR and the CO based on the surveillance methodologies identified in the Performance Standards set forth in Exhibit A.

### 4. EVALUATION METHODS

The COR efforts will primarily be based on verification and monitoring of the Contractor's performance. The Government will use a variety of surveillance methodology and techniques to validate the contractor's compliance. The COR, assisted by other Government representatives, will perform evaluations based on each of the indicators stated in section 3 of this plan. The methods of surveillance listed below shall be used in the administration of this QASP. The Contractor shall submit a monthly Quality Control (QC) report set forth in the Statement of Work (SOW).

Order No.  70CDCR23P00000003                                              Attachment D

## 5. METHODS OF SURVEILLANCE

The COR or designee will evaluate the Service Provider's performance by (a) interviewing Legal Access Points of Contact (LA POCs), the ERO Legal Access Coordinator(s) and other ICE staff or contract facility law library coordinators as needed (b) reviewing documentation on the External Hard Drives (EHDs) or online system, and (c) analyzing progress reports.  NOTE: For contract deficiencies the COR will notify the vendor of the issue and give the vendor five (5) business days to correct in the case of an online system deficiency and thirty (30) business days in the case of an EHD deficiency. If the issue has not been resolved and no corrective action plan has been submitted to ICE the COR will issue a Contract Discrepancy Report

**Interviews and Other Feedback:** The COR may interview LA POCs the ERO Legal Access Coordinator(s), facility law library coordinators and other Government personnel to ascertain the quality of services provided by the vendor (both EHD and online system), the customer service provided by the vendor, and any strengths or weaknesses in the vendor's performance that are worth noting.

**Review of Documentation**: The Service Provider shall develop and maintain all documentation related to the execution of the contract (e.g., log of services provided, policies, records of corrective actions, required reports stated in the SOW and invoices). The COR will review documentation to affirm that the services provided conform to the performance standards stated herein. When reviewing the Service Provider's documentation, the Government may review 100% of the documents, or a representative sample. Documentation may be reviewed throughout the period of performance.

**Vendor Performance:** The COR will review the electronic law library to ensure that all the requirements and performance standards listed in the SOW are fulfilled.

## 6. QUALITY CONTROL PLAN

The Service Provider shall develop, implement, and maintain a QCP that illustrates the methods it will use to review its performance to ensure it conforms to the performance requirements (see Exhibit A for a summary list of performance requirements). Such reviews shall be performed by the Service Provider to validate its operations and assure ICE that the services meet the performance standards.

The Service Provider's QCP shall include monitoring methods that ensure and demonstrate its compliance with the performance standards. The reports and other results generated by the Service Provider's QCP activities should be provided to the COR as requested.

The frequency and type of the Service Provider's reviews should be consistent with what is necessary in order to ensure compliance with the performance standards.

## 7. FAILURE TO MEET PERFORMANCE STANDARDS

2

Performance of services in conformance with the QASP is essential for the Service Provider to receive full payment as identified in the Agreement.  The Contracting Officer may take deductions against the monthly invoices for unsatisfactory performance documented through surveillance of the Service Provider's activities gained through site inspections, reviews of documentation (including monthly QCP reports), interviews and other feedback.  As a result of its surveillance, the Service Provider will be assigned the following rating relative to each performance standard:

| Rating | Description |
|--------|-------------|
| Acceptable | Based on the measures, the performance standard is demonstrated. |
| Deficient | Based on the measures, compliance with most of the attributes of the performance standard is demonstrated or observed with some area(s) needing improvement.  There are no critical areas of unacceptable performance |
| At-Risk | Based on the performance measures, the majority of a performance standard's attributes are not met. |

Using the above standards as a guide, the Contracting Officer will implement adjustments to the Service Provider's monthly invoice as prescribed in Attachment A.

Rather than withholding funds until a deficiency is corrected, there may be times when an event or a deficiency is so egregious that the Government **deducts** (vs. "withholds") amounts from the Service Provider's monthly invoice.  This may happen when an event occurs, such as sexual abuse, when a particular deficiency is noted 3 or more times without correction, or when the Service Provider has failed to take timely action on a deficiency about which he/she was properly and timely notified.  The amount deducted will be consistent with the relative weight of the functional performance area where the deficiency was noted.  The deduction may be a one-time event, or may continue until the Service Provider has either corrected the deficiency, or made substantial progress in the correction.  It is noted that the Contracting Officer may deduct a percentage less than the relative weight of the functional performance area.

## 8. NOTIFICATIONS

(a)  Based on the inspection of the Service Provider's performance, the COR will document instances of deficient or at-risk performance (e.g., noncompliance with the standard) using the Contract Discrepancy Report (CDR) located at Exhibit B.  To the extent practicable, issues should be resolved informally, with the COR and Service Provider working together.  When documentation of an issue or deficiency is required, the procedures set forth in this section will be followed.

(b)  When a CDR is required to document performance issues, it will be submitted to the Service Provider with a date when a response is due.  Upon receipt of a CDR, the Service Provider shall immediately assess the situation and either correct the deficiency as quickly as possible

or prepare a corrective action plan.  In either event, the Service Provider shall return the CDR with the action planned or taken noted.  After the COR reviews the Service Provider's response to the CDR including its planned remedy, the COTR will either accept the plan or correction or reject the correction or plan for revision and provide an explanation.  This process should take no more than one week.  The CDR shall not be used as a substitute for quality control by the Service Provider.

(c)  If the COR concludes that the deficient or at-risk performance warrants a withholding or deduction, the COR will notify the Contracting Officer immediately upon completion of the form and include the CDR in its monthly report.  The CDR will be accompanied by the COR's investigation report and written recommendation for any withholding/deductions.  The Contracting Officer will consider the COR's recommendation and forward the CDR along with any relevant supporting information to the Service Provider in order to confirm or further discuss the prospective cure, including the Government's proposed course of action.  As described in section 7 above, portions of the monthly invoice amount may be withheld until such time as the corrective action is completed, *or* a deduction may be taken.

(d)  Following receipt of the Service Provider's notification that the correction has been made, the COR may perform a re-inspection.  Based upon the COR's findings, he or she will recommend that the Contracting Officer continue to withhold a proportionate share of the payment until the correction is made, or accept the correction as final and release the full amount withheld for that issue.

(f)  If funds have been withheld and either the Government or the Service Provider terminates the Agreement, those funds will not be released.  The Service Provider may only receive withheld payments upon successful correction of an instance of non-compliance.  Further, the Service Provider is not relieved of full performance of the required services hereunder; the Agreement may be terminated upon adequate notice from the Government based upon any once instance, or failure to remedy deficient performance, even if a deduction was previously taken for any inadequate performance.

(g)  The COR will maintain a record of all open and resolved CDRs.

## 9. EXHIBITS

      A.      Performance Requirements Summary

      B.      Sample Contract Discrepancy Report

Order No.  70CDCR23P00000003                                        Attachment D

Exhibit A. Performance Requirements Summary

| Performance Standard | Definition | Type of Services | Minimum Acceptable Level | Method of Surveillance |
|---|---|---|---|---|
| Accuracy of Deliverables | Percentage of services or deliverables that are completed without error or mistake | All | 98% | Review and inspection of works and deliverables |
| Accuracy in Updates | Percentage of services or deliverables that are completed without error or mistake | All | 100% | Review and inspection of deliverables |
| Update and Delivery of Electronic Hard Drive | Number of days the COR is not notified of a known significant delay after the 3-business day threshold. | All | Significant delay of 30 days after scheduled quarterly Electronic Hard Drive delivery is not communicated to COR within 3 days of known delay. | Feedback from customers, Review and inspection of works and deliverables |
| Quality in Platform Interface and Useability | Percentage of platform interface that meets or surpasses DHS platform interface requirements and useability | All | 95% | Review and inspection of deliverables, feedback from customers |
| User Satisfaction of Quality | Percentage of services or deliverables supplied by contractor, meet or surpass DHS's contract metrics in quality | All | 95% | Feedback from customers, Review and inspection of works and deliverables |
| Number of Complaints | Numbers of complaints received by the COR | All | No more than 2 complaints (overall) per quarter | Feedback from customers |
| Timely Delivery including timely delivery of rush requests | Percentage of deliverables that are delivered on time | All | 98% | Feedback from customers, monthly reports, submission dates |
| Responsiveness to DHS Request(s) | Percentage of timely responses made by contractor in answering DHS's requests | All | 95% | Feedback from customers, monthly reports, periodic surveillance, submission dates |

Order No.  70CDCR23P00000003                                             Attachment D

| Overall Customer Satisfaction | Percentage of contractor performance meet or surpass DHS's contract metrics | All | 95% | Feedback from customers, Review and inspection of works and deliverables |
|---|---|---|---|---|
| Reporting (On Time and Accuracy) | Percentage of regular or ad hoc reports that are submitted on time with less than two (2) mistakes | All | 95% | Feedback from customers, submission dates |
| Provision of Remedies | Percentage of corrections that are made less than 8 hours and accurately after being notified | All | 98% | Feedback from customers, submission dates, review and inspection of works and deliverables |

## Exhibit B- Contract Discrepancy Report

| **CONTRACT DISCREPANCY REPORT** . | | 1. CONTRACT NUMBER |
|---|---|---|
| **Report Number:** | | **Date:** |

| 2. TO: (Contractor and Manager Name) | 3. FROM: (Name of COTR) |
|---|---|
| | |

| **DATES** | | |
|---|---|---|
| CONTRACTOR NOTIFICATION | CONTRACTOR RESPONSE DUE BY | RETURNED BY CONTRACTOR | ACTION COMPLETE |

4. DISCREPANCY OR PROBLEM *(Describe in Detail: Include reference in SOW / Directive: Attach continuation sheet if necessary.)*

5. SIGNATURE OF CONTRACTING OFFICER'S TECHNICAL REPRESENTATIVE (COTR)

| 6. TO: (*COTR*) | 7. FROM: (*Contractor*) |
|---|---|
| | |

8. CONTRACTOR RESPONSE AS TO CAUSE, CORRECTIVE ACTION AND ACTIONS TO PREVENT RECURRENCE. ATTACH CONTINUATION SHEET IF NECESSARY. (*Cite applicable Q.A. program procedures or new A.W. procedures.*)

Order No.  70CDCR23P00000003                                                    Attachment D

| 9. SIGNATURE OF CONTRACTOR REPRESENTATIVE | 10. DATE |
|---|---|
| | |

11. GOVERNMENT EVALUATION OF CONTRACTOR RESPONSE/RESOLUTION PLAN: (*Acceptable response/plan, partial acceptance of response/plan, rejection: attach continuation sheet if necessary*)

12. GOVERNMENT ACTIONS (*Payment withholding, cure notice, show cause, other.*)

| | | | |
|---|---|---|---|
| **CLOSE OUT** | | | |
| | NAME AND TITLE | SIGNATURE | DATE |
| CONTRACTOR NOTIFIED | | | |
| COTR | | | |
| CONTRACTING OFFICER | | | |

7

**FAR 52.212-5, Contract Terms and Conditions Required to Implement Statutes or Executive Orders-Commercial Items (Jun 2020)**

(a) The Contractor shall comply with the following Federal Acquisition Regulation (FAR) clauses, which are incorporated in this contract by reference, to implement provisions of law or Executive orders applicable to acquisitions of commercial items:

(1) 52.203-19, Prohibition on Requiring Certain Internal Confidentiality Agreements or Statements (Jan 2017) (section 743 of Division E, Title VII, of the Consolidated and Further Continuing Appropriations Act, 2015 (Pub. L. 113-235) and its successor provisions in subsequent appropriations acts (and as extended in continuing resolutions)).

(2) 52.204-23, Prohibition on Contracting for Hardware, Software, and Services Developed or Provided by Kaspersky Lab and Other Covered Entities (Jul 2018) (Section 1634 of Pub. L. 115-91).

(3) 52.204-25, Prohibition on Contracting for Certain Telecommunications and Video Surveillance Services or Equipment. (Aug 2019) (Section 889(a)(1)(A) of Pub. L. 115-232).

(4) 52.209-10, Prohibition on Contracting with Inverted Domestic Corporations (Nov 2015).

(5) 52.233-3, Protest After Award (Aug 1996) (31 U.S.C. 3553).

(6) 52.233-4, Applicable Law for Breach of Contract Claim (Oct 2004) (Public Laws 108-77 and 108-78 (19 U.S.C. 3805note)).

(b) The Contractor shall comply with the FAR clauses in this paragraph (b) that the Contracting Officer has indicated as being incorporated in this contract by reference to implement provisions of law or Executive orders applicable to acquisitions of commercial items:

_X_ (1) 52.203-6, Restrictions on Subcontractor Sales to the Government (June 2020), with Alternate I (Oct 1995) (41 U.S.C. 4704 and 10 U.S.C. 2402).

__ (2) 52.203-13, Contractor Code of Business Ethics and Conduct (Jun 2020) (41 U.S.C. 3509)).

__ (3) 52.203-15, Whistleblower Protections under the American Recovery and Reinvestment Act of 2009 (Jun 2010) (Section 1553 of Pub. L. 111-5). (Applies to contracts funded by the American Recovery and Reinvestment Act of 2009.)

_X_ (4) 52.204-10, Reporting Executive Compensation and First-Tier Subcontract Awards (Jun 2020) (Pub. L. 109-282) (31 U.S.C. 6101 note).

__ (5) [Reserved].

_X_ (6) 52.204-14, Service Contract Reporting Requirements (Oct 2016) (Pub. L. 111-117, section 743 of Div. C).

__ (7) 52.204-15, Service Contract Reporting Requirements for Indefinite-Delivery Contracts (Oct 2016) (Pub. L. 111-117, section 743 of Div. C).

_X_ (8) 52.209-6, Protecting the Government's Interest When Subcontracting with Contractors Debarred, Suspended, or Proposed for Debarment. (Jun 2020) (31 U.S.C. 6101note).

_X_ (9) 52.209-9, Updates of Publicly Available Information Regarding Responsibility Matters (Oct 2018) (41 U.S.C. 2313).

__ (10) [Reserved].

__ (11) (i) 52.219-3, Notice of HUBZone Set-Aside or Sole-Source Award (Mar 2020) (15 U.S.C.657a).

　　　__ (ii) Alternate I (Mar 2020) of 52.219-3.

__ (12) (i) 52.219-4, Notice of Price Evaluation Preference for HUBZone Small Business Concerns (Mar 2020) (if the offeror elects to waive the preference, it shall so indicate in its offer) (15 U.S.C. 657a).

　　　__ (ii) Alternate I (Mar 2020) of 52.219-4.

　__ (13) [Reserved]

__ (14) (i) 52.219-6, Notice of Total Small Business Set-Aside (Mar 2020) (15 U.S.C.644).

　　　__ (ii) Alternate I (Mar 2020).

__ (15) (i) 52.219-7, Notice of Partial Small Business Set-Aside (Mar 2020) (15 U.S.C. 644).

　　　__ (ii) Alternate I (Mar 2020) of 52.219-7.

__ (16) 52.219-8, Utilization of Small Business Concerns (Oct 2018) (15 U.S.C. 637(d)(2) and (3).

__ (17) (i) 52.219-9, Small Business Subcontracting Plan (Jun 2020) (15 U.S.C. 637(d)(4)).

　　　__ (ii) Alternate I (Nov 2016) of 52.219-9.

　　　__ (iii) Alternate II (Nov 2016) of 52.219-9.

　　　__ (iv) Alternate III (Jun 2020) of 52.219-9.

　　　__ (v) Alternate IV (Jun 2020) of 52.219-9.

__ (18) 52.219-13, Notice of Set-Aside of Orders (Mar 2020) (15 U.S.C. 644(r)).

__ (19) 52.219-14, Limitations on Subcontracting (Mar 2020) (15 U.S.C.637(a)(14)).

__ (20) 52.219-16, Liquidated Damages-Subcontracting Plan (Jan 1999) (15 U.S.C. 637(d)(4)(F)(i)).

__ (21) 52.219-27, Notice of Service-Disabled Veteran-Owned Small Business Set-Aside (Mar 2020) (15 U.S.C. 657f).

__ (22) (i) 52.219-28, Post Award Small Business Program Rerepresentation (Mar 2020) (15 U.S.C. 632(a)(2)).

　　　(ii) Alternate I (MAR 2020) of 52.219-28.

__ (23) 52.219-29, Notice of Set-Aside for, or Sole Source Award to, Economically Disadvantaged Women-Owned Small Business Concerns (Mar 2020) (15 U.S.C. 637(m)).

__ (24) 52.219-30, Notice of Set-Aside for, or Sole Source Award to, Women-Owned Small Business Concerns Eligible Under the Women-Owned Small Business Program (Mar 2020) (15 U.S.C. 637(m)).

__ (25) 52.219-32, Orders Issued Directly Under Small Business Reserves (Mar 2020) (15 U.S.C. 644(r)).

__ (26) 52.219-33, Nonmanufacturer Rule (Mar 2020) (15 U.S.C. 637(a)(17)).

X_ (27) 52.222-3, Convict Labor (Jun 2003) (E.O.11755).

X_ (28) 52.222-19, Child Labor-Cooperation with Authorities and Remedies (Jan 2020) (E.O.13126).

X_ (29) 52.222-21, Prohibition of Segregated Facilities (Apr 2015).

_X_ (30) (i) 52.222-26, Equal Opportunity (Sep 2016) (E.O.11246).

__ (ii) Alternate I (Feb 1999) of 52.222-26.

_X_ (31) (i) 52.222-35, Equal Opportunity for Veterans (Jun 2020) (38 U.S.C. 4212).

__ (ii) Alternate I (Jul 2014) of 52.222-35.

__ (32) (i) 52.222-36, Equal Opportunity for Workers with Disabilities (Jun 2020) (29 U.S.C.793).

__ (ii) Alternate I (Jul 2014) of 52.222-36.

X_ (33) 52.222-37, Employment Reports on Veterans (Jun 2020) (38 U.S.C. 4212).

X_ (34) 52.222-40, Notification of Employee Rights Under the National Labor Relations Act (Dec 2010) (E.O. 13496).

_X_ (35) (i) 52.222-50, Combating Trafficking in Persons (Jan 2019) (22 U.S.C. chapter 78 and E.O. 13627).

__ (ii) Alternate I (Mar 2015) of 52.222-50 (22 U.S.C. chapter78 and E.O. 13627).

__ (36) 52.222-54, Employment Eligibility Verification (Oct 2015). (Executive Order 12989). (Not applicable to the acquisition of commercially available off-the-shelf items or certain other types of commercial items as prescribed in 22.1803.)

__ (37) (i) 52.223-9, Estimate of Percentage of Recovered Material Content for EPA–Designated Items (May 2008) (42 U.S.C. 6962(c)(3)(A)(ii)). (Not applicable to the acquisition of commercially available off-the-shelf items.)

__ (ii) Alternate I (May 2008) of 52.223-9 (42 U.S.C. 6962(i)(2)(C)). (Not applicable to the acquisition of commercially available off-the-shelf items.)

__ (38) 52.223-11, Ozone-Depleting Substances and High Global Warming Potential Hydrofluorocarbons (Jun 2016) (E.O. 13693).

__ (39) 52.223-12, Maintenance, Service, Repair, or Disposal of Refrigeration Equipment and Air Conditioners (Jun 2016) (E.O. 13693).

__ (40) (i) 52.223-13, Acquisition of EPEAT®-Registered Imaging Equipment (Jun 2014) (E.O.s 13423 and 13514).

__ (ii) Alternate I (Oct 2015) of 52.223-13.

__ (41) (i) 52.223-14, Acquisition of EPEAT®-Registered Televisions (Jun 2014) (E.O.s 13423 and 13514).

__ (ii) Alternate I (Jun 2014) of 52.223-14.

__ (42) 52.223-15, Energy Efficiency in Energy-Consuming Products (Dec 2007) (42 U.S.C. 8259b).

__ (43) (i) 52.223-16, Acquisition of EPEAT®-Registered Personal Computer Products (Oct 2015) (E.O.s 13423 and 13514).

__ (ii) Alternate I (Jun 2014) of 52.223-16.

_X_ (44) 52.223-18, Encouraging Contractor Policies to Ban Text Messaging While Driving (Jun 2020) (E.O. 13513).

__ (45) 52.223-20, Aerosols (Jun 2016) (E.O. 13693).

__ (46) 52.223-21, Foams (Jun 2016) (E.O. 13693).

__ (47) (i) 52.224-3 Privacy Training (Jan 2017) (5 U.S.C. 552 a).

__ (ii) Alternate I (Jan 2017) of 52.224-3.

__ (48) 52.225-1, Buy American-Supplies (May 2014) (41 U.S.C. chapter 83).

__ (49) (i) 52.225-3, Buy American-Free Trade Agreements-Israeli Trade Act (May 2014) (41 U.S.C. chapter 83, 19 U.S.C. 3301 note, 19 U.S.C. 2112 note, 19 U.S.C. 3805 note, 19 U.S.C. 4001 note, Pub. L. 103-182, 108-77, 108-78, 108-286, 108-302, 109-53, 109-169, 109-283, 110-138, 112-41, 112-42, and 112-43).

__ (ii) Alternate I (May 2014) of 52.225-3.

__ (iii) Alternate II (May 2014) of 52.225-3.

__ (iv) Alternate III (May 2014) of 52.225-3.

__ (50) 52.225-5, Trade Agreements (Oct 2019) (19 U.S.C. 2501, et seq., 19 U.S.C. 3301 note).

__ (51) 52.225-13, Restrictions on Certain Foreign Purchases (Jun 2008) (E.O.'s, proclamations, and statutes administered by the Office of Foreign Assets Control of the Department of the Treasury).

__ (52) 52.225-26, Contractors Performing Private Security Functions Outside the United States (Oct 2016) (Section 862, as amended, of the National Defense Authorization Act for Fiscal Year 2008; 10 U.S.C. 2302 Note).

__ (53) 52.226-4, Notice of Disaster or Emergency Area Set-Aside (Nov 2007) (42 U.S.C. 5150).

__ (54) 52.226-5, Restrictions on Subcontracting Outside Disaster or Emergency Area (Nov 2007) (42 U.S.C. 5150).

__ (55) 52.229-12, Tax on Certain Foreign Procurements (Jun 2020).

__ (56) 52.232-29, Terms for Financing of Purchases of Commercial Items (Feb 2002) (41 U.S.C.4505, 10 U.S.C.2307(f)).

__ (57) 52.232-30, Installment Payments for Commercial Items (Jan 2017) (41 U.S.C.4505, 10 U.S.C.2307(f)).

__ (58) 52.232-33, Payment by Electronic Funds Transfer-System for Award Management (Oct 2018) (31 U.S.C. 3332).

_X_ (59) 52.232-34, Payment by Electronic Funds Transfer-Other than System for Award Management (Jul 2013) (31 U.S.C.3332).

__ (60) 52.232-36, Payment by Third Party (May 2014) (31 U.S.C.3332).

__ (61) 52.239-1, Privacy or Security Safeguards (Aug 1996) (5 U.S.C. 552a).

__ (62) 52.242-5, Payments to Small Business Subcontractors (Jan 2017) (15 U.S.C. 637(d)(13)).

__ (63) (i) 52.247-64, Preference for Privately Owned U.S.-Flag Commercial Vessels (Feb 2006) (46 U.S.C. Appx. 1241(b) and 10 U.S.C. 2631).

__ (ii) Alternate I (Apr 2003) of 52.247-64.

__ (iii) Alternate II (Feb 2006) of 52.247-64.

(c) The Contractor shall comply with the FAR clauses in this paragraph (c), applicable to commercial services, that the Contracting Officer has indicated as being incorporated in this contract by reference to implement provisions of law or Executive orders applicable to acquisitions of commercial items:

__ (1) 52.222-41, Service Contract Labor Standards (Aug 2018) (41 U.S.C. chapter 67).

__ (2) 52.222-42, Statement of Equivalent Rates for Federal Hires (May 2014) (29 U.S.C. 206 and 41 U.S.C. chapter 67).

__ (3) 52.222-43, Fair Labor Standards Act and Service Contract Labor Standards-Price Adjustment (Multiple Year and Option Contracts) (Aug 2018) (29 U.S.C. 206 and 41 U.S.C. chapter 67).

__ (4) 52.222-44, Fair Labor Standards Act and Service Contract Labor Standards-Price Adjustment (May 2014) (29 U.S.C. 206 and 41 U.S.C. chapter 67).

__ (5) 52.222-51, Exemption from Application of the Service Contract Labor Standards to Contracts for Maintenance, Calibration, or Repair of Certain Equipment-Requirements (May 2014) (41 U.S.C. chapter 67).

__ (6) 52.222-53, Exemption from Application of the Service Contract Labor Standards to Contracts for Certain Services-Requirements (May 2014) (41 U.S.C. chapter 67).

__ (7) 52.222-55, Minimum Wages Under Executive Order 13658 (Dec 2015).

__ (8) 52.222-62, Paid Sick Leave Under Executive Order 13706 (Jan 2017) (E.O. 13706).

__ (9) 52.226-6, Promoting Excess Food Donation to Nonprofit Organizations (Jun 2020) (42 U.S.C. 1792).

(d) Comptroller General Examination of Record. The Contractor shall comply with the provisions of this paragraph (d) if this contract was awarded using other than sealed bid, is in excess of the simplified acquisition threshold, as defined in FAR 2.101, on the date of award of this contract, and does not contain the clause at 52.215-2, Audit and Records-Negotiation.

(1) The Comptroller General of the United States, or an authorized representative of the Comptroller General, shall have access to and right to examine any of the Contractor's directly pertinent records involving transactions related to this contract.

(2) The Contractor shall make available at its offices at all reasonable times the records, materials, and other evidence for examination, audit, or reproduction, until 3 years after final payment under this contract or for any shorter period specified in FAR subpart 4.7, Contractor Records Retention, of the other clauses of this contract. If this contract is completely or partially terminated, the records relating to the work terminated shall be made available for 3 years after any resulting final termination settlement. Records relating to appeals under the disputes clause or to litigation or the settlement of claims arising under or relating to this contract shall be made available until such appeals, litigation, or claims are finally resolved.

(3) As used in this clause, records include books, documents, accounting procedures and practices, and other data, regardless of type and regardless of form. This does not require the Contractor to create or maintain any record that the Contractor does not maintain in the ordinary course of business or pursuant to a provision of law.

(e) (1) Notwithstanding the requirements of the clauses in paragraphs (a), (b), (c), and (d) of this clause, the Contractor is not required to flow down any FAR clause, other than those in this paragraph (e)(1) in a subcontract for commercial items. Unless otherwise indicated below, the extent of the flow down shall be as required by the clause-

(i) 52.203-13, Contractor Code of Business Ethics and Conduct (Jun 2020) (41 U.S.C. 3509).

(ii) 52.203-19, Prohibition on Requiring Certain Internal Confidentiality Agreements or Statements (Jan 2017) (section 743 of Division E, Title VII, of the Consolidated and Further Continuing Appropriations Act, 2015 (Pub. L. 113-235) and its successor provisions in subsequent appropriations acts (and as extended in continuing resolutions)).

(iii) 52.204-23, Prohibition on Contracting for Hardware, Software, and Services Developed or Provided by Kaspersky Lab and Other Covered Entities (Jul 2018) (Section 1634 of Pub. L. 115-91).

(iv) 52.204-25, Prohibition on Contracting for Certain Telecommunications and Video Surveillance Services or Equipment. (Aug 2019) (Section 889(a)(1)(A) of Pub. L. 115-232).

(v) 52.219-8, Utilization of Small Business Concerns (Oct 2018) (15 U.S.C.637(d)(2) and (3)), in all subcontracts that offer further subcontracting opportunities. If the subcontract (except subcontracts to small business concerns) exceeds the applicable threshold specified in FAR 19.702(a) on the date of

subcontract award, the subcontractor must include 52.219-8 in lower tier subcontracts that offer subcontracting opportunities.

(vi) 52.222-21, Prohibition of Segregated Facilities (Apr 2015).

(vii) 52.222-26, Equal Opportunity (Sep 2015) (E.O.11246).

(viii) 52.222-35, Equal Opportunity for Veterans (Jun 2020) (38 U.S.C.4212).

(ix) 52.222-36, Equal Opportunity for Workers with Disabilities (Jun 2020) (29 U.S.C.793).

(x) 52.222-37, Employment Reports on Veterans (Jun 2020) (38 U.S.C.4212).

(xi) 52.222-40, Notification of Employee Rights Under the National Labor Relations Act (Dec 2010) (E.O. 13496). Flow down required in accordance with paragraph (f) of FAR clause 52.222-40.

(xii) 52.222-41, Service Contract Labor Standards (Aug 2018) (41 U.S.C. chapter 67).

(xiii) (A) 52.222-50, Combating Trafficking in Persons (Jan 2019) (22 U.S.C. chapter 78 and E.O 13627).

(B) Alternate I (Mar 2015) of 52.222-50(22 U.S.C. chapter 78 and E.O 13627).

(xiv) 52.222-51, Exemption from Application of the Service Contract Labor Standards to Contracts for Maintenance, Calibration, or Repair of Certain Equipment-Requirements (May 2014) (41 U.S.C. chapter 67).

(xv) 52.222-53, Exemption from Application of the Service Contract Labor Standards to Contracts for Certain Services-Requirements (May 2014) (41 U.S.C. chapter 67).

(xvi) 52.222-54, Employment Eligibility Verification (Oct 2015) (E.O. 12989).

(xvii) 52.222-55, Minimum Wages Under Executive Order 13658 (Dec 2015).

(xviii) 52.222-62, Paid Sick Leave Under Executive Order 13706 (Jan 2017) (E.O. 13706).

(xix) (A) 52.224-3, Privacy Training (Jan 2017) (5 U.S.C. 552a).

(B) Alternate I (Jan 2017) of 52.224-3.

(xx) 52.225-26, Contractors Performing Private Security Functions Outside the United States (Oct 2016) (Section 862, as amended, of the National Defense Authorization Act for Fiscal Year 2008; 10 U.S.C. 2302 Note).

(xxi) 52.226-6, Promoting Excess Food Donation to Nonprofit Organizations (Jun 2020) (42 U.S.C. 1792). Flow down required in accordance with paragraph (e) of FAR clause 52.226-6.

(xxii) 52.247-64, Preference for Privately Owned U.S.-Flag Commercial Vessels (Feb 2006) (46 U.S.C. Appx.1241(b) and 10 U.S.C.2631). Flow down required in accordance with paragraph (d) of FAR clause 52.247-64.

(2) While not required, the Contractor may include in its subcontracts for commercial items a minimal number of additional clauses necessary to satisfy its contractual obligations.

70CDCR23P00000003                                                    Attachment E

(End of clause)

**FAR 52.217-8 Option to Extend Services (Nov 1999)**

The Government may require continued performance of any services within the limits and at the rates specified in the contract. These rates may be adjusted only as a result of revisions to prevailing labor rates provided by the Secretary of Labor. The option provision may be exercised more than once, but the total extension of performance hereunder shall not exceed 6 months. The Contracting Officer may exercise the option by written notice to the Contractor within ***30 days of order expiration.***

**FAR 52.217-9 OPTION TO EXTEND THE TERM OF THE CONTRACT (MAR 2000)**

(a) The Government may extend the term of this contract by written notice to the Contractor within 1 day; provided that the Government gives the Contractor a preliminary written notice of its intent to extend at least 30 days before the contract expires. The preliminary notice does not commit the Government to an extension.

(b) If the Government exercises this option, the extended contract shall be considered to include this option clause.

(c) The total duration of this contract, including the exercise of any options under this clause, shall not exceed 5 years and 6 months.

(End of clause)