MARISOL DOMINGUEZ-RUIZ (SBN 345416)
KYLE VIRGIEN (SBN 278747)
mdominguez-ruiz@aclu.org
kvirgien@aclu.org
**AMERICAN CIVIL LIBERTIES UNION FOUNDATION**
425 California Street, Suite 700
San Francisco, CA 94104
Tel.: (202) 393-4930

EUNICE CHO (*Pro Hac Vice*)
echo@aclu.org
**AMERICAN CIVIL LIBERTIES UNION FOUNDATION**
915 Fifteenth Street NW, 7th Floor
Washington, DC 20005
Tel.: (202) 548-6616

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT; UNITED STATES DEPARTMENT OF HOMELAND SECURITY,<br><br>Defendants. | Case No. 4:23-cv-3450<br><br>**STIPULATED REQUEST TO MODIFY DATE OF HEARING ON CROSS-MOTIONS FOR SUMMARY JUDGMENT (ECF No. 43)**<br><br>**DECLARATION OF MARISOL DOMINGUEZ-RUIZ**<br><br>**PROPOSED ORDER** |

*ACLU v. U.S. ICE, et al*., Case No. 4:23-cv-3450
STIPULATED REQUEST TO MODIFY DATE OF
HEARING ON CROSS-MOTIONS FOR SUMMARY
JUDGMENT (ECF No. 43)

1  Pursuant to Local Rules 6-2 and 7-12, the parties respectfully request a continuance of the hearing for the Cross-Motions for Summary Judgment set for May 2, 2024, *see* ECF No. 43, to a later date.

On December 18, 2023, the parties jointly submitted a proposed briefing schedule and hearing on the Cross-Motions for Summary Judgment set for April 25, 2024. *See* ECF No. 31. On December 19, 2023, the Court granted the parties' proposed briefing schedule but set the hearing date as May 9, 2024 instead of April 25, 2024. *See* ECF No. 32 at 3. The Court rescheduled the May 9, 2024 hearing to April 25, 2024. *See* ECF No. 35. On March 1, 2024, the Court vacated the April 25, 2024 date and continued the hearing to May 2, 2024. *See* ECF No. 43.

Plaintiff's counsel is unavailable on the currently scheduled date. The parties have conferred and are both available on May 9, 2024 for a rescheduled hearing, and accordingly request that the hearing be continued to that date. Alternatively, the parties are also available on either May 30, 2024, or June 27, 2024.

DATED: April 18, 2024                    Respectfully submitted,

                                         By:  */s/ Marisol Dominguez-Ruiz*
                                              MARISOL DOMINGUEZ-RUIZ
                                              KYLE VIRGIEN
                                              EUNICE CHO

*ACLU v. U.S. ICE, et al.*, Case No. 4:23-cv-3450
STIPULATED REQUEST TO MODIFY DATE OF
HEARING ON CROSS-MOTIONS FOR SUMMARY
JUDGMENT (ECF No. 43)

*Attorneys for Plaintiff*

ISMAIL J. RAMSEY
United States Attorney
*/s/ David M. DeVito*
DAVID M. DEVITO
Assistant United States Attorney
*Attorneys for Defendants*

**ATTESTATION**

In compliance with Civil L.R. 5-1(h)(3), I attest that I have obtained concurrence in the filing of this document from each of the other signatories.

Dated: April 18, 2024          By:     */s/ Marisol Dominguez-Ruiz*

*ACLU v. U.S. ICE, et al.*, Case No. 4:23-cv-3450
STIPULATED REQUEST TO MODIFY DATE OF
HEARING ON CROSS-MOTIONS FOR SUMMARY
JUDGMENT (ECF No. 43)

# DECLARATION OF MARISOL DOMINGUEZ-RUIZ

I, MARISOL DOMINGUEZ-RUIZ, declare:

1. I am a staff attorney with the ACLU National Prison Project and submitted the FOIA request at issue to Defendants on March 30, 2023. As such, I have personal knowledge of the following facts and, if called as a witness, I could and would testify competently thereto.

2. Plaintiff filed a Complaint to compel disclosure of the requested materials on July 11, 2023.

3. On December 18, 2023, the parties jointly submitted a proposed briefing schedule, which requested that the Court set the hearing on the Cross-Motions for Summary Judgment on April 25, 2024. *See* ECF No. 31.

4. On December 19, 2023, the Court granted the parties' proposed briefing schedule but set the hearing date on May 9, 2024 instead of April 25, 2024. *See* ECF No. 32 at 3.

5. The Court rescheduled the May 9, 2024 hearing to April 25, 2024. *See* ECF No. 35.

6. On March 1, 2024, the Court vacated the April 25, 2024 date and continued the hearing to May 2, 2024. *See* ECF No. 43.

7. The parties ask the Court to continue the hearing on Cross-Motions for Summary Judgment currently set May 2, 2024. Plaintiff's counsel who will be arguing is currently unavailable due to familial obligations.

8. This continuance will not alter any other deadlines in this case. The only pending motions before the court are the present cross-motions for summary judgment; therefore no other part of the litigation will be delayed. No other deadlines in this case have been set. Defendants are amenable to Plaintiff's request to continue the hearing.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 18, 2024 at Pasadena, California.

By:   /s/ *Marisol Dominguez-Ruiz*
      MARISOL DOMINGUEZ-RUIZ

MARISOL DOMINGUEZ-RUIZ (SBN 345416)
KYLE VIRGIEN (SBN 278747)
mdominguez-ruiz@aclu.org
kvirgien@aclu.org
**AMERICAN CIVIL LIBERTIES UNION FOUNDATION**
425 California Street, Suite 700
San Francisco, CA 94104
Tel.: (202) 393-4930

EUNICE CHO (*Pro Hac Vice*)
echo@aclu.org
**AMERICAN CIVIL LIBERTIES UNION FOUNDATION**
915 Fifteenth Street NW, 7th Floor
Washington, DC 20005
Tel.: (202) 548-6616

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT; UNITED STATES DEPARTMENT OF HOMELAND SECURITY,<br><br>Defendants. | Case No. 4:23-cv-3450<br><br>**PROPOSED ORDER** |

PURSUANT TO STIPULATION, IT IS SO ORDERED, that the Cross-Motions for Summary Judgment hearing is continued to _____, 2024.

**IT IS SO ORDERED.**

DATED: _____, 2024.

                                                  _____
                                                  THE HONORABLE MAGISTRATE JUDGE
                                                  DONNA M. RYU
                                                  United States Chief Magistrate Judge