MARISOL DOMINGUEZ-RUIZ (SBN 345416)
KYLE VIRGIEN (SBN 278747)
mdominguez-ruiz@aclu.org
kvirgien@aclu.org
**AMERICAN CIVIL LIBERTIES**
**UNION FOUNDATION**
425 California Street, Suite 700
San Francisco, CA 94104
Tel.: (202) 393-4930

EUNICE CHO (*Pro Hac Vice*)
echo@aclu.org
**AMERICAN CIVIL LIBERTIES**
**UNION FOUNDATION**
915 Fifteenth Street NW, 7th Floor
Washington, DC 20005
Tel.: (202) 548-6616

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT; UNITED STATES DEPARTMENT OF HOMELAND SECURITY,<br><br>Defendants. | Case No. 4:23-cv-3450<br><br>~~PROPOSED~~ **ORDER** |

PURSUANT TO STIPULATION, IT IS SO ORDERED, that the Cross-Motions for Summary Judgment hearing <u>and further CMC are</u> is continued to <u>June 27, 2024 at 1:00 p.m. by Zoom.</u> <u>An updated CMC statement is due by June 20, 2024</u>.

**IT IS SO ORDERED.**

DATED: __April 19__, 2024.

_____
THE HONORABLE MAGISTRATE JUDGE
DONNA M. RYU
United States Chief Magistrate Judge Ryu

*IT IS SO ORDERED*
*Judge Donna M. Ryu*