# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL LAW AND MOTION MINUTE ORDER

| **Date:** 6/27/2024 | **Time:** 1:02-1:33 | **Judge:** DONNA M. RYU |
|---|---|---|
| **Case No.:** 4:23-cv-03450-DMR | **Case Name:** American Civil Liberties Union v. United States Immigration and Customs Enforcement et al | |

**For Plaintiff:**
Marisol Dominguez-Ruiz
Kyle Virgien
Eunice Cho

**For Defendant:**
David DeVito

**Deputy Clerk:** Ivy Lerma Garcia                **Recorded in Zoom:** 1:02-1:33

## PROCEEDINGS HELD BY ZOOM VIDEOCONFERENCE

1. Plaintiff's Motion for Partial Summary Judgment [Docket No. 34] held

2. Defendants' Cross Motion for Summary Judgment [Docket No. 40] held

3. Further Case Management Conference held

By **7/29/2024**, Defendants shall submit a supplemental declaration(s) supporting their claim that the LexisNexis Master Agreement governs the contract between ICE and RELX Inc. for the electronic law library, without argument. Plaintiff shall file a response to the supplemental declaration(s) that does not exceed five pages by **8/12/2024**.

**Order to be prepared by:**
( )   Plaintiff            ( )   Defendant            (X)   Court

cc: Chambers