ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

MICHELLE LO (NYRN 4325163)
Chief, Civil Division

DAVID M. DEVITO (CABN 243695)
Assistant United States Attorney
450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7332
Facsimile: (415) 436-6748
david.devito@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT, et al.,<br><br>    Defendants. | Case No. 4:23-cv-03450-DMR<br><br>**STIPULATION TO EXTEND DEADLINES** |

Pursuant to Civil Local Rules 6-1(b), 6-2, and 7-12, Plaintiff American Civil Liberties Union ("Plaintiff") and Defendants United States Immigration and Customs Enforcement and United States Department of Homeland Security ("Defendants") hereby stipulate and agree to extend Defendants' deadline for filing a supplemental declaration(s) by one week, from July 29, 2024 to August 5, 2024, and Plaintiff's deadline to file a response to the supplemental declaration(s) from August 12, 2024 to August 19, 2024.  Defendants request this extension because the agency requires a brief additional time period to complete its review and finalize its submission.  The requested modification will not impact

the schedule for the case because no further schedule has been set.  In support of this stipulation, Defendants also submit the attached declaration of David DeVito, as required by Local Rule 6-2(a).

DATED:  July 26, 2024                          Respectfully submitted,

                                               ISMAIL J. RAMSEY
                                               United States Attorney

                                               */s/ David M. DeVito**
                                               DAVID M. DEVITO
                                               Assistant United States Attorney

                                               *Attorneys for Defendants*

DATED:  July 26, 2024                          AMERICAN CIVIL LIBERTIES UNION
                                               FOUNDATION

                                               */s/ Kyle Virgien*
                                               Eunice Cho
                                               echo@aclu.org
                                               Kyle Virgien
                                               kvirgien@aclu.org
                                               Marisol Dominguez-Ruiz
                                               mdominguez-ruiz@aclu.org

                                               *Attorneys for Plaintiff*

                                               AMERICAN CIVIL LIBERTIES UNION


**[PROPOSED] ORDER**

        PURSUANT TO STIPULATION, IT IS SO ORDERED.  Defendants' supplemental declaration(s) is due on or before August 5, 2024.  Plaintiff's response to the supplemental declaration(s) is due on or before August 19, 2024.


DATE:                          _____
                               The Honorable Donna M. Ryu
                               United States Chief Magistrate Judge

---

        * In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests under penalty of perjury that concurrence in the filing of this document has been obtained from the other Signatory.