1  ISMAIL J. RAMSEY (CABN 189820)
   United States Attorney
2
   MICHELLE LO (NYRN 4325163)
3  Chief, Civil Division

4  DAVID M. DEVITO (CABN 243695)
   Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-7332
7       Fax: (415) 436-6748
        david.devito@usdoj.gov
8
   Attorneys for Defendants
9

10                UNITED STATES DISTRICT COURT

11               NORTHERN DISTRICT OF CALIFORNIA

12                    OAKLAND DIVISION

13  AMERICAN CIVIL LIBERTIES UNION,        )
                                           )  CASE NO. 4:23-cv-03450-DMR
14          Plaintiff,                      )
                                           )
15     v.                                   )  **DECLARATION OF DAVID M. DEVITO**
                                           )
16  UNITED STATES IMMIGRATION AND          )
    CUSTOMS ENFORCEMENT, et al.,           )
17                                          )
            Defendants.                     )
18                                          )
                                           )
19  _____)

20      I, David M. DeVito, declare as follows:

21          1.      I am an Assistant United States Attorney and the attorney of record for Defendants in this

22  action.  I submit this declaration in support of the parties' Stipulation to Extend Deadlines filed

23  concurrently herewith.  The facts set forth in this declaration are within my personal knowledge or based

24  upon documents and information I have received in the course of this litigation.

25          2.      The parties have agreed to extend Defendants' deadline for filing a supplemental

26  declaration(s) by one week, from July 29, 2024 to August 5, 2024, and Plaintiff's deadline to file a

27  response to the supplemental declaration(s) from August 12, 2024 to August 19, 2024.  Defendants

28  request this extension because the agency requires a brief additional time period to complete its review

1   and finalize its submission.

2        3.      This is the parties' third request to modify the schedule for this matter.  The parties

3   previously stipulated to extend the answer deadline, and to modify the date of the hearing on the parties'

4   cross-motions for summary judgment.  *See* ECF Nos. 13, 48-49.

5        4.      The requested extension will not affect the schedule for the case because no further

6   schedule has yet been set.

7

8        I declare under penalty of perjury under the laws of the United States that the above is true and

9   accurate to the best of my information, knowledge, and belief.  Executed this 26th day of July, 2024, in

10  San Francisco, California.

11                                      */s/ David M. DeVito*
                                        DAVID M. DEVITO
12                                      Assistant United States Attorney

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28